B

*Original Contract*

# CONEXANT SYSTEMS, INC.
## and
# CONFERENCE AMERICA, INC.®

# Price Protection Program

# CONEXANT SYSTEMS, INC.

## and

## CONFERENCE AMERICA, INC.®

# Price Protection Program

CONEXANT SYSTEMS, INC. and CONFERENCE AMERICA agree that Conference America will provide conference calling and associated services for a period of three (3) years beginning September 1, 1999 through September 1, 2002. With the effective date being the date this agreement is agreed upon by both parties which is represented by the last date indicated on the signatory page herewith.

In consideration of this agreement, Conference America will provide Services and Pricing as specified in Attachment A and Guarantees and Implementation and Orientation Programs as specified in Attachment B for the fuller term of the contract. The pricing structure will be reviewed annually to assure Conexant Systems, Inc. is receiving competitive rates and discounts. If the fee structure does not align with competitive pricing, it may be adjusted down accordingly. Conference America will provide Conexant Systems, Inc. with a report demonstrating that they are providing competitive pricing bench marked against comparative market trends.

Either party, with or without cause, may cancel this agreement with fifteen (15) days notice. Notification of this cancellation must be made in writing to the other party at its principal place of business.

Version 12/15/98                                                        Initial _____

Accepted:

Date Signed: 8-1-99                             Date Signed: 8-1-99
By: _[signature]_                               By: _[signature]_
Printed Name: Flora Fuller                      Printed Name: R M Pirnie
Title: Purchasing Manager                       Title: President

Proprietary Information – Do Not Disclose

## ATTACHMENT A

### CONEXANT SYSTEMS, INC.
### and
### CONFERENCE AMERICA, INC.®
# Price Protection Program

### SCHEDULE OF CHARGES

|  | Conf. & L/D (Domestic US) Charge/Minute Per Location |
|---|---|
| **Conferencing Services** | |
| I. Operator Assisted Conferencing Services | $0.169 |
| II. 800 Meet-Me Conferencing Service | $0.169 |
| III. C2K Plus Automated 800 Meet-Me Service (U.S.) | $0.099 |
| IV. C2K Plus Automated 800 Meet-Me Service (Canada) | $0.149 |

### TRIPLE PLAY CONFERENCE SUPPORT SERVICES

|  | Monthly Fees | Charge |
|---|---|---|
| I. InfoXpress Services | NC | $0.29/per page |
| II. Fax Services: | | |
| FastFax | NC | $0.29/per page |
| FastFax - Now | NC | $0.29/per page |
| III. ECHO Replay System | Minimum Charge of $25.00/week | $0.16/per minute |
| IV. Web Echo | | $9.95/per subscriber |
| (When ordered with an audio conference, pricing will be reduced by 5%) | | |
| V. CY2K Plus Subscription Fee (8,16,24 port increments) | | $4.50/per month |
| Custom (Any port increments) | | $6.50/per month |

### OPTIONAL SERVICES

| I. | Notification Calls | $3.50/Location |
|---|---|---|
| II. | Call Taping | $9.50/Call |
| III. | Transcription Service | $9.50/Page |
| IV. | Question & Answer (Polling) | $0.25/Minute |
| V. | C2K Plus Operator Assistance | $4.50/Port |

### GRADUATED PRICING SCHEDULE

| >$45,000 monthly | 1% reduction in total monthly billing |
|---|---|
| >$50,000 monthly | 2% reduction in total monthly billing |
| >$55,000 monthly | 3% reduction in total monthly billing |
| >$60,000 monthly | 4% reduction in total monthly billing |
| >$65,000 monthly | 5% reduction in total monthly billing |

Customer agrees to pay in U.S. funds by the 20th day following acceptance of issed billing. Correct/accurate invoices for services will be provided monthly to the Conexant representative for billing, PROFITLINE, INC. The invoices will reflect the appropriate discount amounts and/or credits; however, Customer reserves the right to reject inappropriately prepared invoices without penalty.

Customer agrees to pay all taxes, if any, which may be imposed with respect to Customer's use of CONFERENCE AMERICA service. Any such applicable taxes will be shown on the billing to Customer.

Initial _dHs_ / _AuP_

Proprietary Information – Do Not Disclose

ATTACHMENT B

# CONEXANT SYSTEMS, INC.
## and
## CONFERENCE AMERICA, INC.®
# Price Protection Program

### UNCONDITIONAL PERFORMANCE GUARANTEE

CONFERENCE AMERICA, INC. will work to provide the conference calling services requested by **Customer**. Excluding any act or omission of negligence on the part of CONFERENCE AMERICA, INC. if CONFERENCE AMERICA, INC. fails to satisfy Customer because of a performance failure by our equipment or personnel, then **CONFERENCE AMERICA, INC.** will as sole remedy provide a partial or full credit for charges owing from this call. All problems must be reported within 24 hours.

### UNCONDITIONAL AVAILABILITY GUARANTEE

CONFERENCE AMERICA, INC. will always work to provide conference calling services at the times requested by **Customer**. CONFERENCE AMERICA, INC. commits to provide **Customer** conference calls within fifteen (15) minutes of the time requested or the call is free. The aforementioned guarantee applies to calls less than 30 participants. Scheduling interval during business days (8:00 am - 5:00 pm Central Time Zone) is thirty (30) minutes and one (1) hour for holidays, nights and weekends.

### IMPLEMENTATION AND ORIENTATION PROGRAM

CONFERENCE AMERICA, INC. agrees to provide an implementation and orientation program to **Customer**. The CONFERENCE AMERICA associates will work with all **Customer** users to clearly explain our services, support their needs and implement the new conference calling services throughout the **Customer** organization. **Customer** agrees to provide a corporate list/directory of names and telephone numbers of conference call users to CONFERENCE AMERICA, INC. as a means of fully educating and orienting users to the new service and successfully implementing the new CONFERENCE AMERICA, INC. service within **Customer**. CONFERENCE AMERICA, INC. agrees to execute the necessary confidentiality documents to protect the use and disclosure of information relating to documents received.

### CHOICE OF LAW

This agreement shall be governed by the laws of the State of California.

Initial _[signatures]_

## ATTACHMENT C

CONFERENCE AMERICA, INC. WILL PROVIDE AN ADDITIONAL SAVINGS OF FIVE PERCENT (5%) ON EACH OF THE CONFERENCING SERVICE RATES OFFERED IN THIS PROPOSAL IN CONJUNCTION WITH ROCKWELL INTERNATIONAL AND MERITOR AUTOMOTIVES ACCEPTANCE AND COMPLIANCE WITH CONFERENCE AMERICA'S PREFERRED PRICING PROGRAM AS OUTLINED IN THIS PROGRAM. THIS REDUCTION IN RATES WILL BE PROVIDED IN THE FORM OF A RATE REDUCTION AND NOT AS A REBATE. THESE RATES WILL BECOME EFFECTIVE WITH THE ACCEPTANCE OF THIS AGREEMENT BY BOTH PARTIES.

Initial _____

Proprietary Information – Do Not Disclose

## ATTACHMENT D

## IMPLEMENTATION PROGRAM

Step 1: We will mail user packages to each leader and call participant designated on organizational chart/list provided by customer.

Step 2: We will broadcast fax a customized notice (attached) that we are the approved conference call company to the conference call users designated on the org chart/list and they (Conexant) will send an internal e-mail announcing the same.

Step 3: As people call us to schedule, we will advise them of this new agreement and services on a continuous basis.

Step 4: Conexant will advise us of the key business units and the individuals within these units in order to schedule on-site training sessions.

Step 5: Schedule on-site training that will cover the following:

    I.    The New Reservations Programs:
           1. C2K Plus
           2. Web-based reservations
    II.   Web Echo
    III.  Operator handled 800 Meet Me/Op Assist/Meet Me
           1.   ECHO Replay
           2.   Taping/transcription

    IV.  Using WORLDNET™/WORLDNETvoice™

    V.   Fax Services

v. Security Features

Proprietary Information – Do Not Disclose

# MEMO

Date: < >

To: All Audio Conference Users

From: < >

Subject: Our New Conference Calling Provider
**CONFERENCE AMERICA, INC. ® 1-800-925-8000**

I am pleased to announce that we have finalized an agreement that names Conference America, Inc.® as our new conference calling service provider. This agreement will reduce our overall conference calling costs tremendously, provides us with guaranteed pricing and make available a variety of unique services and opportunities.

Effective today, all conference calls are to be scheduled with Conference America by dialing 1-800-925-8000. Those of you who are using Meet Me service will now use our assigned non-changing number. You may use your existing security code.

If you have any questions, you may call Kim Rawlinson, our National Account Manager, at Conference America. Her number is 1-800-925-8000.

Additionally, Conference America will be sending you a "User Package" that contains customized fax reservation forms and Rolodex cards and explains our new services. To receive this package by E-mail, visit Conference America home page at ***http://www.yourcall.com*** and follow the prompts. Your package will be delivered to you immediately.

Thank you for your cooperation in facilitating this change.

Proprietary Information – Do Not Disclose

## INSURANCE, INDEMNITY AND LIABILITY

Seller shall carry Workers' Compensation and Comprehensive General Liability Insurance (including Products, Contractual, and Automobile Liability) in such form as to protect Seller and Buyer, its directors and officers, and the agents and employees of Buyer as additional insureds from any claims or damages for bodily injury, including death, and any damage to property which may arise from acts or omissions of Seller under this Agreement. Seller shall furnish Buyer with a certificate of insurance evidencing limits of liability not less than $1 million combined single limit per occurrence for bodily injury (including death) and property damage. Such insurance shall be primary and non-contributing to any insurance maintained or obtained by Buyer and shall not be canceled or materially reduced without thirty (30) days prior written notice to Buyer. Seller agrees to waive any rights of subrogation Seller or Seller's insurers may have against Buyer under the applicable Worker's Compensation Law.

Seller hereby indemnifies and holds Buyer, its directors, officers, agents and employees, harmless against any and all claims, actions or demands against Buyer, its directors, officers, agents and employees and against any and all damages, liabilities or expenses, including counsel fees, for injury to or death of any person and for loss of or damage to any and all property, arising out of the acts or omissions of Seller under this Agreement.

## STANDARDS

All services hereunder shall be performed by employees or agents of Seller who are experienced and highly skilled in their profession and in accordance with the highest standards of workmanship in their professions.

## RECORDS

Buyer shall, until the expiration of three (3) years after final payment under this Agreement, have access to and the right to examine any directly pertinent books, documents, papers and records of Seller involving transactions related to this Agreement.

## PATENT AND DATA RIGHTS

All information and data, regardless of form, generated in the performance of or delivered under this Agreement, as well as any information provided to Seller by Buyer, shall be and remain the sole property of Buyer. Seller shall keep all such information and data in confidence and not disclose or use it for any purpose other than in performing this Agreement, except with Buyer's prior written approval.

In the event that the copyright in any data and information generated in the performance of this Agreement does not vest in Buyer by law, Seller hereby agrees to assign and assigns to Buyer the copyright in all such data and information.

Seller assigns to Buyer the entire right, title, and interest, worldwide, in any invention or patent thereunder conceived or first actually reduced to practice in performing this Agreement. Seller grants Buyer the royalty-free, non-exclusive, worldwide, irrevocable license to make, use and sell any invention which is not conceived or first actually reduced to practice in performing this Agreement, but which is described or incorporated in anything furnished to Buyer in connection with this Agreement.

In connection with actual inventions or patents conceived or first actually reduced to practice in connection with this Agreement, Seller will furnish Buyer with information sufficient to file and prosecute patent applications, and will execute all documents incident to such filing and prosecution and, in connection with the license granted under this Agreement, Seller will furnish information sufficient to enable Buyer to avail itself of such license.

Final payment shall not be due hereunder until after receipt by Buyer of such complete invention information, or certification that there is no such information, and receipt of all information and data which is the property of Buyer.

These obligations shall survive the termination of this Agreement.

If this agreement is placed under a Government contract, the Patent and Data provisions of such contract attached hereto, shall be the governing provisions.

## U.S. EXPORT CONTROL LAWS AND REGULATIONS

Seller, for itself and any of its employees and agents who may be given access by Seller to technical information of Buyer, or who may be provided access to Buyer's premises in carrying out the services to be provided by Seller under this Agreement, acknowledges its obligations to control access to such technical information and to ensure that such access does not result in a violation of the U.S. Export Control Laws and Regulations.

## CONFIDENTIALITY

Seller shall preserve as confidential all information pertaining to Buyer's business and all technical and proprietary information obtained from Buyer in the performance of this Agreement. Seller further agrees that any data and information generated or delivered in the performance of this Agreement and any information and data furnished by Conexant shall (1) be kept in confidence and not be disclosed to third parties without the prior written approval of Buyer, and (2) shall not be used in the production, manufacture or design of any article or material, except as otherwise provided herein, without Buyer's prior written consent; and this obligation, Seller agrees, shall survive the termination or expiration of this Agreement. Seller shall deliver all data and information to Buyer upon Buyer's request and, in the event upon the completion of all work hereunder or the termination or expiration hereof, whichever shall first occur, and shall be fully responsible for the care and protection thereof until such delivery.

Proprietary Information – Do Not Disclose

## DISPUTES

Any dispute arising under this Agreement which is not settled by Agreement of the parties may be settled by appropriate legal proceedings. Pending any decision, appeal or judgment in such proceedings or the settlement of any dispute arising under this Agreement, Seller shall proceed diligently with the performance of this Agreement in accordance with the decision of Buyer.

## NOTICE TO BUYER OF LABOR DISPUTES

(a) Whenever Seller has knowledge that any actual or potential labor dispute is delaying or threatens to delay the timely performance of this Agreement, Seller shall immediately give notice thereof, including all relevant information with respect thereto, to Buyer.

(b) Seller agrees to insert the substance of this clause, including this paragraph (b), in any subcontract hereunder as to which a labor dispute may delay the timely performance of this Agreement; except that each such subcontract shall provide that in the event its timely performance is delayed or threatened by delay by any actual or potential labor dispute, the subcontractor shall immediately notify the Seller of all relevant information with respect to such dispute.

## CONFIDENTIAL AGREEMENT

Both parties agree (a) not to use or allow the use of any material portion of the Confidential Information for any purpose except as provided in Paragraph 1, (b) to obtain the written consent of the other prior to any disclosure of Confidential Information not other wise permitted by this Agreement.

## TERM

The obligations of both parties under this Agreement shall continue with respect to any item of Confidential Information for only so long as the item of Confidential Information retains its confidential or proprietary nature.

## GOVERNING LAW

This Agreement shall be governed by and construed in accordance with the internal laws (as opposed to conflict of law provisions) of the State of California.

Proprietary Information – Do Not Disclose

## ENTIRE AGREEMENT

This Agreement constitutes the entire agreement of the parties hereto concerning the subject matter hereof and supersedes any prior oral or written agreements pertaining to the subject matter of this Agreement. This Agreement shall not be amended or modified except by a writing signed by Conference America and the Customer.

**CONEXANT SYSTEMS, INC. AMERICA,**
(Customer)

By: _[signature]_
(Authorized Signature)

Flora Fuller
(Type/Print Name)

Purchasing Manager
(Title)

August 1, 1999
(Date)

**CONFERENCE**

By: _[signature]_
(Authorized Signature)

Robert Pirnie
(Type/Print Name)

President
(Title)

August 1, 1999
(Date)

Proprietary Information – Do Not Disclose