# EE

P.2



CONEXANT SYSTEMS, INC.
4311 Jamboree Road
Newport Beach, CA 92660

Tom Noonan
Ph: 949.483.9097
Fax: 949.483.4688

October 5, 2005

Rec'd 10-7-05

Via FedEx

Robert M. Pirnie, President
Conference America, Inc.
7079 University Court
Montgomery, AL 36117

Dear Mr. Pirnie:

This letter is to follow-up on my letter to you dated September 7, 2005. In that letter, I requested that you contact me to clarify the charges that were included in Conference America's invoice number CONS000119266A dated August 2, 2005. The charges didn't appear to be Conexant's rate that we have been paying and the deactivation fee was completely "out of the blue."

Since I have not heard from you, I have taken the initiative of working with my IT department to try to decipher this invoice. From our analysis, we determined that Conexant's actual usage of Conference America's services was 141,205 minutes. This multiplied by Conexant's contractual rate of $.05 per minute equals $ 7,060.25. This amount, in consideration of the other factors, is also consistent with Conexant's historical July usage charges.

Enclosed please find Conexant's check in the amount of $ 7,060.25 which represents full payment for these services. Conexant has now paid for the services it used at the rate that it has been paying under our agreement. All other charges in this invoice appear to be in error.

Conexant believes that this fully resolves this matter. We are truly disappointed by Conference America's sudden termination and lack of cooperation and communication through this transition process.

If you have any questions, please do not hesitate to contact me at the numbers above.

Regards,

Tom Noonan
Director, Strategic Sourcing

cc: Paul Edge

CONEXANT. What's Next in Communications Technologies.

p.3

No. 4928457



Cass Information Systems
2675 Corporate Exchange Drive
Columbus, Ohio 43231  614-839-4503
vendorservices@cassinfo.com

| Date | Vendor | SUN BANK | |
|---|---|---|---|
| 10/04/05 | CONFERENCE AMERICA INC | Check No | 703077 |

| Account Number | Invoice Date | Customer Code | Customer Name | Amount Billed | Difference | Amount Paid |
|---|---|---|---|---|---|---|
| CONWBX | 07/01/2005 | 42050 | CONEXANT | 7060.00 | | 7060.00 |

⌐

└

Cashing this check will constitute acceptance of Conexant's full
and final payment of Conference America's invoiceCONS000119266A.
Conference America hereby fully and completely releases Conexant
from any liability, claim or obligation arising under or related to
such invoice.



Cass Information Systems
2675 Corporate Exchange Drive
Columbus, Ohio 43231  614-839-4503
vendorservices@cassinfo.com

VOID IF NOT CASHED WITHIN 180 DAYS

Sun Security Bank of America    80-332
A Correspondent of Cass Commercial Bank    815

NO. 703077

10/04/05

PAY TO:  CONFERENCE AMERICA INC
         4000 MACARTHUR BLVD
         CONEXANT  ATTN: TOM NOONAN
         NEWPORT BEACH      CA    92660

US $****7,060.00**

AUTHORIZED SIGNATURE

⑈703077⑈ ⑆08150332⑆  541⑈490 3⑈