F



CONEXANT SYSTEMS, INC.
4311 Jamboree Road
Newport Beach, CA 92660

May 9, 2005

Mr. Robert Pirnie
Conference America, Inc.
7079 University Court
Montgomery, Alabama 36117

Dear Mr. Pirnie:

Per our phone conversation on May 6, 2005, both parties have agreed to extend the current terms of the "Price Protection Program for Data Conferencing Services" dated June 10, 2002 for an additional 60 day term. This will extend the current contract to August 10, 2005.

To keep the requested extension from automatically renewing, this letter will also suffice as the letter of termination for the 60 day extension which will end on August 10, 2005 unless another contract extension of renewal is agreed to in writing by both parties.

Please sign and return this letter to confirm your agreement with the terms stated above. If you do not sign and return this letter by Friday, May 13, 2005, Conexant then chooses to terminate the current contract upon the original termination date of June 10, 2005.

Please contact me at 949.483.9097 with any questions or concerns.

Regards,

Tom Noonan
Director, Strategic Sourcing
Conexant Systems, Inc.
4000 Mac Arthur Blvd.
Newport Beach, CA 92660


In agreement to the above stated terms:

_____        _____
Rob Pirnie – Conference America                Date

CONEXANT. What's Next in Communications Technologies.