# H

**Pirnie, Rob**

| | |
|---|---|
| **From:** | Pirnie, Rob |
| **Sent:** | Friday, June 10, 2005 2:54 PM |
| **To:** | 'thomas.noonan@conexant.com' |
| **Cc:** | Sales Admin |
| **Subject:** | Conference America - WebEx Services |

Tom,

Good afternoon. I want to confirm for you that we are continuing to support your users on the WebEx platform while you transition to your new provider. Since the service is a monthly service it will remain active with Conference America through June 30, 2005.

Sincerely,

Rob Pirnie
800-925-8000

1