J

**Pirnie, Rob**

**From:** Pirnie, Rob
**Sent:** Friday, June 24, 2005 4:44 PM
**To:** 'thomas.noonan@conexant.com'
**Cc:** Sales Admin
**Subject:** Conference America - WebEx Reminder

Tom,

Good afternoon. I wanted to give you a reminder that we will no longer be supporting your WebEx service effective close of business June 30, 2005. We have signed up multiple new users over the past two weeks and will continue our support up to that time.

Have a nice weekend.

Sincerely,

Rob Pirnie
800-925-8000

1