L

## Pirnie, Rob

| | |
|---|---|
| **From:** | Vogelgesang, Zach |
| **Sent:** | Monday, July 11, 2005 5:56 PM |
| **To:** | Pirnie, Rob; Shanks, Jason |
| **Subject:** | FW: Conference America |

Good evening,

There is a paper copy of this e-mail in the Conexant folder as well.

Thanks,
Zach

-----Original Message-----
| | |
|---|---|
| **From:** | Vogelgesang, Zach |
| **Sent:** | Thursday, July 07, 2005 5:59 PM |
| **To:** | 'thomas.noonan@conexant.com' |
| **Subject:** | Conference America |

Tom,

I just wanted to confirm for you in writing that there will be absolutely no interruption in services for Conexant. All of your leaders' accounts will remain active and new leader accounts will be established as requested. I'll check on the termination date of the contract but it may take a while.

Sincerely,

Zach Vogelgesang
Conference America, Inc.
Sales Administrator
zach.vogelgesang@yourcall.com
800.925.8000 ext. 2724

1