M



CONEXANT SYSTEMS, INC.
4311 Jamboree Road
Newport Beach, CA 92660

Rec'd 7-18-05

July 15, 2005

Mr. Robert M. Pirnie					Via Overnight Delivery
President
Conference America
7079 University Court
Montgomery, AL 36117

Dear Mr. Pirnie:

Conexant has received and acknowledges your letter dated June 24, 2005 in which you exercise your company's contractual rights to cancel the contract with fifteen days notice. We expect that you will abide by the contract and honor our pricing for 15 business days which will end as of close of business on Friday, July 15, 2005.

We request that Conference America immediately cease creating any new accounts on behalf of Conexant Systems, Inc. Conexant also advises Conference America that it is canceling all accounts as of Sunday, July 31, 2005 and all services for these accounts are to be made inactive/unavailable on that date. As of Monday, August 1, 2005, Conexant will no longer take any responsibility, financially or otherwise, for services provided on or after this date.

Please contact me should you have any questions regarding the content of this letter.

Regards,

Tom Noonan
Director, Strategic Sourcing
Conexant Systems, Inc.