N

## Pirnie, Rob

**From:** Paul Edge [paul.edge@conexant.com]
**Sent:** Tuesday, July 19, 2005 3:13 PM
**To:** Spence, Melissa; Brigette McNair
**Cc:** Pirnie, Rob; Shanks, Jason; Tom Noonan; bob.pirne@yourcall.com
**Subject:** Conference America ( Bill in Dispute )

Melissa, Conference America has exercised a clause in our contract which by default raises prices. I have contacted Conference America several times about this with no reply. In an effort to get this resolved and understand what the pricing is now and when it was effective. I need to place all Conference America bills in dispute. Please do not pay any invoice from Conference America without my approval until someone from Conference America contacts me and resolves the billing in dispute.

THis dispute will be for invoices in June and July at this time -

If you have any questions please contact me at your convenience.

Best Regards,
Paul Edge
Program Manager, IT Ops
949-483-4114 T
949-483-5060 F
949-633-9768 C

*********************** Legal Disclaimer *****************************
"This email may contain confidential and privileged material for the sole use of the intended recipient. Any unauthorized review, use or distribution by others is strictly prohibited. If you have received the message in error, please advise the sender by reply email and delete the message. Thank you."
**********************************************************************

9/29/2005