P

## Pirnie, Rob

---

**From:**     Paul Edge [paul.edge@conexant.com]
**Sent:**     Wednesday, July 20, 2005 12:20 AM
**To:**       Pirnie, Rob; Spence, Melissa; Brigette McNair
**Cc:**       Shanks, Jason; Tom Noonan; bob.pirne@yourcall.com; Pirnie, Bob; Williams II, Robert P.
**Subject:** RE: Conference America ( Bill in Dispute )

Melissa, Looks like Rob has finally answered our question, You can now take the bills out of dispute and pay accordingling to the terms set forth in the pricing agreement, Based on the e-mail below the price change took effect on July 10, 2005. Rob, I appreciate you getting back to us. I don't think anything here is illegal, We were simply auditing rates against what we needed to pay. Thank You - Paul

---

**From:** Pirnie, Rob [mailto:rob.pirnie@yourcall.com]
**Sent:** Tuesday, July 19, 2005 3:51 PM
**To:** Paul Edge; Spence, Melissa; Brigette McNair
**Cc:** Shanks, Jason; Tom Noonan; bob.pirne@yourcall.com; Pirnie, Bob; Williams II, Robert P.
**Subject:** RE: Conference America ( Bill in Dispute )

Dear Mr. Edge:

We received your email directing Conexant personnel and contractors to refuse payment on Conference America's June bill as well as on July bills not yet rendered. Your email makes clear that you have no good faith basis for disputing any such bill, but are instead attempting to use the dispute process in bad faith to delay or deny payment, or for other unlawful purposes.

The June bill is exclusively for pre-termination services provided under the contract and has nothing to do with the post-termination pricing that is the subject of your email. Moreover, as we have made abundantly clear in writing, the per-minute pricing applicable to both operator assisted and automated conferencing services following termination of the price protection program agreement is set forth on our website. You are well aware of that pricing and have never inquired as to any other post-termination pricing for any other service. If you have a specific question about the price applicable to any service not shown on our website and would submit that in writing, we would of course respond. You are also well aware from both the language of the terminated agreement and our notice of termination that termination took effect 15 days following your receipt of that notice. You received that notice June 25, which means that termination was effective July 10.

Conexant has no good faith basis for refusing to pay for the services it uses.

Be advised that Conference America takes your threatened unethical and unlawful practices very seriously and will vigorously enforce its rights.

Sincerely,

Rob Pirnie

> -----Original Message-----
> **From:** Paul Edge [mailto:paul.edge@conexant.com]
> **Sent:** Tuesday, July 19, 2005 3:13 PM
> **To:** Spence, Melissa; Brigette McNair
> **Cc:** Pirnie, Rob; Shanks, Jason; Tom Noonan; bob.pirne@yourcall.com
> **Subject:** Conference America ( Bill in Dispute )

9/29/2005

Melissa, Conference America has exercised a clause in our contract which by default raises prices. I have contacted Conference America several times about this with no reply. In an effort to get this resolved and understand what the pricing is now and when it was effective. I need to place all Conference America bills in dispute. Please do not pay any invoice from Conference America without my approval until someone from Conference America contacts me and resolves the billing in dispute.

THis dispute will be for invoices in June and July at this time -

If you have any questions please contact me at your convenience.

Best Regards,
Paul Edge
Program Manager, IT Ops
949-483-4114 T
949-483-5060 F
949-633-9768 C

*********************** Legal Disclaimer ***************************
"This email may contain confidential and privileged material for the sole use of the intended recipient. Any unauthorized review, use or distribution by others is strictly prohibited. If you have received the message in error, please advise the sender by reply email and delete the message. Thank you."
*******************************************************************

9/29/2005