R

## Pirnie, Rob

| | |
|---|---|
| From: | Paul Edge [paul.edge@conexant.com] |
| Sent: | Wednesday, July 20, 2005 2:23 PM |
| To: | Tom Noonan |
| Cc: | Pirnie, Rob |
| Subject: | Conference America Terminations |
| Importance: | High |

Tom I forgot to copy you on this -

---

**From:** Paul Edge
**Sent:** Wednesday, July 20, 2005 12:11 PM
**To:** Pirnie, Rob; Shanks, Jason; will.mcqueen@yourcall.com; bob.pirne@yourcall.com; 'Williams II, Robert P.'; greg.folkes@yourcall.com; reed.karle@yourcall.com
**Cc:** Jeff Reid
**Subject:** Conference America Terminations
**Importance:** High

Rob, Per the letter that Conference America has received yesterday and attached in this e-mail, Conexant is requesting that all Conexant conferencing accounts be disconnected as of Friday 7-22-05. We also request that no new accounts either audio or webex be created for any **new accounts effective immediately**. Should anyone contact Conference America from Conexant please refer them to myself or Tom Noonan effective immediately.

Due to the cancellation of the contract and rate increase by Conference America, Conexant will no longer use Conference America's service as of 7-22-05. Any usage after 7-22-05 will be reviewed and possibly disputed due to this request asking that all accounts be terminated. Please note this is by now means a threat per your previous mail, We are simply trying to transition in a graceful fashion. Your attention to this is very much appreciated and if you have any questions or concerns, Please contact me at your convenience.


Paul Edge
Manager,
Telecom and Networking
949-483-41146


*********************** Legal Disclaimer ***************************
"This email may contain confidential and privileged material for the sole use of the intended recipient. Any unauthorized review, use or distribution by others is strictly prohibited. If you have received the message in error, please advise the sender by reply email and delete the message. Thank you."
*************************************************

9/29/2005