T

## Pirnie, Rob

**From:** Paul Edge [paul.edge@conexant.com]
**Sent:** Wednesday, July 20, 2005 4:28 PM
**To:** Spence, Melissa
**Cc:** Pirnie, Rob; Tom Noonan
**Subject:** Conference America

Melissa, We have officially notified Conference America to terminate all our accounts as of July 31, 2005, Please make note of this in the instance we receive any usage after this date, Please let me know if you have any questions or concerns.

Best Regards,
Paul Edge
Program Manager, IT Ops
949-483-4114 T
949-483-5060 F
949-633-9768 C

************************ Legal Disclaimer ******************************
"This email may contain confidential and privileged material for the sole use of the intended recipient. Any unauthorized review, use or distribution by others is strictly prohibited. If you have received the message in error, please advise the sender by reply email and delete the message. Thank you."
****************************************************************

9/29/2005