V



CONEXANT SYSTEMS, INC.
4311 Jamboree Road
Newport Beach, CA 92660

Tom Noonan
Ph: 949.483.9097
Fax: 949.483.4688

July 28, 2005

Via Overnight Delivery

Robert M. Pirnie, President
Conference America, Inc.
7079 University Court
Montgomery, AL 36117

Dear Mr. Pirnie:

I am disappointed that Conference America chose to terminate our long-term relationship without any prior communication and during a time when you were personally aware that both Paul and I were on vacation. Conference America also failed to return any of the many calls that were made to you and your staff to understand this decision and to plan for a smooth transition.

We are transitioning users in order to meet your termination request, however, it wasn't until your July 26th letter that it was made clear to Conexant that Conference America believes that our agreement was terminated as of July 10th.

In response to that July 26, 2005 letter, Conexant has not reviewed the terms and conditions posted on your web site and does not agree to any new terms governing our relationship. We continue to operate under the agreed upon terms and conditions in the contract dated August 1, 1999 and amended as of December 1, 2003 for the few additional days which we continue to do business.

I also want to confirm that contrary to your letter, Conexant does not expect Conference America to police our policies. Please consider Conference America on notice that no one has the authority to establish any new account(s) for Conexant – please return any request for account setup or service from Conexant to the requestor. Besides, if Conference America accepted new accounts, it would be inconsistent with your termination of our relationship.

Conexant will pay for all services requested by Conexant under our agreement and believe that you may have misunderstood Paul's e-mail regarding payment. However, please be clear that since all services will cease as of Monday, August 1, 2005, Conexant will not take any responsibility, financially or otherwise, for services provided on or after this date.

Regards,

Tom Noonan
Director, Strategic Sourcing

cc: Paul Edge

CONEXANT. What's Next in Communications Technologies.