AA

 CONEXANT

CONEXANT SYSTEMS, INC.
4311 Jamboree Road
Newport Beach, CA 92660

Tom Noonan
Ph: 949.483.9097
Fax: 949.483.4688

September 7, 2005

Via FedEx

Robert M. Pirnie, President
Conference America, Inc.
7079 University Court
Montgomery, AL 36117

Dear Mr. Pirnie:

Conexant is in receipt of Conference America's invoice number CONS000119266A dated August 2, 2005. The charges appear to be detailed in 3 different tabs in this spreadsheet.

I have enclosed payment in full for the charges detailed on tab 1 of the spreadsheet. These charges appear to be for Conexant's actual usage of Conference America's services through July 9th.

However, I am unable to pay any of the other charges at this time because I can not determine what fee structure they are based upon. Specifically, I am confused by the other 2 tabs of the spreadsheet. How were these charges calculated? They don't appear to be Conexant's rate of $.05 that we have been paying and the deactivation fee appears to be "out of the blue."

Conexant is willing to pay for Conexant's actual usage of Conference America's services pursuant to our agreement, so please call me as soon as possible to clarify these charges.

Regards,

Tom Noonan
Director, Strategic Sourcing

cc: Paul Edge

NO. 4875510



2675 Corporate Exchange Drive
Columbus, Ohio 43231  614-839-45(
vendorservices@cassinfo.com

| Date | Vendor | SUN BANK | |
|---|---|---|---|
| 9/06/05 | CONFERENCE AMERICA INC | Check No | 665695 |

| Account Number | Invoice Date | Customer Code | Customer Name | Amount Billed | Difference | Amount Paid |
|---|---|---|---|---|---|---|
| CONWBX | 08/02/2005 | 42050 | CONEXANT | 5366.53 | | 5366.53 |

⌐

L

**Cass Information Systems**
2675 Corporate Exchange Drive
Columbus, Ohio 43231  614-839-4503
vendorservices@cassinfo.com

VOID IF NOT CASHED WITHIN 180 DAYS

NO. 665695

Sun Security Bank of America   80-332
A Correspondent of Cass Commercial Bank   815

09/06/05

PAY TO: CONFERENCE AMERICA INC
4000 MACARTHUR BLVD
CONEXANT ATTN. TOM NOONAN
NEWPORT BEACH    CA    92660

US $****5,366.53**

AUTHORIZED SIGNATURE

⑆665695⑆ ⑇081503322⑇ 541⑌490 3⑊