E



# Conexant Systems, Inc.
# And
# Conference America, Inc.

## Price Protection Program
### For Data Conferencing Services Only

June 10, 2002

### CONCURRENT USER SUBSCRIPTION AGREEMENT

**SUBSCRIPTION SERVICES PRICING**

| General Conference America Meeting Center Site Anticipated Start Date: **5 Business Days from Effective Date of Agreement** |
|---|
| Co-Branded Conference America Meeting Center Site Anticipated Start Date: **10 Business Days from Effective Date of Agreement** |

| *Installation and Set-up Fees* |
|---|
| Installation and Set-up Fee for a total of 1 Custom URL's    $ 3,000.00 To be billed at time of site construction. |
| *(One time charge for the duration of this Agreement)* |

| *Subscription Service Fees* | | | |
|---|---|---|---|
|  | Number of Concurrent Users | Monthly Cost Per User | Total to be Invoiced Monthly |
| Training Center Professional Services | 61 | $92 | $5,612.00 |

The above cost will be allocated monthly by dividing the cost ($5,612.00) by the total system attendee minutes for the month. This cost will be distributed to individual Conexant Employee ID Numbers based on the total number of attendee minutes on each meeting for each host.

"Initial Term" shall be 36 months.
   Subsequent "Renewal Term(s)" shall be 12 months

Conexant and Conference America will review the number of licenses in use and may change this value either up or down on 6-month increments.

In the event Conexant chooses to increase the number of licenses at any time during this agreement, the price of $92.00 per seat will be honored until Conexant's total license number equals or exceeds 301 concurrent users at which time the tiered rate structure will become effective. In the event Conexant chooses to reduce the number of licenses the tiered rate structure will immediately become effective.

Conference America is the sole administrator of all accounts under this agreement.

WebEx International Outbound Telephone Conference Calls are to be billed at the current WebEx rate per minute based on the terminating country called.

Conference America's C2KPlus audio conferencing will be the default audio conferencing application for all Conexant users except where WebEx audio conferencing will be made available to select users as defined by Christine Shaw. All WebEx audio conferencing charges will be billed directly from Conference America to Conexant referencing the leader employee ID and department number.

The following rate structure will be in effect for the term of this agreement for concurrent user rates:

| Number of Concurrent Users | Price Per Month |
| --- | --- |
| 0 – 25 | $212.00 |
| 26 – 50 | $162.00 |
| 51 – 150 | $142.00 |
| 151 – 200 | $107.00 |
| 201 – 250 | $97.00 |
| 251 – 300 | $92.00 |
| 301 – 350 | $87.00 |
| 351 – 400 | $82.00 |
| 401 – plus | $77.00 |

### Overage Fees
(All Overage fees are invoiced monthly in arrears)

| "Overage Fee" (Charged per additional user at peak during each ¼ hour of the day, in excess of the number of each type of Concurrent User stated above.) | Per User / Per ¼ Hour | Overage Fees will be waived for the first 3 months of this Agreement, and continued in 90 day increments provided Conexant has increased the number of seats by a minimum of 10 following the previous 90 day period, thereafter it shall be: $6.25 |
| --- | --- | --- |

| *Per Use Fees* | | |
|---|---|---|
| | Unit | Fee Per Unit |
| Voice Over IP | Per Minute/ Per Person | $ 0.02 |
| Meeting Assist | Per Meeting/Per Hour | $350.00 |
| WebEx Phone Charges – inbound Domestic only (Does not include toll charges to 408 area code) | Per Minute/ Per Person | $ 0.05 |
| WebEx Phone Charges – outbound Domestic only | Per Minute/ Per Person | $ 0.15 |
| Recording Hosting Fee | 100 MB | $150 per month |
| Recording Hosting Fee | 500 MB | $500 per month |

| *Additional Users Added by Amendment.* | | | | | | |
|---|---|---|---|---|---|---|
| Amendment Number and Date | Number of Concurrent Users Added | Monthly Cost Per User | Total Additional Amounts to be added to new monthly invoices | Prorated amount for current month | Signature and Printed Name of Customer | Initials of Acceptance by Conference America |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Customer may add additional Concurrent Users by using this form, in accordance with the "Payments and Amendments" section of this Agreement.

IN WITNESS WHEREOF, Conference America and Customer have caused this Agreement to be entered into by their duly authorized representatives as of the "Effective Date which shall be the date last executed below:

| Conference America, Inc. | Customer: Conexant Systems, Inc. |
|---|---|
| By: *[signature]* | (Signature) *[signature]* |
| Name: ROBERT PIZNIE | Name: Dolores H. Sylvester |
| Title: CTO | Title: Strategic Sourcing Manager |
| Date: 7-12-02 | Date: June 10, 2002 |
| 7079 University Court | Address: 4311 Jamboree Road |
| Montgomery, AL 36117 | Newport Beach, CA 92660 |
| Phone: (334) 260-9999<br>Fax: (334) 260-0707 | Phone: 949 483 6875<br>FAX: 949 483 4688 |
| Conference America Billing Contact Number<br>(334) 260-9999 | Customer Billing Address<br>Conexant Systems, Inc. |
| Remittance Address: | Attn: Accounts Payable |
| Conference America, Inc. | Address: PO Box 7370 |
| PO Box 241188 | Newport Beach, CA 92658-7378 |
| Montgomery, AL 36124 | |
| ConfAm - Federal ID number is 63-1070221 | Phone / Fax: 949 483 4447 / 949 483 3408 |

## Subscription Terms and Conditions

1. **Services Description.** The features of the Professional Meeting Center as specified in Exhibit A, in addition to Conference America's responsibilities to setup, train, and support you, are the ("Services"). Conference America may at its sole discretion, enhance and/or expand the features of the Services from time to time at no additional cost to Customer ("No-Cost Features"). Conference America may also expand or enhance the Services by providing additional features which may, but is not required to be added by Customer to this Agreement at additional cost ("Cost Features"). If Customer decides to add a Cost Feature to the Service, you may do so by contacting your local Conference America sales representative or Conference America directly at info@yourcall.com to receive a quote for the Cost Features. Conference America may, upon 30 days notice or at the end of the then-current (Initial or Renewal) Term, whichever is later, adjust the fees paid by Customer for the Services, provided that Customer shall have the option, within 15 days of receiving such notice from Conference America, to initiate a change in the quantity and/or type or features of the Service by initiating a mutually agreeable written amendment to this Agreement, or terminate this Agreement by providing written notice to Conference America effective at the end of the then current Initial or Renewal Term.

2. **Services Selected.** Customer shall provide all user information reasonably necessary to enable Conference America to create user profiles for each user for whom Customer wishes to provide access to the Services, pursuant to this Agreement ("Hosts"). During the Term of this Agreement, and for valuable consideration as stated herein, Customer may: 1) designate an unlimited number of Hosts, and 2) initiate an unlimited number of meetings using the Services; provided, however, that the signature page reflects the number of users within Customer's company or organization as well as outside attendees that may simultaneously access the Services on Customer's account at any one time. ("Concurrent Users"). Conference America reserves the right to charge an "Overage Fee" as stated on the first page of this Agreement, for Use in excess of the authorized number of Concurrent Users. For the fees stated on the first page of this Agreement, Installation and Set-up, Conference America will use commercially reasonable efforts to provide the Services as follows:

   a. **Creation of the General Conference America Meeting Center Site.** Conference America will, within 5 business days, set-up a site for use by Customer which does not carry the Customer's brand. This site will be available, until Customer and Conference America have completed their obligations to create the Co-Branded Conference America Meeting Center Site.

   b. **Creation of a Co-branded Conference America Meeting Center Site,** includes incorporating Customer's corporate logos and page headers; matching colors and fonts to Customer's website; and customizing site footer. Conference America expects that the Co-branded Conference America Meeting Center Site will be available by the anticipated start date stated on the first page of this Agreement.

   c. **Co-branded Conference America Meeting Center Site Changes.** Conference America will make changes to Co-branded Conference America Meeting Center Site created in accordance with Section 2b above for an additional charge of $1,000 per change submission. Conference America shall do minor changes, such as fixing and changing links, at no additional cost.

   d. **Conference America Training** Conference America shall provide free online training to each Host assigned by Customer in accordance with this Agreement. Host may register for training, by emailing info@yourcall.com or by calling 800-925-8000, after receipt of their login name and password.

   e. **Customer Technical Support.** Conference America shall make available technical support via telephone, email and through the Services. Such technical support will be provided directly to Customer between the hours of 7:00 a.m. and 7:00 p.m. CST Monday through Friday. Support may be contacted by calling 800-925-8000 or by email at info@yourcall.com.

   f. **MeetingAssist Description:** Conference America offers MeetingAssist as an additional service for large seminars or meetings. These services include Conference America personnel help in planning and running a Conference America meeting and additional technical support during the scheduled meeting. Pricing for MeetingAssist is listed on the first page of this Agreement.

3. **Per Use Services.** Conference America offers per use services that include the MeetingAssist Program. MeetingAssist can be scheduled in advance providing support for all of Customers on-line meeting needs; this service is charged on an hourly basis.

4. **Payment and Amendments.**

   a. Payments for Service are 1% 10, Net 20. Customer agrees to pay in U.S. funds by the 20th day following billing. Conference America invoicing for the Services begins on the first day that the General Site is available for use by Customer and monthly thereafter. Overage and Per Use Fees are invoiced monthly in arrears for actual use. Any undisputed monthly payment not received when due will bear interest at the lower of 1.5% per month or the highest rate permitted by law and Conference America, may suspend the Services, if Customer's payment of undisputed fees is ten (10) or more business days delinquent. Additionally, Conference America is entitled to recover any sums expended in connection with the collection of undisputed sums not paid when due, including reasonable attorneys' fees.

   b. Customer may add additional Concurrent Users at any time by contacting a Conference America customer care associate for current pricing and filling out the "Additional Users Added by Amendment" form provided on the signature page of this Agreement. The form must include the signature of a Customer representative authorized to bind the company. Conference America will return a fax copy of the form for Customers records. The monthly Per User fees for the additional Concurrent User subscriptions will be invoiced with next scheduled monthly invoice, prorated from the date of request. Thereafter the additional Concurrent User subscriptions will be added

to the total number of Concurrent Users and invoiced in accordance with this Agreement. ~~Concurrent Users may only be deleted at the end of the Initial or any Renewal Term, provided Customer gives 30 days written notice, prior to the end of any such term.~~/HS (RMP)

**5. Term and Termination**

a. The Initial Term of this Agreement will be for the number of months set forth on the first page of this Agreement, from the date that the General Site is available. Renewal Terms will automatically initiate at the end of the preceding (Initial or Renewal) Term and continue for the number of months set forth on the first page of this Agreement. Either party may terminate this Agreement at the end of any (Initial or Renewal) Term by providing the other party written notice of termination at least 30 days prior to the end of such period. The following provisions will survive the expiration or termination of this Agreement: Sections 4 (as to amounts due and owing as of the Agreement's expiration or termination date), 5, 10, 11, 12, 13, and 14.

b. **Termination for Breach**. Either party may terminate this Agreement by written notice to the other party if the other party fails to perform or observe any of its obligations under this Agreement and such failure is not cured within fifteen (15) days after written notice thereof from the terminating party.

**6. Use of Company Name**.

a. Customer agrees that Conference America may use Customer's name and logo on the Co-branded Conference America Meeting Center, in order to satisfy Conference America's responsibilities under Section 2b of this Agreement.

b. Neither party shall use in writing the other party's name or logo in any published form, to include external advertising, publicity or releases to the public except with the specific prior written approval of the other party. Conference America may not post Customer's logo or name on Conference America's web site; Conference America may verbally disclose that Customer is a user of the Service and list Customer as a customer on non-published customer lists.

**7. Responsibility for Account Number/Password**. Customer is responsible for all uses of Customer's Co-branded Conference America Meeting Center, whether or not authorized by Customer. Customer is responsible for maintaining the confidentiality of Customer's account number and passwords. Customer agrees to immediately notify Conference America of any unauthorized use of Customer's account of which Customer becomes aware.

**8. Responsibility for Content of Communications on Customer's Account**. Customer agrees that Customer is solely responsible for the content of all visual, written or audible communications using Customer's account. Customer agrees that Customer will not use Services to send unsolicited mass mailings outside Customer's company or organization. Customer further agrees not to use the services of Conference America, its suppliers or affiliates to communicate any message or material that is harassing, libelous, threatening, obscene, would violate the intellectual property rights of any party or is otherwise unlawful, that would give rise to civil liability, or that constitutes or encourages conduct that could constitute a criminal offense, under any applicable law or regulation. Although Conference America, its suppliers or affiliates are not responsible for any such communications, Conference America, its suppliers or affiliates may suspend any such communications of which Conference America, its suppliers or affiliates are made aware of, at any time, and provide prompt notice to Customer.

**9. Indemnification by Conference America**. Conference America agrees to defend Customer and to pay any judgments, costs and expenses, or amounts paid in settlement to which Conference America agrees, which Customer may sustain as the result of any claim by a third party that the Conference America services by itself and in unmodified form infringes or misappropriates such third party's copyrights, trade secrets, or U.S. or Canadian patents issued as of the Effective Date of this Agreement; provided that Customer provides Conference America with prompt written notice of such claims or threat of such claims and that Conference America is given full control and authority to investigate, defend and/or settle such claim. In the event of any claim that Conference America services infringe a third party's intellectual property rights, Conference America may, at its option, procure the rights to allow Customer to continue to use the affected Conference America service, modify the Conference America service so it is not infringing in which case Customer shall immediately cease using the infringing Conference America service, or terminate this Agreement and refund a pro-rata portion of any unused Subscription fees actually paid.

**10. Indemnification by Customer**. Customer agrees to indemnify, defend and hold harmless Conference America, its affiliates, officers, directors, employees, consultants and agents from any and all third party claims, liability, damages and/or costs (including, but not limited to, attorneys' fees) arising from Customer's use of Conference America's services, Customer's violation of this Agreement or Customer's infringement, or infringement by any other user of Customer's account, of any intellectual property or other right of any person or entity.

**11. Limited Warranty**. CUSTOMER UNDERSTANDS AND AGREES THAT ANY SOFTWARE OR SERVICES PROVIDED BY CONFERENCE AMERICA, ITS SUPPLIERS OR AFFILIATES ARE PROVIDED "AS IS" AND "AS AVAILABLE." CONFERENCE AMERICA, ITS SUPPLIERS AND AFFILIATES EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. CONFERENCE AMERICA, ITS SUPPLIERS AND AFFILIATES MAKE NO WARRANTY OR REPRESENTATION REGARDING THE SERVICES OF CONFERENCE AMERICA, ITS SUPPLIERS OR AFFILIATES, ANY INFORMATION, MATERIALS, GOODS OR SERVICES OBTAINED THROUGH CONFERENCE AMERICA'S, ITS SUPPLIERS OR AFFILIATES SERVICES OR WEBSITE, OR THAT CONFERENCE AMERICA'S, ITS SUPPLIERS OR AFFILIATES SERVICES WILL MEET ANY CUSTOMER REQUIREMENTS, OR BE UNINTERRUPTED, TIMELY, SECURE OR ERROR FREE. USE OF CONFERENCE

AMERICA'S, ITS SUPPLIERS OR AFFILIATES SERVICES AND WEBSITE ARE AT CUSTOMER'S SOLE RISK. CUSTOMER WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO CUSTOMER RESULTING FROM THE USE OF SUCH SERVICES OR WEBSITE. Because some states and jurisdictions do not allow limitations on implied warranties, the above limitation may not apply to Customer. In that event, such warranties are limited to the minimum warranty period allowed by the applicable law.

12. **Limitation of Liability**. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL CONFERENCE AMERICA ITS SUPPLIERS OR AFFILIATES BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF, OR RESULTING FROM, (I) THE USE OF OR INABILITY TO USE THE CONFERENCE AMERICA SERVICES, WEBSITE, OR CONFERENCE AMERICA SOFTWARE, OR (II) THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES, OR (III) THE ACQUISITION OF ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH CONFERENCE AMERICA'S SERVICES OR WEBSITE, OR (IV) MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH CONFERENCE AMERICA'S SERVICES OR WEBSITE, (V) UNAUTHORIZED ACCESS TO OR ALTERATION OF USER'S TRANSMISSIONS OR DATA, (VI) THE PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES, WHETHER ARISING IN TORT (INCLUDING NEGLIGENCE), CONTRACT OR ANY OTHER LEGAL THEORY, EVEN IF CONFERENCE AMERICA HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, CONFERENCE AMERICA'S MAXIMUM CUMULATIVE LIABILITY AND CUSTOMER'S EXCLUSIVE REMEDY FOR ANY CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT WILL BE LIMITED TO THE AMOUNT ACTUALLY PAID BY CUSTOMER FOR THE SUBSCRIPTION SERVICES. Because some states and jurisdictions do not allow limitation of liability in certain instances, portions of the above limitation may not apply to Customer.

13. **General**.

   a. Neither party may assign or delegate their respective obligations under this Agreement either in whole or in part, without the prior written consent of the other party. Notwithstanding the foregoing, either party may assign their respective obligation in whole to a successor in interest which results from the sale of all or substantially all of the assets of the assigning party, provided that either party may terminate this agreement upon 10 days notice, if the assignee can be reasonably considered a competitor of the non-assigning party. This Agreement will be governed by and construed in accordance with the laws of the United States and the State of California as applied to agreements entered into and to be performed entirely within California. This Agreement will be interpreted fairly in accordance with its terms and without any strict construction in favor of or against either party. This Agreement, including all Attachments, constitutes the entire agreement between the parties with respect to the subject matter hereof, and supersedes and replaces all prior or contemporaneous understandings or agreements, written or oral, regarding such subject matter. No amendment to or modification of this Agreement will be binding unless in writing and signed by a duly authorized representative of both parties.

   b. Neither party will be responsible for failure of performance due to causes beyond its control. Such causes include (without limitation) accidents, acts of God, labor disputes, actions of any government agency, shortage of materials, or the stability or availability of the internet, or portion thereof.

   c. The waiver of any one breach, default or right granted under this Agreement will not constitute the waiver of any breach, default or right granted. Any provision of this Agreement held to be illegal or unenforceable will be deemed amended to conform to applicable laws or regulations, or if it cannot be so amended without materially altering the intention of the parties, it will be stricken and the remainder of this Agreement will continue in full force and effect.

   d. Other than using the Services for conferences or meetings in which Customer is an active participant, and as permitted under the terms and conditions of this Agreement or other written agreements between Customer and Conference America, Customer may not resell, distribute, make any commercial use of, use on a timeshare or service bureau basis, or use to operate a web-site or otherwise generate income from the Services.

   e. Customer acknowledges that the Services are subject to U.S. export control laws and regulations. Customer represents that it is not a citizen of an embargoed country or prohibited end user under applicable U.S. export and anti-terrorism laws, regulations and lists. Customer will not use, export or allow a third party to use or export the Services in any manner that would violate applicable law, including but not limited to applicable export control laws and regulations.

   f. Customer agrees to refrain from reverse engineering, decompiling or otherwise discovering the equivalents of the services provided by Conference America, its suppliers or affiliates

Description of Service Features
Exhibit A

- *Unique TrainingCenter features:*

| | |
|---|---|
| Embedded Multimedia | Trainers can embed and deliver instructional videos, flash and 3-D animations within PowerPoint presentations. Standalone Authoring toolkit allows the Trainer to embed these multimedia objects within PowerPoint presentations offline. |
| Playback in Session | Allows playback of previously recorded WebEx sessions during a live training session |
| Share Web Content | Trainers can share Web content that resides at a specific address, or URL, on the Web by causing the content to open in a new Web browser window on each attendee's computer. This option lets attendees view and interact independently with any multimedia effects on a Web page |
| Speak Commands | Trainees can Ask to Speak during an Audio conference / Voice over IP session. Trainers can click on Trainee and Let Speak. This system provides effective control over Audio conference / Voice over IP sessions. |
| Recording Editor | Trainers can cut, paste, remove or rearrange sections of recorded data, or copy recorded data from one recording to another |
| Testing and Grading | Trainers can create and administer comprehensive tests and polls, and share individual grades or group grades. print and then save the class answers. Standalone Testing and Polling Editor allows tests and polls to be created and edited offline. |
| Breakout Sessions | Trainers can break students out into smaller groups with separate sessions enabling them to work on a distinct application or document |
| Instant Feedback | Provides valuable feedback to the trainer by visually depicting individual yes/no/raise hand responses to verbally asked questions or fast/slow/laughter/applause unsolicited responses. |
| Threaded Q&A | Training participants can interact via a threaded chat feature that identifies named questions with corresponding answers |
| Session Registration and Reporting | Facilitates Live and Recorded training session scheduling and enrollment, and generates reports capturing trainee invitation, attendance and registration information |
| Recorded Training Sessions | Trainers can upload and maintain Recorded training sessions so trainees can easily play them back from the web. Recorded Sessions have a separate Password access and Registration system. |
| Internet Phone - Voice over IP (VoIP) | Supports multipoint Voice over IP in Hands Free or Controlled mode. |

- *General Service Features and supported Operating Systems:*

| Feature List | Windows™ (All Versions 95, and newer)) |
|---|---|
| Meeting Size Limits | 500 |
| Personal Meeting List | Yes |
| Group Meeting List | Yes |
| **Data Collaboration** | |
| Document Viewing | Yes |
| White boarding | Yes |
| Annotation | Yes |
| Application Sharing | Yes |
| Application Remote Control | Yes |
| Desktop Sharing | Yes |
| Desktop Remote Control | Yes |
| Web Tour | Yes |
| Web Tour Remote Control | Yes |
| Data Encryption (Up to 128bit SSL) | Yes |
| **Interaction and Video** | |
| Chat | Yes |
| Polling | Yes |
| Video | Yes |
| **Voice** | |
| Integrated Telephony | Yes (Per Use Fees Applied) |
| Internet Phone | Yes (Per Use Fees Applied) |
| **Record / Playback / Transfer** | |
| File Transfer | Yes |
| Record | Yes |
| Playback | Yes |



4311 Jamboree Road
PO Box 7370
Newport Beach, CA 92658-7370
(949) 483-6875   Fax: (949) 483-4688

# Fax

**To:** Rob Pirnie

**Fax:** 800 388 6742

**Phone:** 800 925 8000

**Re:**

**From:** Dolores Sylvester, Strategic Sourcing Manager

**Pages:** 10

**Date:** 7/8/02

**CC:**

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

CONFERENCE AMERICA, INC.

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| DOLORES SYLVESTER | ROB PIRNIE |
| **FAX NUMBER:** | **DATE:** |
| 949 483 4688 | JULY 12, 2002 |
| **COMPANY:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| CONEXANT SYSTEMS | 10 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| **RE:** | **YOUR REFERENCE NUMBER:** |

URGENT      * FOR REVIEW      ☐ PLEASE COMMENT      ☐ PLEASE REPLY      ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please call if you need additional information.

Rob Pirnie

334 260 9999 x 2323

7079 UNIVERSITY COURT • MONTGOMERY,ALABAMA 36117
PHONE: 800.925.8000 • FAX: 800.388.6742