FF

Message

## Pirnie, Bob

**From:** Tom Noonan [thomas.noonan@conexant.com]
**Sent:** Friday, October 07, 2005 7:37 PM
**To:** Pirnie, Bob
**Cc:** Paul Edge
**Subject:** June Invoice

Bob,

I received your voicemail message in regards to the June invoice. My understanding is that all invoices have been paid however, I am checking on this particular invoice and should have an answer for you on Monday.

Regards,

Tom Noonan
Director, Strategic Sourcing
Conexant Systems, Inc.
949.483.9097

************** Legal Disclaimer **************************
"This email may contain confidential and privileged material for the sole use of the intended recipient. Any unauthorized review, use or distribution by others is strictly prohibited. If you have received the message in error, please advise the sender by reply email and delete the message. Thank you."
****************************************************

10/21/2005