G

**Pirnie, Rob**

---

**From:** Ron Stroh [Ron.Stroh@webex.com]
**Sent:** Wednesday, May 11, 2005 5:24 PM
**To:** Pirnie, Rob
**Cc:** Prentice Thomas
**Subject:** RE: WebEx Blank order form.

Rob,

I received the below e-mail. But I'm concerned that I was not clear about the extension. I was not able to get approval for a one month extension. We need to have the deal complete by 7-1-05. Please contact me if you have any questions or send over a version of the cancellation without the extension.

Best Wishes,

Ron Stroh
Client Service Manager- Majors
WebEx Communications, Inc.
phone: 916.852.3515
fax: 916.636.8076
2868 Prospect Park Drive, Suite 500
Rancho Cordova, CA 95670
http://webex.com/

---

**From:** Pirnie, Rob [mailto:rob.pirnie@yourcall.com]
**Sent:** Wednesday, May 11, 2005 11:46 AM
**To:** Ron Stroh
**Cc:** Sales Admin
**Subject:** RE: WebEx Blank order form.

Ron,

Per our conversation yesterday afternoon here is notice for the agreement moving forward to make sure we keep all basis covered. I will also send a fax as well as mail an original for your records.

Let me know if you have any questions.

Thank you,
Rob
800-925-8000


-----Original Message-----
**From:** Ron Stroh [mailto:Ron.Stroh@webex.com]
**Sent:** Monday, May 09, 2005 4:22 PM
**To:** Ron Stroh; Pirnie, Rob

**Subject:** RE: WebEx Blank order form.

Rob,

Attached is what we were looking for ....Committed Global. There are different telephony packages available click on the Service Description links to get more information.

Best Wishes,

Ron Stroh
Client Service Manager- Majors
WebEx Communications, Inc.
phone: 916.852.3515
fax: 916.636.8076
2868 Prospect Park Drive, Suite 500
Rancho Cordova, CA 95670
http://webex.com/

---

**From:** Ron Stroh
**Sent:** Monday, May 09, 2005 8:00 AM
**To:** 'rob.pirnie@yourcall.com'
**Cc:** 'jason.shanks@yourcall.com'
**Subject:** WebEx Blank order form.

Rob,

Attached is the blank order form we discussed. This should get you the T & C that you need. Let me know how else I can help.

Best Wishes,

Ron Stroh
Client Service Manager- Majors
WebEx Communications, Inc.
phone: 916.852.3515
fax: 916.636.8076
2868 Prospect Park Drive, Suite 500
Rancho Cordova, CA 95670
http://webex.com/

9/30/2005