H

**Pirnie, Rob**

___

**From:** Pirnie, Rob
**Sent:** Friday, June 10, 2005 2:54 PM
**To:** 'thomas.noonan@conexant.com'
**Cc:** Sales Admin
**Subject:** Conference America - WebEx Services

Tom,

Good afternoon. I want to confirm for you that we are continuing to support your users on the WebEx platform while you transition to your new provider. Since the service is a monthly service it will remain active with Conference America through June 30, 2005.

Sincerely,

Rob Pirnie
800-925-8000