I

**Pirnie, Rob**

---

**From:** thomas.noonan@conexant.com
**Sent:** Tuesday, June 14, 2005 12:52 PM
**To:** Pirnie, Rob
**Subject:** Re: Conference America - WebEx Services

Bob,

Thank you for the information and continued support.

Regards,

Tom Noonan
Director, Strategic Sourcing
Conexant Systems, Inc.
949.483.9097

---

"Pirnie, Rob" <rob.pirnie@yourcall.com>

06/10/2005 12:53 PM

To <thomas.noonan@conexant.com>
cc "Sales Admin" <SalesAdmin@yourcall.com>
Subject Conference America - WebEx Services

Tom,

Good afternoon. I want to confirm for you that we are continuing to support your users on the WebEx platform while you transition to your new provider. Since the service is a monthly service it will remain active with Conference America through June 30, 2005.

Sincerely,

Rob Pirnie
800-925-8000

******************** Legal Disclaimer *************************** "This email may contain confidential and privileged material for the sole use of the intended recipient. Any unauthorized review, use or distribution by others is strictly prohibited. If you have received the message in error, please advise the sender by reply email and delete the message. Thank you."
****************************************************************

9/29/2005