K



ConferenceAmerica

June 24, 2005

Conexant Systems, Inc              VIA Overnight Delivery
Mr. Thomas C. Noonan
Mgr., Strategic Sourcing
4000 MacArthur Blvd.
Newport Beach, CA 92660

Dear Mr. Noonan:

     Conference America hereby terminates the Price Protection Program Agreement dated August 1, 1999, as amended with an effective date of December 1, 2003, between Conexant Systems, Inc. And Conference America, Inc. fifteen days following the effective date of this notice.

     Any services used or requested by Conexant after termination will be made available only on and subject to Conference America's standard terms, conditions and prices effective at the time the services are rendered. Conference America's Services Terms & Conditions is available at www.yourcall.com .

Sincerely,

R. M. Pirnie
President

7079 University Court
Montgomery, AL 36117
Telephone: 334.260.9999
Facsimile: 334.260.0707
800.388.6712
Web: www.yourcall.com
Reservations: 800.925.8000

Track Shipments
**Detailed Results**

**?** Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 791661220867 | **Reference** | sales |
| **Signed for by** | F.VILLA | **Delivery location** | Newport Beach, CA |
| **Ship date** | Jun 24, 2005 | **Delivered to** | Shipping/Receiving |
| **Delivery date** | Jun 25, 2005 11:10 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun 25, 2005 | 11:10 AM | Delivered | Newport Beach, CA | |
| | 8:47 AM | On FedEx vehicle for delivery | IRVINE, CA | |
| | 8:02 AM | At local FedEx facility | IRVINE, CA | |
| | 5:19 AM | Departed FedEx location | LOS ANGELES, CA | |
| | 4:17 AM | Arrived at FedEx location | LOS ANGELES, CA | |
| | 1:28 AM | Departed FedEx location | MEMPHIS, TN | |
| Jun 24, 2005 | 11:35 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 7:56 PM | Left origin | MONTGOMERY, AL | |
| | 6:33 PM | Picked up | MONTGOMERY, AL | |
| | 4:13 PM | Package data transmitted to FedEx | | |

[Signature proof]    [Track more shipments]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From [                    ]

To [                    ]

Add a message to this email.
[                    ]

[Send email]