U



ConferenceAmerica.

July 26, 2005

Mssrs. Paul Edge and Thomas Noonan    VIA Courier to Both
Conexant Systems, Inc.
4311 Jamboree Road
Newport Beach, CA 92660

Dear Mssrs. Edge and Noonan:

I have received considerable correspondence from each of you regarding termination of Conexant's accounts with Conference America, termination dates, pricing, and Conexant's apparent unwillingness to pay for services it uses. Some of your correspondence takes conflicting positions, some of it threatens unlawful action, and some of it is simply incomprehensible.

As you know, Conference America terminated the contract upon 15 days notice, not 15 business days notice, as expressly provided in Section 4 "Termination". You received our notice of termination on June 25. Termination was effective July 10, and any services Conexant may have used from that date forward would be covered by our Services Terms and Conditions on our website, www.yourcall.com including price terms. I would encourage you again to review this document.

If Conexant does not wish to continue to use our services, it is free to stop using them. We, of course, hope Conexant will continue to use our services. If Conexant does use our services, it will be responsible financially and otherwise for such use, and Conference America will vigorously enforce its right to be paid for such use.

In view of your instructions to de-activate all Conexant conferencing accounts effective August 1, 2005, I wanted to confirm that this is a service we offer and we will comply with your instructions.

With respect to the creation of Conexant conferencing accounts, after July 31, 2005, if we receive requests from Conexant personnel we will assume they have the authority to make

7079 University Cou
Montgomery, AL 3611
Telephone: 334.260.99S
Facsimile: 334.260.07C
800.388.674
Web: www.yourcall.co1
Reservations: 800.925.80C



Messrs. Paul Edge and Thomas Noonan
July 26, 2005
Page 2

such requests and will set-up these accounts. We will not undertake to police policy decisions within your organization or participate in your internal disagreements.
If you have authority to restrict their conferencing choices, you need to exercise it yourselves within Conexant. Be advised, however, that Conexant's use of our services without the intention of paying for them as some of your correspondence seems to contemplate would subject Conexant to potential criminal sanctions as well as civil liability.

Sincerely,

R. M. Pirnie
President

## Track Shipments
### Detailed Results

 **Quick Help**

| | | | |
|---|---|---|---|
| **Tracking number** | 845701467942 | **Delivered to** | Shipping/Receiving |
| **Signed for by** | M.AGUIRRE | **Service type** | FedEx 2Day Envelope |
| **Ship date** | Jul 26, 2005 | **Weight** | 1.0 lbs. |
| **Delivery date** | Jul 27, 2005 9:57 AM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 27, 2005 | 9:57 AM | Delivered | | |
| | 8:41 AM | On FedEx vehicle for delivery | IRVINE, CA | |
| | 7:35 AM | At local FedEx facility | IRVINE, CA | |
| | 4:27 AM | Arrived at FedEx location | LOS ANGELES, CA | |
| | 4:35 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:21 AM | Departed FedEx location | MEMPHIS, TN | |
| Jul 26, 2005 | 11:49 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 8:03 PM | Left origin | MONTGOMERY, AL | |
| | 6:09 PM | Picked up | MONTGOMERY, AL | |

[ Signature proof ]  [ Email results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name: [         ]     Your Email Address: [         ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [    ] | English | ☐ | ☐ |
| [    ] | English | ☐ | ☐ |
| [    ] | English | ☐ | ☐ |
| [    ] | English | ☐ | ☐ |

Select format: ⦿ HTML  ○ Text  ○ Wireless

Add personal message:

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these **Terms and Conditions**    [ Submit ]

**FedEx USA Airbill** — Sender's Copy

FedEx Tracking Number: 8457 0146 7942

**1 From**
Date: 7/26/05
Sender's Name: Bob Birnie
Sender's FedEx Account Number: 1755-6737-2
Phone: (334) 260-9999
Company: CONFERENCE AMERICA
Address: 7079 UNIVERSITY CT
City: MONTGOMERY   State: AL   ZIP: 36117-8004

**2 Your Internal Billing Reference**: OPTIONAL

**3 To**
Recipient's Name: Mr. Thomas Noonan
Phone: (949) 483-9097
Company: Coalyant Systems, Inc.
Address: 4311 Jamboree Road
City: Newport Beach   State: CA   ZIP: 92660

**4a Express Package Service**
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [X] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location
- Dangerous Goods: No / Yes / Dry Ice / Cargo Aircraft Only

**7 Payment Bill to:**
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Declared Value: $ .00

447