

**Pirnie, Bob**

From: Carr, Audria
Sent: Thursday, September 08, 2005 10:18 AM
To: Pirnie, Bob
Subject: Conexant

Mr. Pirnie,

I received a voice mail from Donna Rough from Cass Information Systems, Inc. August 16, 2005 at 1:17 pmct. Her voice mail stated that Paul Edge had disapproved both invoices, CONS117479 $39,793.01 and CONS119266 $201,346.32. She also stated that we would need to speak with him further regarding payment.

Audria Carr
Finance Dept.
Conference America, Inc.
800.925.8000 Ext. 2131
audria.carr@yourcall.com

1