# II

No. 4983752

**Cass Information Systems**
2675 Corporate Exchange Drive
Columbus, Ohio 43231  614-839-4503
vendorservices@cassinfo.com

Page 1

| Date | ARU Access Code | Vendor | | SUN BANK | |
|---|---|---|---|---|---|
| 11/02/05 | 278445 | CONFERENCE AMERICA INC | | Check No | 742968 |

| Account Number | Invoice Date | Customer Code | Customer Name | Amount Billed | Difference | Amount Paid | ACH |
|---|---|---|---|---|---|---|---|
| CONWBX | 07/01/2005 | 42050 | CONEXANT | 39793.01 | | 39793.01 | |
| | | | TOTAL PAYABLE: | 39,793.01 | | $39,793.01 | US |

RECEIVED
NOV 07 2005
Per.............

**Cass Information Systems**
2675 Corporate Exchange Drive
Columbus, Ohio 43231  614-839-4503
vendorservices@cassinfo.com

VOID IF NOT CASHED WITHIN 180 DAYS

NO. 742968

Sun Security Bank of America     80-332
A Correspondent of Cass Commercial Bank     815

11/02/05

PAY TO:  CONFERENCE AMERICA INC
         P O BOX 241188
         MONTGOMERY     AL     36124

US $***39,793.01**

AUTHORIZED SIGNATURE

⑈742968⑈ ⑆081503322⑆ 541⑊490 3⑊

"If this check is not presented for payment within one year of the date hereof, any and all liabilities owed by Cass to the payee of this instrument shall become null and void".

**PAYEE: DO NOT ENDORSE BELOW THIS LINE**