**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                      TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Conference America, Inc. vs. Conexant Systems, Inc.
Case Number: 2:05cv1088 F

Referenced Docket Entry - Complaint - Doc. No. 1

The referenced docket entry was docketed by Clerk's office in ERROR on ***11/17/05*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because this docket entry did not contain "Exhibit G" in the Exhibits A-Z. Please DISREGARD this docket entry and see Doc. No. 2 for correction..