RECEIVED

2005 NOV 14 P 12: 55

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO.: 2:05cv1088-F |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | **JURY TRIAL** |
| | ) | **DEMANDED** |
| Defendant. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Conference America, Inc. hereby states that no parent corporation or publicly held corporation owns more than 10% of Conference America's stock.

This 14th day of November 2005.

                                                  TROUTMAN SANDERS LLP

                                                  Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza      Attorney for Plaintiff Conference
600 Peachtree Street, N.E.         America, Inc.
Atlanta, GA  30308-2216
(404) 885-3000
(404) 962-6664 (fax)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO.: _____ |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | **JURY TRIAL** |
| | ) | **DEMANDED** |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served a true and correct copy of the within and foregoing RULE 7.1 DISCLOSURE STATEMENT upon the following, via hand delivery, addressed to:

Conexant Systems, Inc.
Via Its Registered Agent: CSC Lawyers Incorporating Svc., Inc.
150 South Perry Street
Montgomery, Alabama 36104

This 14th day of November 2005.

_____
Thomas E. Borton IV