AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_Middle_ DISTRICT OF _Alabama_

CONFERENCE AMERICA, INC.

V.

CONEXANT SYSTEMS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05 CV1088-F

In the United States District Court for the Middle District of Alabama, Northern Division

TO: (Name and address of defendant)
Conexant Systems, Inc.
Through Its Registered Agent:
CSC Lawyers Incorporating Svc., Inc.
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Thomas E. Borton IV**
**Troutman Sanders LLP**
**5200 Bank of America Plaza**
**600 Peachtree Street, N.E.**
**Atlanta, GA  30308-2216**

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

[signature]

(BY) DEPUTY CLERK

11-14-05
DATE

AO 440 (Rev. 10/83) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: :_____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other *(specify)*: _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                        *Date*                                                 *Signature of Server*

                                                                                  _____
                                                                                  *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.