AO 440 (Rev. 10/83) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 11-14-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Leah K. Moreland | legal assistant |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: 150 South Perry St. Montgomery, Alabama 36104 (Ethleen Bazzell)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: :_____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-14-05
         *Date*

Leah K. Moreland
*Signature of Server*

201 Monroe St., Suite 1650
*Address of Server*  Montgomery, AL. 36104

RETURNED AND FILED
NOV 15 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__Middle__ DISTRICT OF __Alabama__

CONFERENCE AMERICA, INC.

V.

CONEXANT SYSTEMS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV1088-F

In the United States District Court for the Middle District of Alabama, Northern Division

TO: (Name and address of defendant)
Conexant Systems, Inc.
Through Its Registered Agent:
CSC Lawyers Incorporating Svc., Inc.
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Thomas E. Borton IV**
**Troutman Sanders LLP**
**5200 Bank of America Plaza**
**600 Peachtree Street, N.E.**
**Atlanta, GA 30308-2216**

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

DATE 11.14.05