HH

 CONEXANT

CONEXANT SYSTEMS, INC.
4311 Jamboree Road
Newport Beach, CA 92660

Rec'd 11-4-05
hup

<u>Via FedEx</u>

November 3, 2005

Robert Pirnie, President
Conference America
7079 University Court
Montgomery, AL 36117

Dear Mr. Pirnie:

Per your letter dated October 21, 2005, I did acknowledge the receipt of your letters regarding termination of the contract; however, I did not accept or agree to any change in pricing for any services provided by Conference America. Conexant has never agreed to any terms other than those contained in the contract between our companies.

As previously stated, Conexant's confusion with the July invoice was in calculating the actual charges based upon our contract and which were erroneous. We attempted, on several occasions, to contact you and our account representative to discuss this matter. However, we never received a single return call. Therefore, to the best of our ability, we calculated the amount owed by multiplying the number of minutes of use by the contract rate of $.05 per minute. Our analysis of the June invoice also recently concluded and we authorized full payment of this invoice last month. We believe that Conexant's outside vendor, Cass Information Systems, recently paid it in full directly to Conference America.

Under our contract, Conexant was entitled to withhold disputed amounts without a penalty. We withheld our payments of these invoices because we reasonably believed that they included fees that were in error and were not supported by our contract. As soon as we were able to de-cipher these invoices, we paid the contractual amounts due; however, this process was significantly delayed because of Conference America's refusal to return calls and lack of assistance.

Finally, we disagree with you that these amounts are subject to any interest accrual because the contract allows Conexant to do its analysis without penalty.

I hope that this letter helps clarify the situation.

Sincerely,

Tom Noonan
Director, Strategic Sourcing