II

No. 4983752

Cass Information Systems
2675 Corporate Exchange Drive
Columbus, Ohio 43231  614-839-4503
vendorservices@cassinfo.com

Page 1

| Date | ARU Access Code | Vendor | | | | |
|---|---|---|---|---|---|---|
| 11/02/05 | 278445 | CONFERENCE AMERICA INC | | SUN BANK Check No | 742968 | |
| Account Number | Invoice Date | Customer Code | Customer Name | Amount Billed | Difference | Amount Paid  ACH |
| CONWBX | 07/01/2005 | 42050 | CONEXANT | 39793.01 | | 39793.01 |
| | | TOTAL PAYABLE: | | 39,793.01 | | $39,793.01  US |

RECEIVED
NOV 07 2005
Per..............

Cass Information Systems
2675 Corporate Exchange Drive
Columbus, Ohio 43231  614-839-4503
vendorservices@cassinfo.com

VOID IF NOT CASHED WITHIN 180 DAYS

NO. 742968

Sun Security Bank of America
A Correspondent of Cass Commercial Bank
80-332
815

11/02/05

PAY TO: CONFERENCE AMERICA INC
P O BOX 241188
MONTGOMERY     AL     36124

US $***39,793.01**

AUTHORIZED SIGNATURE

⑆742968⑆ ⑉081503322⑉ 541490 3⑈

"If this check is not presented for payment within one year of the date hereof, any and all liabilities owed by Cases to the payee of this instrument shall become null and void".

PAYEE: DO NOT ENDORSE BELOW THIS LINE