IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05CV1088-F |
| | ) | |
| CONEXANT SYSTEMS, INC. | ) | |
| | ) | |
| Defendant | ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta Penn McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 30th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE