IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| Plaintiff | ) ) ) ) |
| vs. | ) ) ) CIVIL ACTION NO. 2:05 CV 1088-F |
| CONEXANT SYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, identified in the Complaint as Conexant Systems, Inc., through the undersigned counsel, and hereby respectfully requests an extension of time in which to respond to the Complaint filed in this action. In support of this motion, Defendant states as follows:

1. This motion is unopposed and has been consented to by counsel for Plaintiff.

2. Defendant requests an extension of twenty-five (25) days, up to and including December 29, 2005, in which to file a Motion to Dismiss or Answer to the Complaint.

WHEREFORE, ALL PREMISES CONSIDERED, Defendant respectfully requests an extension of time in which to file a Motion to Dismiss or Answer to

{B0551416}

Plaintiff's Complaint.  If granted, Defendant will file its Motion to Dismiss or Answer by December 29, 2005.

Served this 2nd day of December, 2005.

                                  s/ Jay M. Ezelle
                                  W. Stancil Starnes (ASB-1922-E57W)
                                  Jay M. Ezelle (ASB-4744-Z72J)
                                  STARNES & ATCHISON LLP
                                  Seventh Floor, 100 Brookwood Place
                                  P.O. Box 598512
                                  Birmingham, Alabama 35209
                                  (205) 868-6000
                                  E-mail:  sstarnes@starneslaw.com
                                                      jezelle@starneslaw.com

                                  **Attorneys for Defendant**
                                  **Conexant Systems, Inc.**

## CERTIFICATE OF SERVICE

      I do hereby certify that on December 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

thomas.borton@troutmansanders.com

                                  s/  Jay M. Ezelle

{B0551416}