IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. 2:05 CV 1088-F |
| CONEXANT SYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, and the firm of Starnes & Atchison, LLP, Seventh Floor, 100 Brookwood Place, Post Office Box 598512, Birmingham, Alabama 35259-8512, and does hereby give notice of his entry of appearance in behalf of the defendant described in the Complaint as CONEXANT SYSTEMS, INC. The Clerk and all counsel are requested to provide copies of all correspondence, pleadings, and other communications to the attention of the undersigned.

                                               s/Joseph S. Miller
                                               Joseph S. Miller
                                               Attorney for Defendant
                                               ID #:  asb-4242-m60j
                                               STARNES & ATCHISON, LLP
                                               Post Office Box 598512
                                               Birmingham, AL  35259-8512
                                               Telephone:(205) 868-6049
                                               Facsimile: (205)868-6099
                                               E-mail:jsm@starneslaw.com

{B0558115}

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to he following:

Thomas Ernest Borton, IV, Esquire
TROUTMAN SANDERS, L.L.P.
600 Peachtree Street, NE
5200 Bank of America Plaza
Atlanta, GA  30308-2216

      Respectfully submitted,

**s/Joseph S. Miller**
Joseph S. Miller
Attorney for Defendant
ID #:  asb-4242-m60j
STARNES & ATCHISON, LLP
Post Office Box 598512
Birmingham, AL  35259-8512
Telephone:(205) 868-6049
Facsimile: (205)868-6099
E-mail:jsm@starneslaw.com