IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Conference America, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05cv1088-MEF |
| ) | |
| Conexant Systems, Inc., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED that this court's order (Doc. 8) dated November 30, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

                                                        /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE