IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CONEXANT SYSTEMS, INC., )<br>)<br>Defendant. )<br>) | CASE NO. 2:05 CV 1088-F |

**REPORT OF PARTIES' PLANNING MEETING**

1.     Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on January 10, 2006 and was attended by:

Thomas E. Borton, IV on behalf of plaintiff;

Joseph S. Miller on behalf of defendant.

2.     **Pre-Discovery Disclosures**.  The parties will exchange by January 27, 2006 the information required by Local Rule 26.1(a)(1).

3.     **Discovery Plan**.  The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: allegations in the Complaint regarding the contractual obligations in question and the defendant's responses and affirmative defenses thereto.

All discovery commenced in time to be completed by July 10, 2006.

Maximum of 25 interrogatories by each party to any other party.

Maximum of 25 requests for admission by each party to any other party.

Maximum of 10 depositions by plaintiff and 10 by defendant.

Maximum of 25 requests for production by each party to any other party.

Reports from retained experts under Rule 26(a)(2) due:

from plaintiff by: N/A.

from defendant by: N/A.

Supplementations under Rule 26(e) due N/A.

4. **Other Items**.

The parties do not request a conference with the court before entry of the scheduling order.

Plaintiff should be allowed until February 10, 2006 to join additional parties and to amend the pleadings.

Defendants should be allowed until March 10, 2006 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by August 10, 2006.

Settlement cannot be realistically evaluated prior to completion of some discovery.

The parties request a final pretrial conference in September, 2006.

Final lists of trial evidence under Rule 26(a)(3) should be due:

from plaintiff: witnesses and exhibits by two weeks before trial.

from defendant: witnesses and exhibits by two weeks before trial.

Parties should have 10 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial by November 2006, and at this time is expected to take approximately 5 days.

Dated the 11th day of January, 2006.

**s/Thomas E. Borton, IV**
Thomas E. Borton, IV
Attorney for Plaintiff
ID#:  asb-3664-m66b
TROUTMAN SANDERS, L.L.P.
600 Peachtree Street, NE
5200 Bank of America Plaza
Atlanta, GA  30308-2216
Telephone:  (404) 885-3000
Facsimile:  (404) 962-6664
E-mail: thomas.borton@troutmansanders.com

**s/Joseph S. Miller**
Joseph S. Miller
Attorney for Defendant
ID #:  asb-4242-m60j
STARNES & ATCHISON, LLP
Post Office Box 598512
Birmingham, AL  35259-8512
Telephone:(205) 868-6049
Facsimile: (205)868-6099
E-mail:jsm@starneslaw.com