IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO.: 2:05cv1088-WKW |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>UNOPPOSED MOTION FOR CONSENT PROTECTIVE ORDER</u>**

Conference America, Inc. ("Conference America") moves this Court to enter a Consent Protective Order between Conference America and Conexant Systems, Inc. ("Conexant").

1. In response to a request for production from Conexant, Conference America intends to turn over information concerning the prices of its services (its "Standard Price List").

2. The parties have agreed, as set forth in the draft Consent Protective Order attached to this Motion as Exhibit A, that the Standard Price List should be subject to a degree of confidentiality.

- 2 -

3. Conference America therefore respectfully requests that the Court enter the attached Consent Protective Order.

This 13th day of June 2006.

                          TROUTMAN SANDERS LLP

                          /s/ Thomas E. Borton IV
                          Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza    Attorney for Plaintiff Conference
600 Peachtree Street, N.E.       America, Inc.
Atlanta, GA  30308-2216
(404) 885-3000
(404) 962-6664 (fax)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO.: 2:05cv1088-WKW |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2006, I caused a copy of the foregoing to be mailed to the following via efile:

W. Stancil Starnes, Esq.
Joseph S. Miller, Esq.
Alicia M. Harrison, Esq.
Starnes & Atchison LLP
Post Office Box 598512
Birmingham, AL 35259-8512


/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)

- 3 -