IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO.: 2:05cv1088-WKW |
| ) | |
| CONEXANT SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

1. On June 14, 2006, counsel for Conference America, Inc. ("Conference America") and Conexant Systems, Inc. ("Conexant") conducted a face-to-face settlement conference at which they also discussed the prospect of mediation.

2. At this time, the parties are unable to agree to a mutually acceptable settlement in this matter.

3. During the settlement conference, Conexant expressed interest in mediating this matter. At this time, however, Conference America feels that mediation will be unproductive, given the disparity between the parties' views on the value of this case.

- 2 -

Respectfully submitted his 15th day of June 2006.

        TROUTMAN SANDERS LLP


        <u>/s/ Thomas E. Borton IV</u>
        Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza  Attorney for Plaintiff Conference
600 Peachtree Street, N.E.   America, Inc.
Atlanta, GA  30308-2216
(404) 885-3000
(404) 962-6664 (fax)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO.: 2:05cv1088-WKW |
| ) | |
| CONEXANT SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I caused a copy of the foregoing to be mailed to the following via efile:

> W. Stancil Starnes, Esq.
> Joseph S. Miller, Esq.
> Alicia M. Harrison, Esq.
> Starnes & Atchison LLP
> Post Office Box 598512
> Birmingham, AL 35259-8512

> /s/ Thomas E. Borton IV
> Thomas E. Borton IV (BOR011)