IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICAN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1088-WKW |
| ) | |
| CONEXANT SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**<u>CONSENT PROTECTIVE ORDER</u>**

IT IS HEREBY STIPULATED by and between Plaintiff Conference America, Inc. ("Conference America") and Defendant Conexant Systems, Inc. ("Conexant"), by and through their undersigned counsel of record, as follows:

In order to preserve and maintain the confidentiality of Conference America's standard service prices ("Standard Price List"), a 15-page document that shall be marked "Confidential" and produced in response to Conexant's second request for production of documents, served on May 15, 2006, the parties hereby stipulate and agree that Conexant (including its representatives, employees, affiliates, subsidiaries, and parent corporations) shall (1) only use the Standard Price List for the purposes of the litigation and trial of this case; (2) not under any circumstances use or show, disseminate, copy, or in any way communicate the Standard Price List to any competitor of Conference America, including but not limited to InterCall., Inc. or its affiliated entities, or persons or entities engaged in the sale or performance of conferencing services, for any purpose whatsoever; and (3) not use or show, disseminate, copy, or in any way communicate the Standard Price List to anyone for any purpose whatsoever, other than as required for the

preparation and trial of this action (with the exception of trial witnesses, the Court, and any independent experts and consultants retained by a party whose assistance is necessary for the preparation of trial of this specific action involved, who shall be obligated to execute the written assurance attached hereto as Exhibit "A"). In the event that the Standard Price List or any portion thereof is filed with the Court, Conexant agrees that it shall be filed, to the extent permitted by applicable rules and procedures, in a sealed envelope or other appropriate sealed container on which shall be endorsed the title of the action, an indication of the nature of the contents of such sealed envelope or other container, the word "CONFIDENTIAL," and a statement substantially in the following form:

> This envelope is sealed and contains confidential information and is not to be opened or the contents thereof displayed or revealed except by the order of the Court or pursuant to written stipulation of the parties to this action. This envelope or container shall not be opened without order of the Court, except by officers of this Court and counsel of record, who, after reviewing the contents, shall return them to the clerk in a sealed envelope or container.

After termination of this litigation, the provisions of this Order shall continue to be binding, except with respect to those documents and information that become a matter of public record without violation of the terms thereof. This Court retains and shall have jurisdiction over the parties and recipients of the Protected Documents for enforcement of the provisions of this stipulation and order following termination of this litigation.

SO ORDERED, this 20th day of June, 2006.

                                  /s/  W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE

TROUTMAN SANDERS LLP


/s/ Thomas E. Borton IV
THOMAS E. BORTON IV
(BOR011)
Attorney for Plaintiff
Conference America, Inc.


STARNES & ATCHISON, LLP


/s/ Joseph S. Miller (by Thomas E. Borton, with permission)
JOSEPH S. MILLER
(MIL067)
Attorney for Defendant

Conexant Systems, Inc. **EXHIBIT "A"**

**Written Assurance**

_____, being duly sworn, states:

That I am fully familiar with and agree to comply with and be bound by the provisions of the Consent Protective Order in the litigation entitled *Conference America, Inc. v. Conexant Systems, Inc.*, Civil Action File No. 2:05 cv 1088-WKW, in the United States District Court for the Middle District of Alabama.

That I will comply with the Consent Protective Order and not divulge to persons other than a Qualified Person as defined in paragraph 3 of the Consent Protective Order, and will not copy or use except solely for the purposes described in the Consent Protective Order, any information designated as "Confidential."

Dated: _____

Name:_____

Sworn to and subscribed before
me this _____ day of
_____, 200\_\_.


_____
NOTARY PUBLIC

My Commission Expires:

_____


NOTARY SEAL