# EXHIBIT "7"

# FREEDOM COURT REPORTING

## Page 1

```
 1   IN THE UNITED STATES DISTRICT COURT
 2   FOR THE MIDDLE DISTRICT OF ALABAMA
 3           NORTHERN DIVISION
 4
 5   CIVIL ACTION NO. 2:05-cv-1088-WKW
 6
 7   CONFERENCE AMERICA, INC.,
 8      PLAINTIFF(S),
 9   VS.
10   CONEXANT SYSTEMS, INC.,
11      DEFENDANT(S).
12
13           DEPOSITION OF
14           PAINE BONE
15           June 14, 2006
16
17        S T I P U L A T I O N
18      IT IS STIPULATED AND AGREED, by and
19   between the parties through their
20   respective counsel, that the deposition of
21   PAINE BONE may be taken before Kerry K.
22   Thames, Commissioner, at 201 Monroe Street,
23   Suite 1650, Montgomery, Alabama, on June
```

## Page 2

```
 1   14, 2006, commencing at 2:08 P.M.
 2      IT IS FURTHER STIPULATED AND AGREED
 3   that the signature to and reading of the
 4   deposition by the witness is waived, said
 5   deposition to have the same force and
 6   effect as if full compliance had been had
 7   with all laws and rules of court relating
 8   to the taking of depositions.
 9      IT IS FURTHER STIPULATED AND AGREED
10   that it shall not be necessary for any
11   objections to be made by counsel to any
12   questions except as to form or leading
13   questions, and that counsel for the parties
14   may make objections and assign grounds at
15   the time of the trial, or at the time said
16   deposition is offered in evidence, or prior
17   thereto.
18      IT IS FURTHER STIPULATED AND AGREED
19   that notice of filing of deposition by
20   commissioner is waived.
21
22
23
```

## Page 3

```
 1              INDEX
 2
 3   EXAMINATION BY:            PAGE NO.
 4
 5   Mr. Miller                    5
 6
 7
 8
 9           EXHIBITS
10
11   Defendant's Exhibit:
12   No. 1                        11
13   No. 2                        14
14   No. 3                        40
15
```

## Page 4

```
 1            APPEARANCES
 2
 3   FOR THE PLAINTIFF(S):
 4   Mr. Thomas Ernest Borton, IV
 5   TROUTMAN SANDERS, L.L.P.
 6   600 Peachtree Street, NE
 7   5200 Bank of America Plaza
 8   Atlanta, Georgia 30308
 9
10   FOR THE DEFENDANT(S):
11   Mr. Joseph S. Miller
12   STARNES & ATCHISON
13   7th Floor, 100 Brookwood Place
14   Birmingham, Alabama 35209
```

EXHIBIT "7"

1 (Pages 1 to 4)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 25

1  your search to the information at
2  Conference America, being Conference
3  America's own computer system and any hard
4  copy documents that may be at Conference
5  America, were you able to find any
6  information to tell you and me about when
7  changes were made to Conference America's
8  web site over the years?
9      MR. BORTON: Object to the
10 form.
11     A.  No.
12     Q.  (BY MR. MILLER) To your
13 knowledge, has there ever been any way at
14 Conference America to go into the computer
15 system and find out when certain language
16 was first placed in the terms and
17 conditions on the web site?
18     A.  One more time.
19     Q.  To your knowledge, has there
20 ever been a way that anyone could go into
21 Conference America's computer system and
22 determine when certain language was placed
23 in the terms and conditions on the web site

Page 26

1  for the first time?
2      A.  Not to my knowledge.
3      Q.  You're not aware of any hard
4  copy paper file that would tell us when the
5  deactivation fee language first was
6  inserted into the terms and conditions on
7  the web site?
8      A.  I'm not aware of a document
9  like that.
10     Q.  And have you looked to see if
11 there is any documentation that would
12 answer that question for us?
13     A.  Yes.
14     Q.  And you could not find any?
15     A.  That is correct.
16     Q.  Is there any way to go into the
17 Conference America computer system to
18 determine when the deactivation fee
19 language was first inserted into the terms
20 and conditions section on the web site?
21     A.  Not to my knowledge.
22     Q.  And can you answer that
23 question for me today, when was the

Page 27

1  deactivation fee language first placed on
2  the terms and conditions section of
3  Conference America's web site?
4      A.  No, I cannot.
5      Q.  You cannot tell me that
6  question -- I mean, you cannot tell me the
7  answer to that question?
8      A.  No.
9      Q.  Do you know anyone who can
10 answer that question for me?
11     A.  No -- I -- I should say Mr.
12 Pirnie is the only other person who would
13 be aware of that.
14     Q.  And I've already asked him --
15 have you read any of the depositions that
16 have been taken in the case thus far?
17     A.  No.
18     Q.  But you cannot answer for me as
19 the representative to testify about the web
20 site when the deactivation fee language was
21 first inserted into the terms and
22 conditions on the web site, correct?
23     MR. BORTON: Object to the

Page 28

1  form.
2      A.  No.
3      Q.  (BY MR. MILLER) I'm correct
4  about that?
5      A.  I'm sorry, repeat it one more
6  time.  I got --
7      Q.  We're getting a double
8  negative.  I just want to make sure we get
9  a question and answer without a double
10 negative.
11     Am I correct that you cannot
12 answer for me as the designated
13 representative of Conference America when
14 the deactivation fee language was first
15 placed in the terms and conditions section
16 of Conference America's web site?
17     MR. BORTON: Object to the
18 form.
19     Q.  (BY MR. MILLER) Is that
20 correct?
21     A.  That's correct.
22     Q.  Okay. When did you first
23 become aware that there was language in the

7 (Pages 25 to 28)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 29

1  web site about a deactivation fee?
2       MR. BORTON: Object to the
3  form.
4       A.  I don't know when I became
5  aware of it.
6       Q.  (BY MR. MILLER) One of the
7  requests for a document that I made is for
8  you to bring a copy of the terms and
9  conditions that existed on the web site as
10 of July 15, 2005 and July 20, 2005. You've
11 seen that request (Indicating)?
12      A.  Yes, I have.
13      Q.  Have you been able to produce
14 so you can give to me a copy of the terms
15 and conditions that existed on the web site
16 as of July 15 and July 20, 2005?
17      A.  No.
18      Q.  Do you personally know whether
19 the deactivation fee language was on the
20 terms and conditions section of Conference
21 America's web site on July 15 and July 20,
22 2005?
23      MR. BORTON: Object to the

Page 30

1  form.
2       A.  I do not know.
3       Q.  (BY MR. MILLER) Other than
4  Defendant's Exhibit 2, which is the four
5  sheets that you have produced and which we
6  have discussed, do you know of any
7  documentation that can be produced from any
8  source that would tell us when the terms
9  and conditions section of the web site was
10 altered or changed in any way during the
11 calendar year 2005?
12      A.  Could you repeat that? I'm not
13 sure what you're looking for.
14      Q.  Other than these four pages,
15 Defendant's Exhibit Number 2, which you
16 have produced to me and which we have
17 already talked about, are you aware of any
18 other documentation from any source, either
19 within Conference America or outside of
20 Conference America, that would tell us when
21 and how the terms and conditions section of
22 the web site was changed in any way during
23 calendar year 2005?

Page 31

1       A.  I'm not aware of any
2  documentation that would tell us when it
3  was changed.
4       Q.  Do you know whether there is or
5  is not any reason that Conference America's
6  computer system doesn't keep up with that
7  information in a produceable fashion?
8       MR. BORTON: Object to the
9  form.
10      A.  It would be highly unusual for
11 a computer system to keep track of it.
12      Q.  (BY MR. MILLER) It would be
13 highly unusual for a computer system to
14 keep track of when and how a web site was
15 changed?
16      A.  Correct.
17      Q.  Why do you say that?
18      A.  You might have a last modified
19 date, but you would not have anything more
20 detailed than that, from a normal computer
21 system.
22      Q.  As I understand it, Conference
23 America hosts its own web site, is that

Page 32

1  correct?
2       A.  That is correct.
3       Q.  I may be wrong about this, and
4  so tell me if I am. I was under the
5  impression that if a web site is hosted by
6  an independently contracted business who
7  does that, that that independent host could
8  tell somebody when and how a web site had
9  been changed; am I correct or not, if you
10 know?
11      MR. BORTON: Object to the
12 form.
13      A.  That would be completely
14 dependent on the policy of the host.
15      Q.  (BY MR. MILLER) To your
16 knowledge, are there some hosts who can do
17 that?
18      A.  I can't say in that detail that
19 there are. I don't know.
20      Q.  And I tell you, I don't know a
21 lot about hosting web sites, but that's
22 what I've been told. That's one reason I
23 wanted to ask you the question. But what

8 (Pages 29 to 32)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**