## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                               TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Conference America, Inc. v. Conexant Systems, Inc.

Case Number: 2:05-cv-01088-WKW

Referenced Docket Entry - Brief in Support  - Doc.  No. 22.

The referenced docket entry was filed electronically  in ERROR  on ***June 21, 2006***  and is being STRICKEN from the docket.  This resulted in an error on the docket sheet .  Please DISREGARD this docket entry.  See doc. No. 23 for the corrected pleading.