IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CASE NO. 2:05 cv 1088-WKW |
| CONEXANT SYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) |

## MOTION TO WITHDRAW

COMES NOW attorney William Stancil Starnes, who moves this Court for permission to withdraw from representation of the defendant, Conexant Systems, Inc. The other attorneys of record with Starnes & Atchison LLP, will continue to represent the defendant.

                    s/W. Stancil Starnes
                    W. Stancil Starnes
                    ID #: asb-1922-e57w
                    STARNES & ATCHISON, LLP
                    Post Office Box 598512
                    Birmingham, AL  35259-8512
                    Telephone:(205) 868-6014
                    Facsimile: (205)868-6099
                    E-mail:wss@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 22nd, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to he following:

{B0608029}

Thomas Ernest Borton, IV, Esquire
TROUTMAN SANDERS, L.L.P.
600 Peachtree Street, NE
5200 Bank of America Plaza
Atlanta, GA  30308-2216

                                                      Respectfully submitted,

                                                      **s/S. Stancil Starnes**
                                                      W. Stancil Starnes
                                                      ID #:  asb-1922-e57w
                                                      STARNES & ATCHISON, LLP
                                                      Post Office Box 598512
                                                      Birmingham, AL  35259-8512
                                                      Telephone:(205) 868-6014
                                                      Facsimile: (205)868-6099
                                                      E-mail:wss@starneslaw.com

{B0608029}