IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| ) | FILE NO: |
| v. ) | 2:05cv1088-WKW |
| ) | |
| CONEXANT SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## CONFERENCE AMERICA'S MOTION FOR SUMMARY JUDGMENT

Conference America, Inc. ("Conference America") respectfully moves for summary judgment, pursuant to Federal Rule of Civil Procedure 56, against Conexant Systems, Inc. on the breach-of contract count set forth in Conference America's Verified Complaint.

In support of this Motion, Conference America relies on its supporting brief; the Deposition of Thomas Noonan, taken May 18, 2006; its Verified Complaint, filed November 14, 2005; and all accompanying exhibits to the Verified Complaint.

For the reasons stated in its supporting brief, Conference America respectfully requests that the Court issue an order granting summary judgment in Conference America's favor on its breach-of-contract claim.

- 2 -

This 21st day of June 2006.

           TROUTMAN SANDERS LLP

           /s/ Thomas E. Borton IV
           Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza  Attorney for Plaintiff Conference
600 Peachtree Street, N.E.   America, Inc.
Atlanta, GA 30308-2216
(404) 885-3000 (telephone)
(404) 962-6664 (fax)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO: |
| v. | ) | 2:05cv1088-WKW |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2006, I caused a copy of the foregoing to be mailed to the following via efile:

W. Stancil Starnes, Esq.
Joseph S. Miller, Esq.
Alicia M. Harrison, Esq.
Starnes & Atchison LLP
Post Office Box 598512
Birmingham, AL 35259-8512


/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)