IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-1088-WKW |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #20 ) filed on June 20, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on July 20, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before July 13, 2006.  The defendant may file a reply brief on or before July 20, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 22nd day of June, 2006.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE