IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1088-WKW |
| | ) |
| CONEXANT SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (doc. #25) filed on June 22, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 27th of June, 2006.

                                        /s/  W.  Keith Watkins
                                  UNITED STATES DISTRICT JUDGE