IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-cv-1088-WKW |
| | ) |
| CONEXANT SYSTEMS, INC., | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Summary Judgment (Doc. # 21) filed on June 21, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on July 26, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before July 19, 2006. The defendant may file a reply brief on or before July 26, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 27th day of June, 2006.

                                        /s/ W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE