# EXHIBIT 2

Case 2:05-cv-01088-WKW-SRW   Document 31-3   Filed 07/13/2006   Page 1 of 5

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:05 cv 1088-WKW |
| CONEXANT SYSTEMS, INC., | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
THIRD REQUEST FOR PRODUCTION OF DOCUMENTS**

COMES NOW the defendant, **CONEXANT SYSTEMS, INC.**, and in response to plaintiff's third request for production of documents, says as follows:

1. Produce all documents and things referring or relating to the dates of shipment or receipt of the July 28, 2005 letter, attached to the Verified Complaint as Exhibit "V", that you sent to Conference America.

**RESPONSE: Attached are two FedEx documents which are responsive to this request. These are the only documents Conexant has been able to locate which are responsive to the request.**

_____
Joseph S. Miller, MIL067
Attorney for Defendant
Conexant Systems, Inc.

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, AL 35259-8512
(205) 868-6000

{B0609745}

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a copy of the foregoing pleading to be mailed to counsel for all parties to this action on this the 29th day of June, 2006.

_____
OF COUNSEL

cc:

Thomas Ernest Borton, IV, Esquire
TROUTMAN SANDERS, L.L.P.
600 Peachtree Street, NE
5200 Bank of America Plaza
Atlanta, GA  30308-2216

23024

{B0609745}

**FedEx**

US Home

Español

Information Center | Customer Support | Site Map

Search

Package/Envelope Services | Office/Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

Track Shipments
Detailed Results

Printable Version   Quick Help

| | | | | |
|---|---|---|---|---|
| Tracking number | 791690462795 | Reference | TOM NOONAN | |
| Signed for by | C.PITTS | Destination | MONTGOMERY, AL | |
| Ship date | Jul 29, 2005 | Service type | Priority Overnight | |
| Delivery date | Aug 1, 2005 9:12 AM | | | |
| Status | Delivered | | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 1, 2005 | 9:12 AM | Delivered | MONTGOMERY, AL | |



Need to track a FedEx SmartPost shipment?

Click here

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From

To

Add a message to this email.



Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2006 FedEx



| | | |
|---|---|---|
| FedEx Express | U.S. Mail: PO Box 727 | |
| Customer Support Trace | Memphis, TN 38194-4643 | |
| 3875 Airways Boulevard | | |
| Module H, 4th Floor | Telephone: 901-369-3600 | |
| Memphis, TN 38116 | | |

06/27/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791690462795**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Aug 1, 2005 09:12 |
| **Signed for by:** | C.PITTS | | |
| **Service type:** | Priority Overnight | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 791690462795 | **Ship date:** | Jul 29, 2005 |
| **Recipient:** | | **Shipper:** | |
| MONTGOMERY, AL US | | NEWPORT BEACH, CA US | |
| **Reference** | | TOM NOONAN | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339