IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| ) | FILE NO: |
| v. ) | 2:05cv1088-WKW |
| ) | |
| CONEXANT SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**CONFERENCE AMERICA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO CONEXANT'S RESPONSE TO CONFERENCE AMERICA'S MOTION FOR SUMMARY JUDGMENT**

Conference America, Inc. ("Conference America") respectfully requests an extension of time, until August 18, 2006, to file its Reply to Conexant Systems, Inc.'s ("Conexant's") Response to Conference America's Motion for Summary Judgment.

1.     Conference America filed a Motion for Summary Judgment in this matter on June 21, 2006.

2.     On June 27, the Court issued a briefing schedule that made Conexant's Response to Conference America's Motion for Summary Judgment due on or before July 19, and Conference America's Reply due on or before July 26.

      3.      Conference America's President, Bob Pirnie is scheduled to be out of the country on July 19.  He will not return until August 17, and will be unable, until that date, to access and review the Reply that Conference America intends to file.

      4.      Pirnie wishes to review and possibly contribute to the Reply before it is filed on his company's behalf.

      5.      Counsel for Conference America has conferred with counsel for Conexant on this subject.  Counsel for Conexant has no objections to Conference America filing its Reply on August 18.

      6.      Conference America therefore respectfully requests that the Court allow Conference America until August 18, 2006, to file its Reply.  A proposed order granting this request is attached.

This 18th day of July 2006.

TROUTMAN SANDERS LLP

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (telephone)
(404) 962-6664 (fax)

Attorney for Plaintiff Conference America, Inc.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO: |
| v. | ) | 2:05cv1088-WKW |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2006, I caused a copy of the foregoing to be mailed to the following via efile:

> Joseph S. Miller, Esq.
> Alicia M. Harrison, Esq.
> Starnes & Atchison LLP
> Post Office Box 598512
> Birmingham, AL 35259-8512

>                /s/ Thomas E. Borton IV
>                Thomas E. Borton IV (BOR011)