IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE |
| v. | ) | NO.: 2:05cv1088-WKW |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Conference America's Unopposed Motion for Extension of Time to Reply to Conexant's Response to Conference America's Motion for Summary Judgment is before the Court. Because the motion is unopposed, and for the reasons set forth in the motion, the Court ORDERS that Conference America may file a Reply to Conexant's Response to Conference America's Motion for Summary Judgment on or before August 18, 2006. At that time, Conference America's Motion for Summary Judgment shall be submitted to the Court without oral argument.

SO ORDERED, this _____ day of _____, 2006.

_____
WILLIAM KEITH WATKINS
U.S. Federal District Judge