# EXHIBIT "A"

# FREEDOM COURT REPORTING

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3         NORTHERN DIVISION
4
5    CIVIL ACTION NO. 2:05-cv-1088-WKW
6
7    CONFERENCE AMERICA, INC.,
8        PLAINTIFF(S),
9    VS.
10   CONEXANT SYSTEMS, INC.,
11       DEFENDANT(S).
12
13       DEPOSITION OF
14       PAINE BONE
15       June 14, 2006
16
17    S T I P U L A T I O N
18       IT IS STIPULATED AND AGREED, by and
19   between the parties through their
20   respective counsel, that the deposition of
21   PAINE BONE may be taken before Kerry K.
22   Thames, Commissioner, at 201 Monroe Street,
23   Suite 1650, Montgomery, Alabama, on June

Page 2

1    14, 2006, commencing at 2:08 P.M.
2       IT IS FURTHER STIPULATED AND AGREED
3    that the signature to and reading of the
4    deposition by the witness is waived, said
5    deposition to have the same force and
6    effect as if full compliance had been had
7    with all laws and rules of court relating
8    to the taking of depositions.
9       IT IS FURTHER STIPULATED AND AGREED
10   that it shall not be necessary for any
11   objections to be made by counsel to any
12   questions except as to form or leading
13   questions, and that counsel for the parties
14   may make objections and assign grounds at
15   the time of the trial, or at the time said
16   deposition is offered in evidence, or prior
17   thereto.
18       IT IS FURTHER STIPULATED AND AGREED
19   that notice of filing of deposition by
20   commissioner is waived.
21
22
23

Page 3

1         INDEX
2
3    EXAMINATION BY:              PAGE NO.
4
5    Mr. Miller              5
6
7
8         EXHIBITS
9
10
11   Defendant's Exhibit:
12   No. 1              11
13   No. 2              14
14   No. 3              40
15
16
17
18
19
20
21
22
23

Page 4

1         APPEARANCES
2
3    FOR THE PLAINTIFF(S):
4    Mr. Thomas Ernest Borton, IV
5    TROUTMAN SANDERS, L.L.P.
6    600 Peachtree Street, NE
7    5200 Bank of America Plaza
8    Atlanta, Georgia 30308
9
10   FOR THE DEFENDANT(S):
11   Mr. Joseph S. Miller
12   STARNES & ATCHISON
13   7th Floor, 100 Brookwood Place
14   Birmingham, Alabama 35209
15
16
17
18
19
20
21
22
23

EXHIBIT
"A"

1 (Pages 1 to 4)

# FREEDOM COURT REPORTING

Page 5

1    I, Kerry K. Thames, acting as
2  Commissioner, certify that on this date as
3  provided by the Federal Rules of Civil
4  Procedure, and the foregoing stipulation of
5  counsel, there came before me PAINE BONE,
6  witness in the above cause, for oral
7  examination, whereupon the following
8  proceedings were had:
9
10        PAINE BONE,
11  being first duly sworn, was examined and
12  testified as follows:
13
14        THE COURT REPORTER:  Usual
15  stipulations?
16        MR. BORTON:  Yeah, that's fine.
17
18  EXAMINATION BY MR. MILLER:
19    Q.  Tell me your full name and your
20  residence address.
21    A.  Winstead Paine Bone, IV.  I'm
22  at 9272 Whispine Court, Montgomery,
23  Alabama, 36117.

Page 6

1    Q.  Does anyone live there with
2  you?
3    A.  Yes.
4    Q.  Who?
5    A.  My wife and my two sons.
6    Q.  What's your wife's name?
7    A.  Maria.
8    Q.  Does she work?
9    A.  Yes.
10    Q.  Where does she work?
11    A.  Bell Road YMCA.
12    Q.  Your two sons are school age, I
13  assume?
14    A.  One of them is in kindergarten
15  and one of them is in preschool.
16    Q.  Where do they go to
17  kindergarten and preschool?
18    A.  Kindergartner goes to
19  Montgomery Academy, the preschooler goes to
20  Taylor Road Baptist.
21    Q.  I'm asking these questions for
22  purposes of striking a jury in case
23  somebody who knows your children or has

Page 7

1  children in the same school may turn up on
2  the jury panel, so don't take offense to
3  any of these questions.
4    A.  Okay.
5    Q.  Do you or your wife have family
6  in Montgomery County or the surrounding
7  counties?
8    A.  My sister lives in Montgomery.
9    Q.  What's her name?
10    A.  Mary Kelly Bone.
11    Q.  Is she married?
12    A.  No.
13    Q.  Does she have any children?
14    A.  No.
15    Q.  That's the only relative you
16  have in the area?
17    A.  Yes.
18    Q.  What about your wife, does she
19  have any family in the area?
20    A.  No.
21    Q.  Tell me a little bit about your
22  educational background.
23    A.  Went to Castle Heights Military

Page 8

1  Academy for high school in Lebanon,
2  Tennessee.  And I went to the University of
3  Mississippi for college.  That's it.
4    Q.  Graduate from Ole Miss?
5    A.  No.
6    Q.  When did you last go to school
7  at Ole Miss?
8    A.  '91.
9    Q.  You are presently employed by
10  Conference America?
11    A.  Yes.
12    Q.  How long have you been employed
13  by Conference America?
14    A.  It's seven years and four
15  months.
16    Q.  So you became employed at
17  Conference America in 1999?
18    A.  Correct.
19    Q.  Did you work in Montgomery from
20  1991 until you took the job with Conference
21  America in 1999?
22    A.  No.
23    Q.  When did you come to

2  (Pages 5 to 8)

# FREEDOM COURT REPORTING

Page 9

1  Montgomery?
2      A.  1999.
3      Q.  Did the Conference America job
4  bring you to Montgomery?
5      A.  Yes.
6      Q.  How did that come about?  Were
7  you recruited?
8      A.  I was recruited.
9      Q.  Where were you working at the
10  time?
11      A.  I was at Cumberland University
12  in Lebanon, Tennessee.
13      Q.  What were you doing there?
14      A.  I was the director of
15  information technology.
16      Q.  And what is your title at
17  Conference America?
18      A.  Network administrator.
19      Q.  Has your title been network
20  administrator since you went to work for
21  Conference America in 1999?
22      A.  Yes.
23      Q.  Have you generally had the same

Page 10

1  responsibilities at Conference America from
2  1999 to the present?
3      A.  Yes.
4      Q.  Describe to me generally what
5  your job responsibilities are.
6      A.  Generally, I manage the entire
7  network, which includes all of the network
8  devices and operating systems.
9      Q.  What is your responsibility
10  relative to Conference America's web site?
11      A.  I -- I maintain the web site,
12  the public web site.
13      Q.  You maintain the public web
14  site?
15      A.  Correct.
16      Q.  Is there a private or internal
17  web site?
18      A.  There are web pages internally.
19      Q.  I know lots of law firms have
20  an intrafirm web site.  Is there something
21  similar like that at Conference America?
22      A.  Yes.
23      Q.  You realize there's litigation

Page 11

1  pending between Conference America and my
2  client, Conexant?
3      A.  Yes.
4      Q.  Are you aware that you have
5  been produced today as the Conference
6  America representative to testify about
7  creation of and maintenance of Conference
8  America's web site?
9      A.  Yes.
10      Q.  And have you actually seen the
11  deposition notice, which I'm going to mark
12  as Defendant's Exhibit Number 1, which
13  designates the topics that I wanted to ask
14  someone about?
15
16      (Whereupon, Defendant's Exhibit
17  Number 1 was marked for identification and
18  copy of same is attached hereto).
19
20      Q.  (BY MR. MILLER)  Have you seen
21  that?
22      A.  Yes.
23      Q.  And it indicated that I wanted

Page 12

1  to speak with someone at Conference America
2  about, number one, creation of and
3  maintenance of Conference America's web
4  site, number two, creation of and
5  alterations to the terms and conditions,
6  language, contained in Conference America's
7  web site, including the initial insertion
8  of the language contained in paragraph five
9  entitled Fees and Expenses, and, three, any
10  documentation regarding the above.  Here's
11  what I want to ask:  Have you satisfied
12  yourself that you're the best person at
13  Conference America to answer questions in
14  behalf of Conference America about those
15  topics?
16      A.  Yes.
17      Q.  Is there anyone that you would
18  think is in a better position to answer
19  questions about Conference America's web
20  site than yourself?
21      MR. BORTON:  Object to the
22  form.
23      A.  Pardon?

3  (Pages 9 to 12)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

## FREEDOM COURT REPORTING

Page 13

1    MR. BORTON:  You can answer.
2  That's fine.  I'm just making an objection.
3  You can go ahead and answer.  That's fine.
4    A.  Would you repeat that?  I'm
5  sorry.
6    Q.  (BY MR. MILLER)  Is there
7  anyone who, in your mind, would be in a
8  better position than yourself to answer
9  questions about the topics that I read to
10 you a minute ago concerning Conference
11 America's web site?
12    MR. BORTON:  Same objection.
13 You can go ahead and answer.
14    A.  No.
15    Q.  (BY MR. MILLER)  Did you see
16 the request for production aspect of this
17 deposition notice as well?
18    A.  Yes.
19    Q.  Did you bring any documents to
20 produce in response to that request?
21    A.  Yes.
22    Q.  What are they?
23    A.  It's the archive.org web site.

Page 14

1
2    (Whereupon, Defendant's Exhibit
3  Number 2 was marked for identification and
4  copy of same is attached hereto).
5
6    Q.  (BY MR. MILLER)  Let me mark as
7  Defendant's Exhibit Number 2 the documents
8  which you have provided to me which consist
9  of four pages, and what I would like for
10 you to do is describe to me what those
11 documents are and how you went about
12 generating them.
13    A.  Okay, this is a web site that
14 keeps a record of historical pages on other
15 web sites throughout the Internet, and I
16 found them through Google, I believe.  I
17 was able to search our web site,
18 www.yourcall.com, and find the history and
19 produce a web page, which is, according to
20 them, a history – a historical
21 representation of our web site.
22    Q.  And this is a web site entitled
23 www.archive.org?

Page 15

1    A.  Correct.
2    Q.  Had you ever consulted with
3  www.archive.org before you attempted to
4  learn this information about Conference
5  America's web site?
6    A.  I had seen it before.
7    Q.  Had you ever used it yourself
8  to try to determine the historical
9  background of any web site before you did
10 it for this case?
11    A.  Yes.
12    Q.  How many times?
13    A.  I don't know.
14    Q.  For what reasons had you gone
15 to this web site before to seek out
16 information concerning the history of other
17 web sites?
18    A.  Entertainment.
19    Q.  Were you just -- you had just
20 been on some web site and you wanted to
21 know the history of it, something like
22 that?
23    A.  Correct.

Page 16

1    Q.  Would this time that you went
2  to find out information about Conference
3  America's web site be the only time that
4  you have gone to www.archive.org for
5  professional reasons?
6    A.  Yes.
7    Q.  Did you see any documents on
8  that web site relative to Conference
9  America's web site other than these four
10 pages that you have produced?
11    A.  I don't know.
12    Q.  What I'm trying to find out is,
13 were there any other pages that were on the
14 web site that you either may or may not
15 have printed out relative to Conference
16 America's web site that you have not given
17 to me today?
18    A.  No.
19    Q.  Did you go to this web site and
20 then when they asked the web site you
21 wanted to investigate, you just typed in
22 www.yourcall.com?
23    A.  That's correct.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 17

1    Q.   And these four pages are what
2    came up?
3        A.   Well, page two is what came up,
4    and from there I selected the most recent
5    date.
6        Q.   What do you mean by that?  You
7    can show me if you need to.
8        A.   When I searched for
9    www.yourcall.com, page two is the actual
10   result page.  On that page I chose March
11   6th, 2005, and that is the remaining two
12   pages, the result of that selection.
13       Q.   Let me make sure I'm
14   understanding.  You picked March 6th, 2005,
15   as the last date that you were going to
16   inquire about?
17       A.   No.  This is the -- this page
18   two is the entire result set when I
19   searched for yourcall.com.
20       Q.   When you searched for
21   yourcall.com, March 6th, 2005, is the last
22   date that came up on this search?
23       A.   That is correct.

Page 18

1        Q.   Then you mentioned something a
2    minute ago about these last two pages being
3    relative to March 6th, 2005.  I did not
4    follow you on that.
5        A.   The results of my search here,
6    I chose March 6, 2005, as the result item I
7    would like to see.  From there, I followed
8    the link, and those remaining two pages
9    came from that.
10       Q.   Did you do that relative to any
11   other dates on here, on page two?
12       A.   I did not.
13       Q.   Do you know where
14   www.archive.org is located?
15       A.   No.
16       Q.   What do you know about that web
17   site other than it purports to be able to
18   do historical searches on other web sites?
19       A.   That's it.  That's all I know
20   about it.
21       Q.   You cannot attest to the
22   reliability of the searches and the results
23   that www.archive.org produces, can you?

Page 19

1        A.   No.
2        Q.   What day did you do this search
3    on that web site?
4        A.   I don't know.
5        Q.   These documents were printed on
6    June 2nd, 2006.  Do you know if that's the
7    date that you did the search or not?
8        A.   Yes, that is the date that I
9    did the search on those documents, the same
10   day I printed them.
11       Q.   Have you discussed these
12   results from www.archive.org with anyone
13   other than Conference America's attorneys
14   or in their presence?
15       A.   I haven't discussed -- no.
16       Q.   Let me make sure we're on the
17   same page.  I assume you've discussed this
18   with Mr. Borton, and I'm not asking you
19   about that.  Have you discussed these
20   results with anyone else other than Mr.
21   Borton?
22       A.   I have not discussed them with
23   anyone else.

Page 20

1        Q.   And I'm not asking for any
2    communications that you have received from
3    Conference America's counsel, but did
4    anyone give you any instruction on how to
5    do this search on this particular web site,
6    archive.org?
7        A.   No.
8        Q.   Did you go to any other web
9    sites other than archive.org to attempt a
10   search like this?
11       A.   Yes.
12       Q.   What web sites?
13       A.   I don't know.  I don't know
14   what their names are.
15       Q.   How many did you go to other
16   than archive.org?
17       A.   I don't know.
18       Q.   Were those other web sites able
19   to produce any results relative to a search
20   for the history of www.yourcall.com?
21       A.   Yes.
22       Q.   Is there any reason you didn't
23   print those results out?

5 (Pages 17 to 20)

# FREEDOM COURT REPORTING

Page 21

1    A.   The other web sites had very
2   short-term, for example, maybe just a week
3   of history.
4    Q.   At least what you could tell on
5   those web sites, they didn't go back very
6   far?
7    A.   That is correct.
8    Q.   And I would assume that you
9   don't know for sure that for some reason
10  archive.org didn't just stop on March 6th,
11  2005, when there may have been other
12  changes after that?
13       MR. BORTON:  Object to the
14  form.  You can answer if you know.
15   A.   I don't know how they do that.
16   Q.   (BY MR. MILLER)  It's possible
17  that there have been additional changes to
18  Conference America's web site after March
19  6, 2005, that archive.org just don't have,
20  if you type in yourcall.com?
21       MR. BORTON:  Object to the
22  form.  You can answer it, if you know.
23   A.   I don't know how they keep --

Page 22

1   do their stuff.
2    Q.   (BY MR. MILLER) And I don't
3   mean to belabor this, but you really don't
4   know how accurate this search result from
5   archive.org is, do you?
6        MR. BORTON:  Object to the
7   form.
8    A.   No.
9    Q.   (BY MR. MILLER)  Out of the web
10  sites that you did go to, is archive.org
11  the one that appeared to go back in time
12  the farthest?
13   A.   Yes.
14   Q.   I didn't see anything on this
15  top page specific to the search you did
16  except where it says yourcall.com.  Is
17  there anything on here other than that?
18   A.   Not to the best of my
19  knowledge.
20   Q.   Was this page just to show me
21  that's the search you did put in there?
22   A.   That's correct.
23   Q.   And page two is the search

Page 23

1   result that you printed out?
2    A.   That's correct.
3    Q.   And pages three and four are
4   relative to the March 6, 2005, date that
5   you specifically inquired about?
6    A.   That is correct.
7    Q.   Page four appears to be terms
8   and conditions sheet for Conference
9   America's web site.  Here's what I want to
10  ask you.  Do you know for sure that that is
11  an exact duplicate of the terms and
12  conditions that were on Conference
13  America's web site on March 6, 2005?
14   A.   I do not know that for sure.
15   Q.   Did you do anything internally
16  at Conference America trying to gain
17  information about the history of Conference
18  America's web site?
19   A.   Yes.
20   Q.   What did you do?
21   A.   I looked through my own
22  documents, as well as looked at the actual
23  documents on the web site for any clue as

Page 24

1   to when they were last updated.
2    Q.   Were you able to learn any
3   information that would tell you when the
4   web site was updated historically?
5    A.   No.
6    Q.   I think I'm understanding you,
7   but I want to make sure before I leave here
8   today.  I know you got this search we've
9   been talking about from archive.org, I'm
10  setting that aside.  Is it correct that you
11  were not able to learn any historical
12  information about Conference America's web
13  site and changes to it strictly by
14  searching within Conference America's
15  computer system and documents that may be
16  in existence?
17       MR. BORTON:  Object to form.
18  You can go ahead and answer.
19   A.   Could you say that one more
20  time?
21   Q.   (BY MR. MILLER)  And I didn't
22  mean it to be as long as it was.  What I'm
23  trying to find out is, when you restricted

6  (Pages 21 to 24)

# FREEDOM COURT REPORTING

Page 25

1  your search to the information at
2  Conference America, being Conference
3  America's own computer system and any hard
4  copy documents that may be at Conference
5  America, were you able to find any
6  information to tell you and me about when
7  changes were made to Conference America's
8  web site over the years?
9      MR. BORTON: Object to the
10  form.
11     A.  No.
12     Q.  (BY MR. MILLER) To your
13  knowledge, has there ever been any way at
14  Conference America to go into the computer
15  system and find out when certain language
16  was first placed in the terms and
17  conditions on the web site?
18     A.  One more time.
19     Q.  To your knowledge, has there
20  ever been a way that anyone could go into
21  Conference America's computer system and
22  determine when certain language was placed
23  in the terms and conditions on the web site

Page 26

1  for the first time?
2      A.  Not to my knowledge.
3      Q.  You're not aware of any hard
4  copy paper file that would tell us when the
5  deactivation fee language first was
6  inserted into the terms and conditions on
7  the web site?
8      A.  I'm not aware of a document
9  like that.
10     Q.  And have you looked to see if
11  there is any documentation that would
12  answer that question for us?
13     A.  Yes.
14     Q.  And you could not find any?
15     A.  That is correct.
16     Q.  Is there any way to go into the
17  Conference America computer system to
18  determine when the deactivation fee
19  language was first inserted into the terms
20  and conditions section on the web site?
21     A.  Not to my knowledge.
22     Q.  And can you answer that
23  question for me today, when was the

Page 27

1  deactivation fee language first placed on
2  the terms and conditions section of
3  Conference America's web site?
4      A.  No, I cannot.
5      Q.  You cannot tell me that
6  question -- I mean, you cannot tell me the
7  answer to that question?
8      A.  No.
9      Q.  Do you know anyone who can
10  answer that question for me?
11     A.  No -- I -- I should say Mr.
12  Pirnie is the only other person who would
13  be aware of that.
14     Q.  And I've already asked him --
15  have you read any of the depositions that
16  have been taken in the case thus far?
17     A.  No.
18     Q.  But you cannot answer for me as
19  the representative to testify about the web
20  site when the deactivation fee language was
21  first inserted into the terms and
22  conditions on the web site, correct?
23     MR. BORTON: Object to the

Page 28

1  form.
2      A.  No.
3      Q.  (BY MR. MILLER) I'm correct
4  about that?
5      A.  I'm sorry, repeat it one more
6  time. I got --
7      Q.  We're getting a double
8  negative. I just want to make sure we get
9  a question and answer without a double
10  negative.
11     Am I correct that you cannot
12  answer for me as the designated
13  representative of Conference America when
14  the deactivation fee language was first
15  placed in the terms and conditions section
16  of Conference America's web site?
17     MR. BORTON: Object to the
18  form.
19     Q.  (BY MR. MILLER) Is that
20  correct?
21     A.  That's correct.
22     Q.  Okay. When did you first
23  become aware that there was language in the

7 (Pages 25 to 28)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 29

1  web site about a deactivation fee?
2       MR. BORTON: Object to the
3  form.
4       A. I don't know when I became
5  aware of it.
6       Q. (BY MR. MILLER) One of the
7  requests for a document that I made is for
8  you to bring a copy of the terms and
9  conditions that existed on the web site as
10 of July 15, 2005 and July 20, 2005. You've
11 seen that request (Indicating)?
12      A. Yes, I have.
13      Q. Have you been able to produce
14 so you can give to me a copy of the terms
15 and conditions that existed on the web site
16 as of July 15 and July 20, 2005?
17      A. No.
18      Q. Do you personally know whether
19 the deactivation fee language was on the
20 terms and conditions section of Conference
21 America's web site on July 15 and July 20,
22 2005?
23      MR. BORTON: Object to the

Page 30

1  form.
2       A. I do not know.
3       Q. (BY MR. MILLER) Other than
4  Defendant's Exhibit 2, which is the four
5  sheets that you have produced and which we
6  have discussed, do you know of any
7  documentation that can be produced from any
8  source that would tell us when the terms
9  and conditions section of the web site was
10 altered or changed in any way during the
11 calendar year 2005?
12      A. Could you repeat that? I'm not
13 sure what you're looking for.
14      Q. Other than these four pages,
15 Defendant's Exhibit Number 2, which you
16 have produced to me and which we have
17 already talked about, are you aware of any
18 other documentation from any source, either
19 within Conference America or outside of
20 Conference America, that would tell us when
21 the web site was changed in any way during
22 calendar year 2005?

Page 31

1       A. I'm not aware of any
2  documentation that would tell us when it
3  was changed.
4       Q. Do you know whether there is or
5  is not any reason that Conference America's
6  computer system doesn't keep up with that
7  information in a produceable fashion?
8       MR. BORTON: Object to the
9  form.
10      A. It would be highly unusual for
11 a computer system to keep track of it.
12      Q. (BY MR. MILLER) It would be
13 highly unusual for a computer system to
14 keep track of when and how a web site was
15 changed?
16      A. Correct.
17      Q. Why do you say that?
18      A. You might have a last modified
19 date, but you would not have anything more
20 detailed than that, from a normal computer
21 system.
22      Q. As I understand it, Conference
23 America hosts its own web site, is that

Page 32

1  correct?
2       A. That is correct.
3       Q. I may be wrong about this, and
4  so tell me if I am. I was under the
5  impression that if a web site is hosted by
6  an independently contracted business who
7  does that, that that independent host could
8  tell somebody when and how a web site had
9  been changed; am I correct or not, if you
10 know?
11      MR. BORTON: Object to the
12 form.
13      A. That would be completely
14 dependent on the policy of the host.
15      Q. (BY MR. MILLER) To your
16 knowledge, are there some hosts who can do
17 that?
18      A. I can't say in that detail that
19 there are. I don't know.
20      Q. And I tell you, I don't know a
21 lot about hosting web sites, but that's
22 what I've been told. That's one reason I
23 wanted to ask you the question. But what

23 calendar year 2005?

8 (Pages 29 to 32)

# FREEDOM COURT REPORTING

| Page 33 |
|---|
| 1  I'm hearing from you is that Conference |
| 2  America, as the host for its own web site, |
| 3  cannot go in and historically say when and |
| 4  how the web site was altered? |
| 5      A.   When you say how, what do you |
| 6  mean? |
| 7      Q.   Let me just leave it on the |
| 8  when, first, then.  Can Conference America, |
| 9  as the host for its own web site, go into |
| 10  its computer system and historically |
| 11  determine when the web site was changed in |
| 12  any way? |
| 13      A.   As I said before, there is a |
| 14  last modified date on most files on a |
| 15  computer system.  That is the only |
| 16  indicator that you would have that it had |
| 17  been changed.  There is no log. |
| 18      Q.   I'm not suggesting that there |
| 19  is any log, I'm just trying to find out if |
| 20  we can do it for Conference America's web |
| 21  site.  Is there a last modified date on |
| 22  Conference America's computer system that |
| 23  would tell us when the web site was last |

| Page 34 |
|---|
| 1  changed in any way? |
| 2      A.   Not with any accuracy. |
| 3      Q.   Have you ever participated in |
| 4  changing the web site for any reason? |
| 5      A.   Yes. |
| 6      Q.   And Mr. Pirnie told me that the |
| 7  web site is a constantly evolving thing and |
| 8  is changed frequently.  Give me some idea |
| 9  of how it is changed when an instruction is |
| 10  given for it to be changed in some way. |
| 11      A.   Are you talking about the |
| 12  general Conference America web site? |
| 13      Q.   Let's talk about the terms and |
| 14  conditions section.  If someone gave |
| 15  another person an instruction to go in and |
| 16  change some language in the terms and |
| 17  conditions on the web site, how would that |
| 18  be done? |
| 19      A.   Usually Mr. Pirnie would bring |
| 20  me a printed out copy of the terms marked |
| 21  up in ink and pencil. |
| 22      Q.   How it was to be changed? |
| 23      A.   Correct. |

| Page 35 |
|---|
| 1      Q.   And then would you sit down and |
| 2  go into the system and make the changes? |
| 3      A.   That is correct. |
| 4      Q.   Could others other than |
| 5  yourself also do that if they received an |
| 6  instruction like that? |
| 7      A.   I -- do you mean are others |
| 8  capable? |
| 9      Q.   Yes, that's what I mean. |
| 10      MR. BORTON:  Object to the |
| 11  form. |
| 12      A.   Or do they have access? |
| 13      Q.   (BY MR. MILLER)  I want it |
| 14  answered both ways.  Let's take calendar |
| 15  year 2005, who would have had access to |
| 16  make a change to the terms and conditions |
| 17  on the web site? |
| 18      MR. BORTON:  Object to the |
| 19  form. |
| 20      A.   I'm not clear on that.  There |
| 21  are so many ways you can describe access. |
| 22      Q.   (BY MR. MILLER)  During the |
| 23  calendar year 2005, did people other than |

| Page 36 |
|---|
| 1  yourself have the capability and the access |
| 2  to go in and make some changes to the terms |
| 3  and conditions on the web site if they got |
| 4  the appropriate instruction to do so? |
| 5      MR. BORTON:  Object to the |
| 6  form. |
| 7      A.   I can't say for sure that |
| 8  someone would have access and capability |
| 9  other than myself. |
| 10      Q.   (BY MR. MILLER)  Was there any |
| 11  kind of lockout system in place that was |
| 12  set up so only Paine Bone could go in and |
| 13  make changes to the web site? |
| 14      MR. BORTON:  Object to the |
| 15  form. |
| 16      A.   There are security items like |
| 17  that on the system.  I can't say that only |
| 18  Paine Bone could access them at that -- |
| 19  throughout that whole year. |
| 20      Q.   (BY MR. MILLER)  Are you the |
| 21  person who is called upon to make the |
| 22  regular changes to the web site from time |
| 23  to time? |

9 (Pages 33 to 36)

## FREEDOM COURT REPORTING

Page 37

1    MR. BORTON: Object to the
2  form.
3    A. Yes.
4    Q. (BY MR. MILLER) Have you ever
5  received any instruction to make any
6  changes to the fees and expenses section on
7  the terms and conditions sheet?
8    A. I have been asked to change the
9  terms and conditions before, but I can't
10  speak to exactly which sections because I
11  don't read them.
12    Q. Because you don't what?
13    A. I didn't read them as they were
14  entered.
15    Q. To get to the terms and
16  conditions section of the web site, what do
17  you have to do?
18    A. Well, there are a couple of
19  ways to access it. You could go to
20  www.yourcall.com, and I believe on almost
21  any page you could select services, terms
22  and conditions on the bottom of the page,
23  and you would get a pop-up window. Other

Page 38

1  than that, you could actually type in
2  directly the URL for the terms and
3  conditions if you knew that.
4    Q. In 2005, if you went to
5  www.yourcall.com, would the terms and
6  conditions sheet present itself unless you
7  clicked on that particular button wanting
8  to see it?
9    A. I'm not sure what you mean.
10    Q. Okay. I know when you go to
11  the web site the initial page of the web
12  site comes up, right?
13    A. Right.
14    Q. Is the terms and conditions
15  sheet there apparent on the screen at that
16  time, or do you have to click a button for
17  it to come up?
18    A. You have to click a link.
19    Q. Was that the situation in 2005
20  as well?
21    A. To the best of my knowledge.
22    Q. Are you personally aware of any
23  changes to Conference America's web site

Page 39

1  that were made because of the situation
2  with Conexant?
3    MR. BORTON: Object to the
4  form.
5    A. What situation? What do you
6  mean?
7    Q. (BY MR. MILLER) Are you aware
8  that during 2005, specifically on June 24,
9  2005, Mr. Pirnie sent a letter where he
10  terminated the price protection program
11  agreement that was in place between
12  Conference America and Conexant? Are you
13  aware of that?
14    A. I wasn't aware of that letter.
15    Q. I assume you learned at some
16  point that there was a lawsuit that
17  emanated from the relationship, correct?
18    A. That's correct.
19    Q. Here's what I'm trying to learn
20  from you. Since you were basically in
21  charge of the web site during the summer of
22  2005 after Mr. Pirnie sent that letter on
23  June 24, 2005, are you aware of any changes

Page 40

1  that were made to Conference America's web
2  site because of the then ending
3  relationship between Conference America and
4  Conexant?
5    A. I'm not aware of the cause of
6  any of the changes to be honest with you.
7    Q. Are you aware of any changes
8  that occurred to the web site for any
9  reason after June 24, 2005?
10    A. We made changes to the web site
11  on a regular basis. I can't speak to any
12  specific time that things were changed.
13    Q. Let me ask it this way: Are
14  you aware of any change that was made to
15  the web site after June 24, 2005, and that
16  change was made specifically in reference
17  to Conexant?
18    MR. BORTON: Object to the
19  form.
20    A. I'm not aware of that.
21
22    (Whereupon, Defendant's Exhibit
23  Number 3 was marked for identification and

10 (Pages 37 to 40)

# FREEDOM COURT REPORTING

Page 41

1  copy of same is attached hereto).
2
3      Q.  (BY MR. MILLER)  Let me mark as
4  Defendant's Exhibit Number 3 a copy of
5  Exhibit A to the complaint which Conference
6  America filed with the Court, and I'll tell
7  you this is the terms and conditions, and
8  it's dated July 25, 2005.  Have you had a
9  chance to see that particular document?
10     A.  What do you mean, right now?
11     Q.  Before today.
12     A.  I've seen our terms and
13  conditions before.
14     Q.  Here's what I want to ask you
15  about that one.  It's got a date of July
16  25, 2005, at the bottom right-hand corner,
17  do you see that?
18     A.  I do.
19     Q.  Do you know what that date
20  signifies, if anything?
21     A.  That date signifies the date
22  that the web page was printed in most web
23  browsers.

Page 42

1      Q.  And I think you've already
2  answered this question, but let me ask it
3  again.  You cannot tell me when Conference
4  America's terms and conditions section of
5  the web site was last changed before July
6  25, 2005, correct?
7      A.  I cannot tell you the date when
8  it was last changed before that.
9      Q.  Nor can you tell me how it was
10  changed last before July 25, 2005, correct?
11     A.  I can tell you technically how
12  it was changed.
13     Q.  Substantively, you cannot tell
14  me how it was last changed before July 25,
15  2005?
16     A.  That's correct.
17     Q.  When you said technically I can
18  tell you how it was changed, what are you
19  talking about?
20     A.  I can tell you the technical
21  process of --
22     Q.  What we alluded to earlier,
23  where you would go into the system and make

Page 43

1  the changes?
2      A.  Correct.
3      Q.  But as to when any such change
4  may have occurred before July 25, 2005, and
5  what the particular changes in the language
6  may have been, you can't tell me that?
7      A.  Correct.
8      Q.  Have you discussed this lawsuit
9  between Conference America and Conexant
10  with anyone other than counsel for
11  Conference America?
12     A.  Yes.
13     Q.  Who?
14     A.  Mr. Pirnie.
15     Q.  Tell me about that discussion.
16     A.  The whole discussion was
17  related to this deposition.
18     Q.  What did he say?
19     A.  He told me to tell the truth
20  and to not let you put words in my mouth.
21     Q.  Did he tell you anything else?
22     A.  No.
23     Q.  I hope you haven't felt like

Page 44

1  I've been putting words in your mouth.
2      A.  No.
3      Q.  Did you and he discuss any of
4  the topics that I had indicated I wanted to
5  speak with someone about, those being
6  listed on the deposition notice, Exhibit
7  Number 1?
8      A.  Briefly.
9      Q.  What was said about that?
10     A.  To the best of my recollection,
11  I think he just told me to see what I could
12  find.
13     Q.  Any further discussion with Mr.
14  Pirnie?
15     A.  I don't think so.  I think I
16  did tell him about archive.org, but we
17  didn't discuss it in detail.
18     Q.  Did anybody instruct you to go
19  to these outside web sites, including
20  archive.org, or is that just something you
21  did on your own?
22     A.  I did that on my own.
23     Q.  Was that search before or after

11  (Pages 41 to 44)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

**Page 45**

1 you had conducted the internal search to
2 see if there was any way to determine this
3 type of information within Conference
4 America's own computer system and
5 recordkeeping?
6     A.  I don't think it was before or
7 after.  I think I did it at the same time.
8 I did it as part of it.
9     Q.  How long did you spend trying
10 to get this requested information?
11     A.  I don't know exactly how long.
12 Maybe -- I don't know.
13     Q.  Are we talking hours, or thirty
14 minutes, or what?
15     MR. BORTON:  Object to the
16 form.
17     A.  It wasn't thirty minutes, but
18 I don't know exactly.  It was more than
19 that.
20     Q.  Did you do it at one session,
21 if you will?
22     A.  No.
23     Q.  How many days was this spread

**Page 46**

1 over?
2     A.  I'm not sure.
3     Q.  And I'm not going to badger you
4 about this, but are we talking one hour or
5 ten hours?  Can you put any time frame on
6 it for me?
7     MR. BORTON:  Object to the
8 form.
9     A.  I would be guessing.
10     Q.  (BY MR. MILLER)  Less than
11 five hours?
12     MR. BORTON:  Object to the
13 form.
14     A.  Yes.
15     Q.  (BY MR. MILLER)  And regardless
16 of exactly how long it took, you have
17 satisfied yourself that you've made a good
18 thorough diligent search to try to get the
19 requested information that we listed
20 earlier?
21     A.  That's correct.
22     Q.  Since we've been sitting here
23 in the deposition, is there any other place

**Page 47**

1 that you've thought of you could look or
2 method that you've thought of that you
3 could try to see if this information is
4 obtainable?
5     A.  Information being the dates?
6 What information --
7     Q.  (Indicating).
8     A.  Oh, this information.
9     Q.  The information listed on the
10 deposition notice and any dates about when
11 the web site was changed.  And I'm not
12 suggesting there is any other place, I just
13 am wanting to know if something has dawned
14 on you since we've been sitting here that
15 you haven't taken a look at?
16     A.  It has not.
17     Q.  Have you ever had any
18 authorship responsibilities as to the
19 content of the web site?
20     MR. BORTON:  Object to the
21 form.
22     A.  I'm not sure what you mean by
23 authorship responsibilities.

**Page 48**

1     Q.  (BY MR. MILLER)  You told me
2 earlier that you have been requested from
3 time to time to go in and make the changes.
4 What I'm asking is have you ever been
5 requested to actually author what the
6 wording needs to be in the web site, or
7 have you been provided that by someone
8 else?
9     MR. BORTON:  Object to the
10 form.
11     A.  I have never been asked to
12 author anything on the web site.
13     Q.  (BY MR. MILLER)  Other than the
14 discussions with Mr. Pirnie you told me
15 about a few minutes ago, have you discussed
16 this lawsuit with anybody else other than
17 the lawyers?
18     A.  No.
19     Q.  And I would assume that you
20 never had any personal contact with anyone
21 from Conexant concerning the subject matter
22 of this lawsuit?
23     A.  No, not concerning the lawsuit.

12  (Pages 45 to 48)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 49

1       Q.  Have you had any contact with
2   anyone at Conexant concerning the subject
3   matter of the lawsuit?
4       A.  No.
5           MR. MILLER:  That's all I have.
6   Thank you.
7
8       FURTHER THE DEPONENT SAITH NOT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 50

1       C E R T I F I C A T E
2
3   STATE OF ALABAMA:
4   JEFFERSON COUNTY:
5
6       I hereby certify that the above and
7   foregoing deposition was taken down by me
8   in stenotype, and the questions and answers
9   thereto were reduced to typewriting under
10  my supervision, and that the foregoing
11  represents a true and correct transcript of
12  the deposition given by said witness upon
13  said hearing.
14      I further certify that I am neither of
15  counsel nor kin to the parties to the
16  action, nor am I in any way interested in
17  the result of said cause.
18
19
20      KERRY K. THAMES - COMMISSIONER
21
22
23

13 (Pages 49 to 50)

# FREEDOM COURT REPORTING

Page 51

**A**

able 14:17
18:17 20:18
24:2,11 25:5
29:13
Academy 6:19
8:1
access 35:12,15
35:21 36:1,8
36:18 37:19
accuracy 34:2
accurate 22:4
acting 5:1
action 1:5
50:16
actual 17:9
23:22
additional
21:17
address 5:20
administrator
9:18,20
age 6:12
ago 13:10 18:2
48:15
AGREED 1:18
2:2,9,18
agreement
39:11
ahead 13:3,13
24:18
Alabama 1:2
1:23 4:14
5:23 50:3
alluded 42:22
alterations
12:5
altered 30:10
33:4
America 1:7
4:7 8:10,13
8:17,21 9:3
9:17,21 10:1
10:21 11:1,6

12:1,13,14
23:16 25:2,5
25:14 26:17
28:13 30:19
30:20 31:23
33:2,8 34:12
39:12 40:3
41:6 43:9,11
America's
10:10 11:8
12:3,6,19
13:11 15:5
16:3,9,16
19:13 20:3
21:18 23:9,13
23:18 24:12
24:14 25:3,7
25:21 27:3
28:16 29:21
31:5 33:20,22
38:23 40:1
42:4 45:4
answer 12:13
12:18 13:1,3
13:8,13 21:14
21:22 24:18
26:12,22 27:7
27:10,18 28:9
28:12
answered
35:14 42:2
answers 50:8
anybody 44:18
48:16
apparent
38:15
APPEARAN...
4:1
appeared
22:11
appears 23:7
appropriate
36:4
archive.org

13:23 20:6,9
20:16 21:10
21:19 22:5,10
24:9 44:16,20
area 7:16,19
aside 24:10
asked 16:20
27:14 37:8
48:11
asking 6:21
19:18 20:1
48:4
aspect 13:16
assign 2:14
assume 6:13
19:17 21:8
39:15 48:19
ATCHISON
4:12
Atlanta 4:8
attached 11:18
14:4 41:1
attempt 20:9
attempted 15:3
attest 18:21
attorneys
19:13
author 48:5,12
authorship
47:18,23
aware 11:4
26:3,8 27:13
28:23 29:5
30:17 31:1
38:22 39:7,13
39:14,23 40:5
40:7,14,20

**B**

back 21:5
22:11
background
7:22 15:9
badger 46:3

Bank 4:7
Baptist 6:20
basically 39:20
basis 40:11
behalf 12:14
belabor 22:3
believe 14:16
37:20
Bell 6:11
best 12:12
22:18 38:21
44:10
better 12:18
13:8
Birmingham
4:14
bit 7:21
Bone 1:14,21
5:5,10,21
7:10 36:12,18
Borton 4:4
5:16 12:21
13:1,12 19:18
19:21 21:13
21:21 22:6
24:17 25:9
27:23 28:17
29:2,23 31:8
32:11 35:10
35:18 36:5,14
37:1 39:3
40:18 45:15
46:7,12 47:20
48:9
bottom 37:22
41:16
Briefly 44:8
bring 9:4
13:19 29:8
34:19
Brookwood
4:13
browsers
41:23

business 32:6
button 38:7,16

**C**

C 50:1,1
calendar 30:11
30:23 35:14
35:23
called 36:21
capability 36:1
36:8
capable 35:8
case 6:22 15:10
27:16
Castle 7:23
cause 5:6 40:5
50:17
certain 25:15
25:22
certify 5:2 50:6
50:14
chance 41:9
change 34:16
35:16 37:8
40:14,16 43:3
changed 30:10
30:22 31:3,15
32:9 33:11,17
34:1,8,9,10
34:22 40:12
42:5,8,10,12
42:14,18
47:11
changes 21:12
21:17 24:13
25:7 35:2
36:2,13,22
37:6 38:23
39:23 40:6,7
40:10 43:1,5
48:3
changing 34:4
charge 39:21
children 6:23

# FREEDOM COURT REPORTING

Page 52

7:1,13
chose 17:10
  18:6
Civil 1:5 5:3
clear 35:20
click 38:16,18
clicked 38:7
client 11:2
clue 23:23
college 8:3
come 8:23 9:6
  38:17
comes 38:12
commencing
  2:1
commissioner
  1:22 2:20 5:2
  50:20
communicati...
  20:2
complaint 41:5
completely
  32:13
compliance 2:6
computer
  24:15 25:3,14
  25:21 26:17
  31:6,11,13,20
  33:10,15,22
  45:4
concerning
  13:10 15:16
  48:21,23 49:2
conditions
  12:5 23:8,12
  25:17,23 26:6
  26:20 27:2,22
  28:15 29:9,15
  29:20 30:9,21
  34:14,17
  35:16 36:3
  37:7,9,16,22
  38:3,6,14
  41:7,13 42:4

conducted
  45:1
Conexant 1:10
  11:2 39:2,12
  40:4,17 43:9
  48:21 49:2
Conference
  1:7 8:10,13
  8:17,20 9:3
  9:17,21 10:1
  10:10,21 11:1
  11:5,7 12:1,3
  12:6,13,14,19
  13:10 15:4
  16:2,8,15
  19:13 20:3
  21:18 23:8,12
  23:16,17
  24:12,14 25:2
  25:2,4,7,14
  25:21 26:17
  27:3 28:13,16
  29:20 30:19
  30:20 31:5,22
  33:1,8,20,22
  34:12 38:23
  39:12 40:1,3
  41:5 42:3
  43:9,11 45:3
consist 14:8
constantly
  34:7
consulted 15:2
contact 48:20
  49:1
contained 12:6
  12:8
content 47:19
contracted
  32:6
copy 11:18
  14:4 25:4
  26:4 29:8,14
  34:20 41:1,4

corner 41:16
correct 8:18
  10:15 15:1,23
  16:23 17:23
  21:7 22:22
  23:2,6 24:10
  26:15 27:22
  28:3,11,20,21
  31:16 32:1,2
  32:9 34:23
  35:3 39:17,18
  42:6,10,16
  43:2,7 46:21
  50:11
counsel 1:20
  2:11,13 5:5
  20:3 43:10
  50:15
counties 7:7
County 7:6
  50:4
couple 37:18
court 1:1 2:7
  5:14,22 41:6
creation 11:7
  12:2,4
Cumberland
  9:11

———— D ————
date 5:2 17:5
  17:15,22 19:7
  19:8 23:4
  31:19 33:14
  33:21 41:15
  41:19,21,21
  42:7
dated 41:8
dates 18:11
  47:5,10
dawned 47:13
day 19:2,10
days 45:23
deactivation

26:5,18 27:1
  27:20 28:14
  29:1,19
Defendant's
  3:11 11:12,16
  14:2,7 30:4
  30:15 40:22
  41:4
DEFENDAN...
  1:11 4:10
dependent
  32:14
DEPONENT
  49:8
deposition
  1:13,20 2:4,5
  2:16,19 11:11
  13:17 43:17
  44:6 46:23
  47:10 50:7,12
depositions 2:8
  27:15
describe 10:4
  14:10 35:21
designated
  28:12
designates
  11:13
detail 32:18
  44:17
detailed 31:20
determine 15:8
  25:22 26:18
  33:11 45:2
devices 10:8
diligent 46:18
directly 38:2
director 9:14
discuss 44:3,17
discussed
  19:11,15,17
  19:19,22 30:6
  43:8 48:15
discussion

43:15,16
  44:13
discussions
  48:14
DISTRICT 1:1
  1:2
DIVISION 1:3
document 26:8
  29:7 41:9
documentati...
  12:10 26:11
  30:7,18 31:2
documents
  13:19 14:7,11
  16:7 19:5,9
  23:22,23
  24:15 25:4
doing 9:13
double 28:7,9
duly 5:11
duplicate
  23:11

———— E ————
E 50:1,1
earlier 42:22
  46:20 48:2
educational
  7:22
effect 2:6
either 16:14
  30:18
emanated
  39:17
employed 8:9
  8:12,16
entered 37:14
Entertainment
  15:18
entire 10:6
  17:18
entitled 12:9
  14:22
Ernest 4:4

# FREEDOM COURT REPORTING

Page 53

evidence 2:16
evolving 34:7
exact 23:11
exactly 37:10
  45:11,18
  46:16
examination
  3:3 5:7,18
examined 5:11
example 21:2
Exhibit 3:11
  11:12,16 14:2
  14:7 30:4,15
  40:22 41:4,5
  44:6
EXHIBITS 3:9
existed 29:9,15
existence 24:16
expenses 12:9
  37:6

**F**
F 50:1
family 7:5,19
far 21:6 27:16
farthest 22:12
fashion 31:7
Federal 5:3
fee 26:5,18
  27:1,20 28:14
  29:1,19
fees 12:9 37:6
felt 43:23
file 26:4
filed 41:6
files 33:14
filing 2:19
find 14:18 16:2
  16:12 24:23
  25:5,15 26:14
  33:19 44:12
fine 5:16 13:2
  13:3
firms 10:19

first 5:11 25:16
  26:1,5,19
  27:1,21 28:14
  28:22 33:8
five 12:8 46:11
Floor 4:13
follow 18:4
followed 18:7
following 5:7
follows 5:12
force 2:5
foregoing 5:4
  50:7,10
form 2:12
  12:22 21:14
  21:22 22:7
  24:17 25:10
  28:1,18 29:3
  30:1 31:9
  32:12 35:11
  35:19 36:6,15
  37:2 39:4
  40:19 45:16
  46:8,13 47:21
  48:10
found 14:16
four 8:14 14:9
  16:9 17:1
  23:3,7 30:4
  30:14
frame 46:5
frequently
  34:8
full 2:6 5:19
further 2:2,9
  2:18 44:13
  49:8 50:14

**G**
gain 23:16
general 34:12
generally 9:23
  10:4,6
generating

14:12
Georgia 4:8
getting 28:7
give 20:4 29:14
  34:8
given 16:16
  34:10 50:12
go 6:16 8:6
  13:3,13 16:19
  20:8,15 21:5
  22:10,11
  24:18 25:14
  25:20 26:16
  33:3,9 34:15
  35:2 36:2,12
  37:19 38:10
  42:23 44:18
  48:3
goes 6:18,19
going 11:11
  17:15 46:3
good 46:17
Google 14:16
Graduate 8:4
grounds 2:14
guessing 46:9

**H**
hard 25:3 26:3
hearing 33:1
  50:13
Heights 7:23
hereto 11:18
  14:4 41:1
high 8:1
highly 31:10
  31:13
historical
  14:14,20 15:8
  18:18 24:11
historically
  24:4 33:3,10
history 14:18
  14:20 15:16

15:21 20:20
  21:3 23:17
honest 40:6
hope 43:23
host 32:7,14
  33:2,9
hosted 32:5
hosting 32:21
hosts 31:23
  32:16
hour 46:4
hours 45:13
  46:5,11

**I**
idea 34:8
identification
  11:17 14:3
  40:23
impression
  32:5
includes 10:7
including 12:7
  44:19
independent
  32:7
independently
  32:6
INDEX 3:1
indicated
  11:23 44:4
Indicating
  29:11 47:7
indicator
  33:16
information
  9:15 15:4,16
  16:2 23:17
  24:3,12 25:1
  25:6 31:7
  45:3,10 46:19
  47:3,5,6,8,9
initial 12:7
  38:11

ink 34:21
inquire 17:16
inquired 23:5
inserted 26:6
  26:19 27:21
insertion 12:7
instruct 44:18
instruction
  20:4 34:9,15
  35:6 36:4
  37:5
interested
  50:16
internal 10:16
  45:1
internally
  10:18 23:15
Internet 14:15
intrafirm
  10:20
investigate
  16:21
item 18:6
items 36:16
IV 4:4 5:21

**J**
JEFFERSON
  50:4
job 8:20 9:3
  10:5
Joseph 4:11
July 29:10,10
  29:16,16,21
  29:21 41:8,15
  42:5,10,14
  43:4
June 1:15,23
  19:6 39:8,23
  40:9,15
jury 6:22 7:2

**K**
K 1:21 5:1
  50:20

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

keep 21:23
31:6,11,14
keeps 14:14
Kelly 7:10
Kerry 1:21 5:1
50:20
kin 50:15
kind 36:11
kindergarten
6:14,17
Kindergartner
6:18
knew 38:3
know 10:19
15:13,21
16:11 18:13
18:16,19 19:4
19:6 20:13,13
20:17 21:9,14
21:15,22,23
22:4 23:10,14
24:8 27:9
29:4,18 30:2
30:6 31:4
32:10,19,20
38:10 41:19
45:11,12,18
47:13
knowledge
22:19 25:13
25:19 26:2,21
32:16 38:21
knows 6:23

_____ L _____

L 1:17
language 12:6
12:8 25:15,22
26:5,19 27:1
27:20 28:14
28:23 29:19
34:16 43:5
law 10:19
laws 2:7

lawsuit 39:16
43:8 48:16,22
48:23 49:3
lawyers 48:17
leading 2:12
learn 15:4 24:2
24:11 39:19
learned 39:15
leave 24:7 33:7
Lebanon 8:1
9:12
letter 39:9,14
39:22
Let's 34:13
35:14
link 18:8 38:18
listed 44:6
46:19 47:9
litigation 10:23
little 7:21
live 6:1
lives 7:8
located 18:14
lockout 36:11
log 33:17,19
long 8:12
24:22 45:9,11
46:16
look 47:1,15
looked 23:21
23:22 26:10
looking 30:13
lot 32:21
lots 10:19
L.L.P 4:5

_____ M _____

maintain 10:11
10:13
maintenance
11:7 12:3
making 13:2
manage 10:6
March 17:10

17:14,21 18:3
18:6 21:10,18
23:4,13
Maria 6:7
mark 11:11
14:6 41:3
marked 11:17
14:3 34:20
40:23
married 7:11
Mary 7:10
matter 48:21
49:3
mean 17:6 22:3
24:22 27:6
33:6 35:7,9
38:9 39:6
41:10 47:22
mentioned
18:1
method 47:2
MIDDLE 1:2
Military 7:23
Miller 3:5 4:11
5:18 11:20
13:6,15 14:6
21:16 22:2,9
24:21 25:12
28:3,19 29:6
30:3 31:12
32:15 35:13
35:22 36:10
36:20 37:4
39:7 41:3
46:10,15 48:1
48:13 49:5
mind 13:7
minute 13:10
18:2
minutes 45:14
45:17 48:15
Mississippi 8:3
modified 31:18
33:14,21

Monroe 1:22
Montgomery
1:23 5:22
6:19 7:6,8
8:19 9:1,4
months 8:15
mouth 43:20
44:1

_____ N _____

N 1:17
name 5:19 6:6
7:9
names 20:14
NE 4:6
necessary 2:10
need 17:7
needs 48:6
negative 28:8
28:10
neither 50:14
network 9:18
9:19 10:7,7
never 48:11,20
normal 31:20
NORTHERN
1:3
notice 2:19
11:11 13:17
44:6 47:10
number 11:12
11:17 12:2,4
14:3,7 30:15
40:23 41:4
44:7

_____ O _____

O 1:17
Object 12:21
21:13,21 22:6
24:17 25:9
27:23 28:17
29:2,23 31:8
32:11 35:10
35:18 36:5,14

37:1 39:3
40:18 45:15
46:7,12 47:20
48:9
objection 13:2
13:12
objections 2:11
2:14
obtainable
47:4
occurred 40:8
43:4
offense 7:2
offered 2:16
Oh 47:8
Okay 7:4
14:13 28:22
38:10
Ole 8:4,7
operating 10:8
oral 5:6
outside 30:19
44:19

_____ P _____

P 1:17
page 3:3 14:19
17:3,9,10,10
17:17 18:11
19:17 22:15
22:20,23 23:7
37:21,22
38:11 41:22
pages 10:18
14:9,14 16:10
16:13 17:1,12
18:2,8 23:3
30:14
Paine 1:14,21
5:5,10,21
36:12,18
panel 7:2
paper 26:4
paragraph

## FREEDOM COURT REPORTING

Page 55

12:8
**Pardon** 12:23
**part** 45:8
**participated**
34:3
**particular** 20:5
38:7 41:9
43:5
**parties** 1:19
2:13 50:15
**Peachtree** 4:6
**pencil** 34:21
**pending** 11:1
**people** 35:23
**person** 12:12
27:12 34:15
36:21
**personal** 48:20
**personally**
29:18 38:22
**picked** 17:14
**Pirnie** 27:12
34:6,19 39:9
39:22 43:14
44:14 48:14
**place** 4:13
36:11 39:11
46:23 47:12
**placed** 25:16
25:22 27:1
28:15
**PLAINTIFF...**
1:8 4:3
**Plaza** 4:7
**point** 39:16
**policy** 32:14
**pop-up** 37:23
**position** 12:18
13:8
**possible** 21:16
**preschool** 6:15
6:17
**preschooler**
6:19

**presence** 19:14
**present** 10:2
38:6
**presently** 8:9
**price** 39:10
**print** 20:23
**printed** 16:15
19:5,10 23:1
34:20 41:22
**prior** 2:16
**private** 10:16
**Procedure** 5:4
**proceedings**
5:8
**process** 42:21
**produce** 13:20
14:19 20:19
29:13
**produceable**
31:7
**produced** 11:5
16:10 30:5,7
30:16
**produces**
18:23
**production**
13:16
**professional**
16:5
**program** 39:10
**protection**
39:10
**provided** 5:3
14:8 48:7
**public** 10:12
10:13
**purports** 18:17
**purposes** 6:22
**put** 22:21
43:20 46:5
**putting** 44:1
**P.M** 2:1

_____
**Q**

**question** 26:12
26:23 27:6,7
27:10 28:9
32:23 42:2
**questions** 2:12
2:13 6:21 7:3
12:13,19 13:9
50:8

_____
**R**

**R** 50:1
**read** 13:9
27:15 37:11
37:13
**reading** 2:3
**realize** 10:23
**really** 22:3
**reason** 20:22
21:9 31:5
32:22 34:4
40:9
**reasons** 15:14
16:5
**received** 20:2
35:5 37:5
**recollection**
44:10
**record** 14:14
**recordkeeping**
45:5
**recruited** 9:7,8
**reduced** 50:9
**reference**
40:16
**regarding**
12:10
**regardless**
46:15
**regular** 36:22
40:11
**related** 43:17
**relating** 2:7
**relationship**
39:17 40:3

**relative** 7:15
10:10 16:8,15
18:3,10 20:19
23:4
**reliability**
18:22
**remaining**
17:11 18:8
**repeat** 13:4
28:5 30:12
**REPORTER**
5:14
**representation**
14:21
**representative**
11:6 27:19
28:13
**represents**
50:11
**request** 13:16
13:20 29:11
**requested**
45:10 46:19
48:2,5
**requests** 29:7
**residence** 5:20
**respective** 1:20
**response** 13:20
**responsibilit...**
10:1,5 47:18
47:23
**responsibility**
10:9
**restricted**
24:23
**result** 17:10,12
17:18 18:6
22:4 23:1
50:17
**results** 18:5,22
19:12,20
20:19,23
**right** 38:12,13
41:10

**right-hand**
41:16
**Road** 6:11,20
**rules** 2:7 5:3

_____
**S**

**S** 1:17 4:11
**SAITH** 49:8
**SANDERS** 4:5
**satisfied** 12:11
46:17
**says** 22:16
**school** 6:12 7:1
8:1,6
**screen** 38:15
**search** 14:17
17:22 18:5
19:2,7,9 20:5
20:10,19 22:4
22:15,21,23
24:8 25:1
44:23 45:1
46:18
**searched** 17:8
17:19,20
**searches** 18:10
18:22
**searching**
24:14
**section** 26:20
27:2 28:15
29:20 30:9,21
34:14 37:6,16
42:4
**sections** 37:10
**security** 36:16
**see** 13:15 16:7
18:7 22:14
26:10 38:8
41:9,17 44:11
45:2 47:3
**seek** 15:15
**seen** 11:10,20
15:6 29:11

# FREEDOM COURT REPORTING

Page 56

| | | | | |
|---|---|---|---|---|
| 41:12 | 33:21,23 34:4 | **Street** 1:22 4:6 | 45:13 46:4 | **think** 12:18 |
| **select** 37:21 | 34:7,12,17 | **strictly** 24:13 | **Taylor** 6:20 | 24:6 42:1 |
| **selected** 17:4 | 35:17 36:3,13 | **striking** 6:22 | **technical** 42:20 | 44:11,15,15 |
| **selection** 17:12 | 36:22 37:16 | **stuff** 22:1 | **technically** | 45:6,7 |
| **sent** 39:9,22 | 38:11,12,23 | **subject** 48:21 | 42:11,17 | **thirty** 45:13,17 |
| **services** 37:21 | 39:21 40:2,8 | 49:2 | **technology** | **Thomas** 4:4 |
| **session** 45:20 | 40:10,15 42:5 | **Substantively** | 9:15 | **thorough** |
| **set** 17:18 36:12 | 47:11,19 48:6 | 42:13 | **tell** 5:19 7:21 | 46:18 |
| **setting** 24:10 | 48:12 | **suggesting** | 21:4 24:3 | **thought** 47:1,2 |
| **seven** 8:14 | **sites** 14:15 | 33:18 47:12 | 25:6 26:4 | **three** 12:9 23:3 |
| **sheet** 23:8 37:7 | 15:17 18:18 | **Suite** 1:23 | 27:5,6 30:8 | **time** 2:15,15 |
| 38:6,15 | 20:9,12,18 | **summer** 39:21 | 30:20 31:2 | 9:10 16:1,3 |
| **sheets** 30:5 | 21:1,5 22:10 | **supervision** | 32:4,8,20 | 22:11 24:20 |
| **short-term** | 32:21 44:19 | 50:10 | 33:23 41:6 | 25:18 26:1 |
| 21:2 | **sitting** 46:22 | **sure** 17:13 | 42:3,7,9,11 | 28:6 36:22,23 |
| **show** 17:7 | 47:14 | 19:16 21:9 | 42:13,18,20 | 38:16 40:12 |
| 22:20 | **situation** 38:19 | 23:10,14 24:7 | 43:6,15,19,21 | 45:7 46:5 |
| **signature** 2:3 | 39:1,5 | 28:8 30:13 | 44:16 | 48:3,3 |
| **signifies** 41:20 | **somebody** 6:23 | 36:7 38:9 | **ten** 46:5 | **times** 15:12 |
| 41:21 | 32:8 | 46:2 47:22 | **Tennessee** 8:2 | **title** 9:16,19 |
| **similar** 10:21 | **sons** 6:5,12 | **surrounding** | 9:12 | **today** 11:5 |
| **sister** 7:8 | **sorry** 13:5 28:5 | 7:6 | **terminated** | 16:17 24:8 |
| **sit** 35:1 | **source** 30:8,18 | **sworn** 5:11 | 39:10 | 26:23 41:11 |
| **site** 10:10,11 | **speak** 12:1 | **system** 24:15 | **terms** 12:5 | **told** 32:22 34:6 |
| 10:12,14,17 | 37:10 40:11 | 25:3,15,21 | 23:7,11 25:16 | 43:19 44:11 |
| 10:20 11:8 | 44:5 | 26:17 31:6,11 | 25:23 26:6,19 | 48:1,14 |
| 12:4,7,20 | **specific** 22:15 | 31:13,21 | 27:2,21 28:15 | **top** 22:15 |
| 13:11,23 | 40:12 | 33:10,15,22 | 29:8,14,20 | **topics** 11:13 |
| 14:13,17,21 | **specifically** | 35:2 36:11,17 | 30:8,21 34:13 | 12:15 13:9 |
| 14:22 15:5,9 | 23:5 39:8 | 42:23 45:4 | 34:16,20 | 44:4 |
| 15:15,20 16:3 | 40:16 | **systems** 1:10 | 35:16 36:2 | **track** 31:11,14 |
| 16:8,9,14,16 | **spend** 45:9 | 10:8 | 37:7,9,15,21 | **transcript** |
| 16:19,20 | **spread** 45:23 | | 38:2,5,14 | 50:11 |
| 18:17 19:3 | **STARNES** | ———— | 41:7,12 42:4 | **trial** 2:15 |
| 20:5 21:18 | 4:12 | **T** | **testified** 5:12 | **TROUTMAN** |
| 23:9,13,18,23 | **STATE** 50:3 | **T** 1:17,17 50:1 | **testify** 11:6 | 4:5 |
| 24:4,13 25:8 | **STATES** 1:1 | 50:1 | 27:19 | **true** 50:11 |
| 25:17,23 26:7 | **stenotype** 50:8 | **take** 7:2 35:14 | **Thames** 1:22 | **truth** 43:19 |
| 26:20 27:3,20 | **STIPULAT...** | **taken** 1:21 | 5:1 50:20 | **try** 15:8 46:18 |
| 27:22 28:16 | 1:18 2:2,9,18 | 27:16 47:15 | **Thank** 49:6 | 47:3 |
| 29:1,9,15,21 | **stipulation** 5:4 | 50:7 | **thereto** 2:17 | **trying** 16:12 |
| 30:9,22 31:14 | **stipulations** | **talk** 34:13 | 50:9 | 23:16 24:23 |
| 31:23 32:5,8 | 5:15 | **talked** 30:17 | **thing** 34:7 | 33:19 39:19 |
| 33:2,4,9,11 | **stop** 21:10 | **talking** 24:9 | **things** 40:12 | 45:9 |
| | | 34:11 42:19 | | |

# FREEDOM COURT REPORTING

Page 57

turn 7:1
two 6:5,12 12:4
  17:3,9,11,18
  18:2,8,11
  22:23
type 21:20
  38:1 45:3
typed 16:21
typewriting
  50:9

_____ **U** _____

U 1:17
understand
  31:22
understanding
  17:14 24:6
UNITED 1:1
University 8:2
  9:11
unusual 31:10
  31:13
updated 24:1,4
URL 38:2
Usual 5:14
Usually 34:19

_____ **V** _____

VS 1:9

_____ **W** _____

waived 2:4,20
want 12:11
  23:9 24:7
  28:8 35:13
  41:14
wanted 11:13
  11:23 15:20
  16:21 32:23
  44:4
wanting 38:7
  47:13
wasn't 39:14
  45:17
way 25:13,20

26:16 30:10
30:22 33:12
34:1,10 40:13
45:2 50:16
ways 35:14,21
  37:19
web 10:10,11
  10:12,13,17
  10:18,20 11:8
  12:3,7,19
  13:11,23
  14:13,15,17
  14:19,21,22
  15:5,9,15,17
  15:20 16:3,8
  16:9,14,16,19
  16:20 18:16
  18:18 19:3
  20:5,8,12,18
  21:1,5,18
  22:9 23:9,13
  23:18,23 24:4
  24:12 25:8,17
  25:23 26:7,20
  27:3,19,22
  28:16 29:1,9
  29:15,21 30:9
  30:22 31:14
  31:23 32:5,8
  32:21 33:2,4
  33:9,11,20,23
  34:4,7,12,17
  35:17 36:3,13
  36:22 37:16
  38:11,11,23
  39:21 40:1,8
  40:10,15
  41:22,22 42:5
  44:19 47:11
  47:19 48:6,12
week 21:2
went 7:23 8:2
  9:20 14:11
  16:1 38:4

we're 19:16
  28:7
we've 24:8
  46:22 47:14
Whispine 5:22
wife 6:5 7:5,18
wife's 6:6
window 37:23
Winstead 5:21
witness 2:4 5:6
  50:12
wording 48:6
words 43:20
  44:1
work 6:8,10
  8:19 9:20
working 9:9
wrong 32:3
www.archiv...
  14:23 15:3
  16:4 18:14,23
  19:12
www.yourca...
  14:18 16:22
  17:9 20:20
  37:20 38:5

_____ **Y** _____

Yeah 5:16
year 30:11,23
  35:15,23
  36:19
years 8:14 25:8
YMCA 6:11
yourcall.com
  17:19,21
  21:20 22:16

_____ **1** _____

1 3:12 11:12,17
  44:7
100 4:13
11 3:12
14 1:15 2:1
  3:13

15 29:10,16,21
1650 1:23
1991 8:20
1999 8:17,21
  9:2,21 10:2

_____ **2** _____

2 3:13 14:3,7
  30:4,15
2nd 19:6
2:05-cv-1088...
  1:5
2:08 2:1
20 29:10,16,21
2005 17:11,14
  17:21 18:3,6
  21:11,19 23:4
  23:13 29:10
  29:10,16,22
  30:11,23
  35:15,23 38:4
  38:19 39:8,9
  39:22,23 40:9
  40:15 41:8,16
  42:6,10,15
  43:4
2006 1:15 2:1
  19:6
201 1:22
24 39:8,23 40:9
  40:15
25 41:8,16 42:6
  42:10,14 43:4

_____ **3** _____

3 3:14 40:23
  41:4
30308 4:8
35209 4:14
36117 5:23

_____ **4** _____

40 3:14

_____ **5** _____

5 3:5
5200 4:7

_____ **6** _____

6 18:6 21:19
  23:4,13
6th 17:11,14
  17:21 18:3
  21:10
600 4:6

_____ **7** _____

7th 4:13

_____ **9** _____

91 8:8
9272 5:22

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660