# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:05 cv 1088-WKW |
| | ) |
| CONEXANT SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF PAUL EDGE

1.  My name is Paul Edge. I am over the age of nineteen years (19). I am the Manager of Global Telecommunications and Networking for Conexant Systems, Inc. I am familiar with the allegations in this lawsuit. I have personal knowledge of the matters hereinafter set forth.

2.  Conexant and Conference America, Inc. had an Audio Conferencing Contract in place, as amended, since 1999. During the course of Conexant's contractually-governed relationship with Conference America, Inc., Conexant gave various instructions for conferencing accounts to be canceled or turned off and Conference America, Inc. never sought to impose any "deactivation fee" for cancelling any accounts.

3.  I sent several e-mails on July 20, 2005 to representatives of Conference America, Inc., wherein I instructed Conference America to disconnect all "Conexant

{B0602939}

EXHIBIT "2"

EXHIBIT "D"

conferencing accounts" by July 31, 2005. These e-mails are Exhibits "Q", "R" and "S" to Conference America's Verified Complaint. Although the Audio Conferencing Contract had been terminated by Conference America, Inc., as of July 10, 2005, my instruction to cancel applied to all accounts that had been created under the Audio Conferencing Contract, which contained <u>no</u> provision that a "deactivation fee" would be applied.

4.  When I sent the instruction via my correspondence of July 20, 2005 to disconnect all Conexant's conferencing accounts, I did not know about, and had never agreed to, on behalf of Conexant, any sort of "deactivation fee". Conexant never agreed to a deactivation fee being applied to the disconnecting of any Conexant conferencing accounts. No negotiation of any sort had ever been conducted concerning this.

5.  There was never any agreement between Conexant and Conference America, Inc. regarding any "deactivation fee" which would be applied to Conexant conferencing accounts which had been created pursuant to the Audio Conferencing Contract. To the contrary, the Audio Conferencing Contract is silent regarding deactivation fees and contained an "entire agreement" or integration clause, thus confirming that there was <u>no</u> agreement that a "deactivation fee" would ever be applied to any of the conferencing accounts created pursuant to the Audio Conferencing Contract. (<u>See</u> Exhibit "B" to Verified Complaint, last page.)

{B0602939}

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed in New Jersey, _____ on this 16 day of June, 2006.

                                  CONEXANT SYSTEMS, INC.

                                  By: _____
                                  Paul Edge Manager, Global
                                  Telecommunications and Networking

{B0602939}