IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:05-CV-1088-WKW |
| | ) |
| CONEXANT SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the Court on the plaintiffs' Unopposed Motion for Extension of Time to Reply to Conexant's Response to Conference America's Motion for Summary Judgment (Doc. # 32), filed on July 18, 2006. Upon consideration, it is hereby ORDERED that the motion is GRANTED. The plaintiff shall file its reply on or before August 18, 2006.

DONE this the 19th day of July, 2006.

                                              /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE