IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1088-WKW |
| CONEXANT SYSTEMS, INC., | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Strike (Doc. #34 ) filed on July 19, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on August 25, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before August 18, 2006. The defendant may file a reply brief on or before August 25, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 28th day of July, 2006.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE