IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:05 cv 1088-WKW |
| CONEXANT SYSTEMS, INC., | ) |
| Defendant. | ) |

**CONEXANT'S REPLY TO CONFERENCE
AMERICA'S RESPONSE TO CONEXANT'S MOTION TO STRIKE**

Conexant's Motion to Strike should still be granted, despite the Response filed by Conference America. The <u>Echostar</u> case cited by Conference America is indeed an interesting decision. It appears that there is no Eleventh Circuit authority for the proposition of whether certain internet images may or may not be hearsay pursuant to the Federal Rules of Civil Procedure. Conference America takes the position that the materials printed off the website which are sought to be struck are not statements of a "person," and therefore are not hearsay. The image of Conference America's website printed off www.yourcall.com by Mr. Paine Bone is by necessity the statement of a "person." Such person is unidentified. Obviously the words contained on the image of the website printed off this particular website by Mr. Bone were authored and typed by a "person." This is unlike a fax heading or something of that nature which is arguably the "statement" of a computer.

{B0626572}

It is also useful to point out that the <u>Echostar</u> opinion involved a situation in which the website page was accompanied by an affidavit which apparently addressed its authenticity and/or reliability. The presence situation completely lacks such evidence. A quick review of www.archive.com reveals that this website purports to be able to produce historical versions of websites by way of its "Wayback Machine." The website itself makes no assertion regarding authentication and/or reliability of any website pages printed off the website. Federal Rule of Evidence 901 requires a showing of authenticity. Conference America has produced no shepherding or accompanying testimony from an appropriate witness at www.archive.com to attest to the reliability or authenticity of the document in question. The <u>Echostar</u> opinion contemplated such accompanying and/or shepherding testimony to satisfy (barely) authenticity requirements.

The <u>Echostar</u> opinion also pointed out that there was no evidence "challenging the veracity of the exhibit." In the present situation, the very witness who went onto the internet and found this questionable document has made it very clear that he <u>cannot</u> vouch for its reliability. (<u>See</u> Conexant's Motion to Strike, ¶2). Conexant also points out that the "best evidence" of the Conference America Terms and Conditions sheet on its website in July and/or August 2005 would be such a document produced by Conference America itself, with accompanying shepherding testimony. As pointed out in previous submissions, Conference America itself has not, and cannot, produce a copy of the Terms and Conditions website as it existed during the period of time in question.

The bottom line is that this particular document produced by Mr. Bone completely lacks an appropriate indicia of reliability and/or authenticity. It is true that the <u>Echostar</u>

{B0626572}

opinion seems to suggest that some printouts from the website might not technically be "hearsay" because they are not the statement of a "person." This particular document does not fit into that category. Obviously it was the statement of the person who typed it up.

Attached as Exhibit "A" is a copy of the search results for www.yourcall.com printed off the www.archive.com website on August 24, 2006. If anything, looking at this website, even now, casts additional doubt about the authenticity and/or reliability of any historical website "versions" printed off of it. For instance, the President of Conference America, Mr. Robert M. Pirnie, III, testified that the Conference America website is "updated regularly." (See Mr. Pirnie's deposition, p. 118, l. 9). He further testified about a change to the Terms and Conditions sheet on the website that occurred as a result of this litigation. (See Mr. Pirnie's deposition, pp. 150-151). The attached page from the "Wayback Machine," however, would seem to indicate that there have been absolutely no updates to this website since March 6, 2005. Mr. Pirnie's own testimony would suggest otherwise. This further demonstrates the lack of reliability concerning anything printed off this website.

The document sought to be struck simply lacks the required indicia of reliability. Although the Echostar opinion could possibly stand for the proposition that some documents printed off a website are not hearsay, as they are not the statements of a person, this particular document does not fit into that category, and the Echostar opinion should not be followed in that regard. The document in question should be struck because it is certainly not the best evidence of what the Conference America website

{B0626572}

looked like during the period of time in question, because it is indeed hearsay and, finally, because it is wholly lacking in any indicia of reliability. Unlike the <u>Echostar</u> opinion, there is no shepherding evidence from an appropriate witness at www.yourcall.com attesting to the reliability and/or authenticity of the document.

WHEREFORE, PREMISES CONSIDERED, Conexant requests the Court to grant its Motion to Strike the internet hearsay pages which were attached to Exhibit 3 of Conference America's Response in Opposition to Conexant's Motion for Summary Judgment.

                                            **s/Joseph S. Miller**
                                            Joseph S. Miller
                                            Attorney for Defendants
                                            ID #:  asb-4242-m60j
                                            STARNES & ATCHISON, LLP
                                            Post Office Box 598512
                                            Birmingham, AL  35259-8512
                                            Telephone:(205) 868-6049
                                            Facsimile: (205)868-6099
                                            E-mail:jsm@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to he following:

Thomas Ernest Borton, IV, Esquire
TROUTMAN SANDERS, L.L.P.
600 Peachtree Street, NE
5200 Bank of America Plaza
Atlanta, GA  30308-2216

{B0626572}

Respectfully submitted,

**s/Joseph S. Miller**
Joseph S. Miller
Attorney for Defendants
ID #:  asb-4242-m60j
STARNES & ATCHISON, LLP
Post Office Box 598512
Birmingham, AL  35259-8512
Telephone:(205) 868-6049
Facsimile: (205)868-6099
E-mail:jsm@starneslaw.com

{B0626572}