

INTERNET ARCHIVE
WaybackMachine

Enter Web Address: http://  [All ▼]  Take Me Back

Adv. Search Compare Archive Pages

Searched for http://yourcall.com  **95** Results

\* denotes when site was updated.

## Search Results for Jan 01, 1996 - Aug 24, 2006

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|
| 1 pages | 2 pages | 3 pages | 2 pages | 10 pages | 11 pages | 16 pages | 28 pages | 17 pages | 5 pages |
| * Dec 26, 1996 | * Feb 22, 1997 | * Jul 01, 1998 | Feb 02, 1999 | * Mar 03, 2000 | * Feb 02, 2001 | * Jan 20, 2002 | Jan 25, 2003 | Jan 21, 2004 | * Jan 23, 2005 |
| | Oct 22, 1997 | Dec 03, 1998 | Apr 24, 1999 | Mar 04, 2000 | Feb 03, 2001 | May 26, 2002 | Feb 07, 2003 | Feb 03, 2004 | * Feb 07, 2005 |
| | | Dec 12, 1998 | | May 11, 2000 | Feb 11, 2001 | May 31, 2002 | Feb 12, 2003 | Feb 05, 2004 | Feb 10, 2005 |
| | | | | May 20, 2000 | * Apr 10, 2001 | Jun 02, 2002 | * Mar 24, 2003 | * Mar 23, 2004 | * Mar 03, 2005 |
| | | | | May 24, 2000 | Apr 21, 2001 | Jun 03, 2002 | Mar 27, 2003 | * Apr 01, 2004 | Mar 06, 2005 |
| | | | | Jun 10, 2000 | May 16, 2001 | * Jul 21, 2002 | Apr 05, 2003 | Apr 05, 2004 | |
| | | | | May 20, 2000 | Jul 08, 2001 | Jul 21, 2002 | * Apr 19, 2003 | Apr 17, 2004 | |
| | | | | Aug 15, 2000 | Jul 22, 2001 | Aug 02, 2002 | Apr 24, 2003 | * May 18, 2004 | |
| | | | | Nov 10, 2000 | * Aug 08, 2001 | Aug 06, 2002 | May 24, 2003 | May 24, 2004 | |
| | | | | Nov 21, 2000 | Sep 27, 2001 | * Sep 28, 2002 | May 25, 2003 | Jun 09, 2004 | |
| | | | | | Nov 30, 2001 | Sep 30, 2002 | May 28, 2003 | Jun 13, 2004 | |
| | | | | | | Sep 30, 2002 | Jun 12, 2003 | Jun 29, 2004 | |
| | | | | | | * Nov 20, 2002 | * Jul 21, 2003 | * Jul 16, 2004 | |
| | | | | | | Nov 24, 2002 | Aug 01, 2003 | * Sep 22, 2004 | |
| | | | | | | Nov 30, 2002 | Aug 02, 2003 | Sep 24, 2004 | |
| | | | | | | Dec 01, 2002 | Aug 04, 2003 | Oct 10, 2004 | |
| | | | | | | | Sep 23, 2003 | Nov 21, 2004 | |
| | | | | | | | Sep 26, 2003 | | |
| | | | | | | | Oct 12, 2003 | | |
| | | | | | | | Oct 22, 2003 | | |
| | | | | | | | Oct 24, 2003 | | |
| | | | | | | | Nov 19, 2003 | | |
| | | | | | | | Nov 26, 2003 | | |
| | | | | | | | Nov 28, 2003 | | |
| | | | | | | | Dec 01, 2003 | | |
| | | | | | | | * Dec 15, 2003 | | |
| | | | | | | | * Dec 17, 2003 | | |
| | | | | | | | Dec 20, 2003 | | |

EXHIBIT "A"