IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:05 cv 1088-WKW |
| CONEXANT SYSTEMS, INC., | ) |
| Defendant. | ) |

**MOTION TO CONTINUE CASE FROM TRIAL TERM OF NOVEMBER 6, 2006**

COMES NOW the defendant **CONEXANT SYSTEMS, INC.**, who moves this Court for a continuance of this case from its present trial setting for the term of November 6, 2006. In support of this motion, the defendant states the following:

1. One of the critical witnesses in this case is Mr. Jason Shanks, a former employee of the plaintiff Conference America, Inc.

2. Due to the critical nature of Mr. Shanks' involvement in the subject matter of the litigation, and the importance of his testimony, the defendant needs for Mr. Shanks to appear as a live witness at trial.

3. Counsel for the plaintiff deposed Mr. Shanks on June 14, 2006. In the deposition, Mr. Shanks confirmed, upon questioning by undersigned defense counsel, that he would be getting married and on his honeymoon out of the country during the week of November 6, 2006, when this case is set for trial. (See attached Exhibit "A", pp. 146-147 of Mr. Shanks' deposition).

{B0628507}

4. Undersigned counsel for the defendant recently confirmed with Mr. Shanks' counsel that Mr. Shanks will indeed be unavailable to testify at trial from November 3 through November 11, 2006 due to his wedding and honeymoon.

WHEREFORE, PREMISES CONSIDERED, the defendant respectfully requests the Court to continue this case from its present trial setting of November 6, 2006 due to the unavailability of Mr. Jason Shanks to testify as a live witness at trial.

**s/Joseph S. Miller**
Joseph S. Miller
Attorney for Defendant
ID #:  asb-4242-m60j
STARNES & ATCHISON, LLP
Post Office Box 598512
Birmingham, AL  35259-8512
Telephone:(205) 868-6049
Facsimile: (205)868-6099
E-mail:jsm@starneslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 1st, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to he following:

Thomas Ernest Borton, IV, Esquire
TROUTMAN SANDERS, L.L.P.
600 Peachtree Street, NE
5200 Bank of America Plaza
Atlanta, GA  30308-2216

Respectfully submitted,

**s/Joseph S. Miller**
Joseph S. Miller
Attorney for Defendant
ID #:  asb-4242-m60j
STARNES & ATCHISON, LLP
Post Office Box 598512
Birmingham, AL  35259-8512
Telephone:(205) 868-6049
Facsimile: (205)868-6099
E-mail:jsm@starneslaw.com

{B0628507}