# FREEDOM COURT REPORTING

Page 145

1  America or its business model. I think
2  that was just me being maybe uncomfortable
3  in the situation.
4      Q.  Okay. Were you ever asked by
5  anybody at Conference America ever to do
6  anything that you felt was dishonest
7  besides this Conexant incident?
8      A.  Not that I can recall, no.
9      Q.  Okay. Besides back-dating the
10 document, do you feel that you were ever
11 asked to do anything dishonest or
12 untruthful --
13     A.  Not that I can recall.
14     Q.  -- by anyone at Conference
15 America? No?
16     A.  Not that I can recall, no.
17     Q.  Okay. This Exhibit 1 to your
18 deposition is the only document you can
19 recall concerning Conference America or
20 Conexant that contained any inaccuracies
21 after you were asked to backdate it?
22     A.  Yes, that's correct.
23     Q.  Okay. Have you ever told a

Page 146

1  lie?
2      A.  Sure.
3      Q.  When was the last time you told
4  a lie?
5      A.  Oh, I couldn't remember. I
6  mean, I don't know. I think we all tell
7  lies. I can't tell you the last time I
8  told one.
9          MR. BORTON: That's all I've
10 got for now. I appreciate it, Jason.
11         THE WITNESS: You're welcome.
12
13 EXAMINATION BY MR. MILLER:
14     Q.  All right, Mr. Shanks, this
15 case is set for trial here in Montgomery
16 the week of November 6, 2006. Do you
17 anticipate being either in Montgomery or
18 perhaps living in the Birmingham area at
19 that time?
20     A.  That's -- I'm supposed to be
21 married November 4th, and the honeymoon is
22 actually, right now, scheduled to be in
23 London.

Page 147

1      Q.  I'm glad I asked. As it stands
2  right now, your plans are to get married on
3  November 4th, 2006, and to, therefore, be
4  unavailable to testify at the trial of this
5  case the week of November 6, 2006?
6      A.  That's right.
7      Q.  Where will you be?
8      A.  The honeymoon is supposed to --
9  is in London, so we'll be there for a week.
10     Q.  When I met with you in the
11 presence of your attorney back on April 27,
12 2006, you were completely truthful and
13 candid with me?
14     A.  That's correct.
15     Q.  Just as you've been completely
16 truthful and candid with Mr. Borton here
17 today?
18     A.  That's correct.
19     Q.  And you've told him today the
20 same things you told me back on April 27,
21 2006?
22     A.  I have.
23         MR. MILLER: Thank you. That's

Page 148

1  all I have.
2          MR. BORTON: Let me just talk
3  to him real quick, and we'll finish this
4  up.
5          (Brief recess).
6
7  REEXAMINATION BY MR. BORTON:
8      Q.  That document in front of you,
9  Exhibit 1, says July 25th, correct --
10     A.  Uh-huh (Nodding head).
11     Q.  -- 2005?
12     A.  Yes, yes.
13     Q.  Okay. Did you ever see a
14 document dated -- did you ever see this
15 document dated July 25th, 2005?
16     A.  It's possible. I don't recall
17 that I ever saw this specific document.
18     Q.  Okay.
19     A.  I've seen many versions of
20 these terms and conditions with many
21 dates,.
22     Q.  Okay, and they all have a
23 different date printed out there on the

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**