IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1088-WKW |
| | ) |
| CONEXANT SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion to Continue Case from Trial Term of November 6, 2006 (Doc. # 43) filed by the defendant, it is hereby

ORDERED that on or before September 12, 2006, the plaintiff shall show cause why the motion should not be granted.

DONE this 5th day of September, 2006.


        /s/   W.  Keith Watkins
    UNITED STATES DISTRICT JUDGE