IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO: |
| v. | ) | 2:05cv1088-WKW |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CONFERENCE AMERICA'S RESPONSE TO CONEXANT'S MOTION TO CONTINUE CASE FROM TRIAL TERM OF NOVEMBER 6, 2006**

For the reasons set forth below, Plaintiff Conference America, Inc. ("Conference America") respectfully opposes Defendant Conexant Systems Inc.'s ("Conexant's") Motion to Continue Case From Trial Term of November 6, 2006.

1. Conexant has moved to continue this matter from its present November 6, 2006 trial setting on the grounds that Jason Shanks, a former Conference America employee, will be overseas on his honeymoon during the week of November 6, and therefore unable to testify at trial.

2. Ordinarily, Conference America would not oppose such a request.

3. But in the case of this particular witness, Conference America respectfully opposes the postponement of its trial date. Conference America does

so because Mr. Shanks's deposition transcript[1] and the parties' summary judgment briefs[2] establish that Mr. Shanks can offer no testimony relevant to (1) the elements of Conference America's breach of contract claim, or (2) any of Conexant's affirmative defenses. In fact, it appears from Mr. Shanks's deposition transcript and Conexant's summary judgment briefs that Conexant's only use of Mr. Shanks's testimony will be to cast aspersions on certain Conference America personnel.[3] A desire to sling mud at his former employer does not make Mr. Shanks a material or relevant witness.

4. The parties' summary judgment briefs demonstrate that there are no factual issues in this case—only legal issues that are to be resolved by the Court. To the extent that any factual issues do exist, they cannot be resolved by any testimony from Mr. Shanks. Indeed, in its motion to continue the trial, Conexant does not attempt to demonstrate how Mr. Shanks's testimony could be relevant to any element of Conference America's claim, or any of Conexant's affirmative defenses.

5. Conference America has already waited more than a year to recover the money that Conexant owes to it. Delaying trial to allow Conexant to call an irrelevant witness will prolong this injustice. Conference America therefore

---

[1] (Attached as Ex. A. to Conexant's Resp. to Conference America's Mot. for Summ. J.)
[2] (Conexant's Resp. to Conference America's Mot. for Summ. J. at 3-4; Conference America's Reply at 10.)
[3] (See Conexant's Resp. to Conference America's Mot. for Summ. J. at 3-4.)

respectfully requests that, in the event that it declines to grant summary judgment, this Court continue to schedule this case for the November 6 trial term.

6.    Alternatively, if the Court is inclined to continue the trial of this matter, Conference America respectfully requests that the Court set this case for trial as soon after November 6 as possible.

WHEREFORE, Conference America respectfully requests that the Court deny Conexant's Motion to Continue Case From Trial Term of November 6, 2006.

This 6th day of September 2006.

TROUTMAN SANDERS LLP

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza    Attorney for Plaintiff Conference
600 Peachtree Street, N.E.    America, Inc.
Atlanta, GA  30308-2216
(404) 885-3000 (telephone)
(404) 962-6664 (fax)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO: |
| v. | ) | 2:05cv1088-WKW |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2006, I caused a copy of the foregoing to be mailed to the following via efile:

Joseph S. Miller, Esq.
Alicia M. Harrison, Esq.
Starnes & Atchison LLP
Post Office Box 598512
Birmingham, AL 35259-8512

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)