IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CONFERENCE AMERICA, INC.,          )
                                   )
              Plaintiff,           )
                                   )
       v.                          )          CASE NO. 2:05-cv-1088-WKW
                                   )
CONEXANT SYSTEMS, INC.,            )
                                   )
              Defendant.           )

## **ORDER**

Upon consideration of the Motion to Continue Case from Trial Term of November 6, 2006 (Doc. # 43) filed by the defendant, and the response in opposition thereto (Doc. # 45), it is hereby

ORDERED that the motion is DENIED without prejudice.

DONE this 8th day of September, 2006.


        _____/s/   W.  Keith Watkins_____
        UNITED STATES DISTRICT JUDGE