IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) )  CASE NO. 2:05 cv 1088-WKW |
| CONEXANT SYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) |

**MOTION FOR LEAVE TO SUPPLEMENT MOTION TO STRIKE**

COMES NOW the defendant **CONEXANT SYSTEMS, INC.**, who moves the Court to grant leave for the defendant to supplement its previous Motion to Strike Exhibit 3 to Conference America's Response in Opposition to Conexant's Motion for Summary Judgment. In support of this motion, Conexant states the following:

1. Conexant has obtained additional documents from the www.archive.org website which cast doubt as to the authenticity and/or reliability of any documents printed off this website.

2. Conexant would like the Court to review and evaluate said documents before ruling on the Motion to Strike.

WHEREFORE, PREMISES CONSIDERED, Conexant requests this Court to allow Conexant leave to supplement its previous Motion to Strike with additional documents.

{B0631746}

**s/Joseph S. Miller**
Joseph S. Miller
Attorney for Defendant
ID #:  asb-4242-m60j
STARNES & ATCHISON, LLP
Post Office Box 598512
Birmingham, AL  35259-8512
Telephone:(205) 868-6049
Facsimile: (205)868-6099
E-mail:jsm@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 13th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to he following:

Thomas Ernest Borton, IV, Esquire
TROUTMAN SANDERS, L.L.P.
600 Peachtree Street, NE
5200 Bank of America Plaza
Atlanta, GA  30308-2216

Respectfully submitted,

**s/Joseph S. Miller**
Joseph S. Miller
Attorney for Defendant
ID #:  asb-4242-m60j
STARNES & ATCHISON, LLP
Post Office Box 598512
Birmingham, AL  35259-8512
Telephone:(205) 868-6049
Facsimile: (205)868-6099
E-mail:jsm@starneslaw.com

{B0631746}