IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1088-WKW |
| | ) |
| CONEXANT SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the defendant's Motion for Leave to Supplement Motion to Strike (Doc. # 47) filed on September 13, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 14th day of September, 2006.

       /s/ W. Keith Watkins
       UNITED STATES DISTRICT JUDGE