IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:05 cv 1088-WKW |
| CONEXANT SYSTEMS, INC., | ) |
| Defendant. | ) |

**SUPPLEMENT TO MOTION TO STRIKE**

COMES NOW the defendant **CONEXANT SYSTEMS, INC.**, and supplements its previously filed Motion to Strike Exhibit 3 attached to the plaintiff Conference America's Response in Opposition to Conexant's Motion for Summary Judgment, as follows:

1.  Attached as Exhibit "A" are eight pages printed off of the www.archive.org website on September 12, 2006. These pages specifically address the reliability of alleged historical versions of other websites printed off this www.archive.org's "Wayback machine."

2.  Page 1 of 2 (see top right hand corner) indicates that the "best source" of information regarding this is the party who posted the information on its website in the first place. As pointed out in previous submissions, Conference America has already confirmed that it cannot itself produce the website page in question, from the dates in question.

{B0632534}

3. Page 2 of 6 indicates that, even if www.archive.org provided an affidavit of authenticity, such affidavit would "only affirm that the printed document is a true and correct copy of our records. It remains your burden to convince the finder of fact what pages were up when."

4. Page 4 of 6 indicates that all pages associated with a site are "probably not" archived on the same date. This is further evidence of the lack of reliability at play here. That particular page also states that "images that appear on the printed page may not have been archived on the same date as the HTML file."

5. These pages are simply additional information for the Court to consider relative to Conexant's Motion to Strike the documents provided by Mr. Paine Bone in his deposition. These pages further demonstrate the absence of any indicia of reliability concerning these particular pages, and what any "authentication," if provided, may indicate or not indicate. It is not provided here.

WHEREFORE, PREMISES CONSIDERED, Conexant respectfully requests the Court to grant its previously filed Motion to Strike.

s/Joseph S. Miller
Joseph S. Miller
Attorney for Defendant
ID #: asb-4242-m60j
STARNES & ATCHISON, LLP
Post Office Box 598512
Birmingham, AL  35259-8512
Telephone:(205) 868-6049
Facsimile: (205)868-6099
E-mail:jsm@starneslaw.com

{B0632534}

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 15th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to he following:

Thomas Ernest Borton, IV, Esquire
TROUTMAN SANDERS, L.L.P.
600 Peachtree Street, NE
5200 Bank of America Plaza
Atlanta, GA  30308-2216

                               Respectfully submitted,

                               **s/Joseph S. Miller**
                               Joseph S. Miller
                               Attorney for Defendant
                               ID #:  asb-4242-m60j
                               STARNES & ATCHISON, LLP
                               Post Office Box 598512
                               Birmingham, AL  35259-8512
                               Telephone:(205) 868-6049
                               Facsimile: (205)868-6099
                               E-mail:jsm@starneslaw.com