

Web | Moving Images | Texts | Audio | Software | Education | Patron Info | About IA



Home          Donate | Forums | FAQs | Contributions | Terms, Privacy, & Copyright | Contact | Jobs | Bios

Search: [                    ] [All Media Types          ] GO!          **Anonymous User** (login or join us)
Advanced Search

---

**Media Coverage** [more]

Archive-It 2.0 Press Release

we've been buzzed

Christian Science Monitor article on online Ephemeral Films

Commonwealth Club on Digital Libraries

Archive on PCWorld's top 100 list @ 87

NY Times on Grateful Dead & IA

Katrina Web Archive launched

San Francisco Chronicle on Brewster Kahle's vision for an Open Library

Wall Street Journal Online article on Scanning

Chronicle of Higher Education on OCA

---

## Information Requests

### The Internet Archive's Policy for Responding to Information Requests

The following sets forth the Internet Archive's policy with regard to requests for documents or other records for use in legal proceedings. Please also read our frequently asked questions in their entirety for additional information.

The Internet Archive is a nonprofit organization dedicated to archiving the Internet and other digital materials, and providing public access to these records. We are not in the business of responding to requests for affidavits, or authenticating pages or other information from the Wayback Machine; this is why we make our collections available at no cost via our Web site, http://www.archive.org. As a nonprofit, our resources are limited, and these kinds of requests are a significant drain on our time and funds. Please remember that an affidavit from the Internet Archive may not be necessary.

Before asking the Internet Archive to authenticate your documents, we ask that you please seek judicial notice or simply ask your opposing party to stipulate to the documents' authenticity. Of course, the best source of such information is the party who posted the information on the URLs at issue, and the second-best source of such information is someone who actually accessed the historical versions of the URLs.

However, if you are determined to obtain an affidavit authenticating printouts from the Internet Archive's Wayback Machine, we will do our best to help you in accordance with this policy.

To initiate your request, you must send us payment as described below and an electronic list of the extended URLs for each page you would like us to print out. By extended URL, we are referring to the full URL that appears in the Address field of your Web browser when you are looking at the page in question (e.g., http://web.archive.org/web/19970126045828/http://www.archive.org/). If you want more than one page from a particular domain, you must supply the extended URL for each page. Due to the undue burden on our limited resources, we cannot respond to requests for all linked pages at some particular domain. The list of extended URLs should be emailed to info@archive.org. Please include your contact information in your email.

Our standard fee is $250 per request, plus $10 for each URL

---

**EXHIBIT "A"**

therein. The Internet Archive does not automatically notarize the affidavit. If you would like your affidavit notarized there is an additional $100 fee. Any URLs that contain printable files (such as .pdfs, .docs. .txts or other files) cost $15 per URL. We can only accept payment by check, which should be payable to the Internet Archive, or by means of PayPal; our PayPal account is at info@archive.org. Please note that you must pay us up front; we will not begin working on your request until payment in full is received. This policy is necessary because a number of requestors have not paid the Internet Archive after receiving our responses. The Internet Archive's mailing/shipping address is:

Internet Archive
The Presidio of San Francisco
116 Sheridan Avenue
San Francisco, CA 94129

When you submit payment, please make sure that the Internet Archive can readily identify the request to which your payment relates. For example, if you send a check, include a copy of your request in the envelope with the check. If you send payment via PayPal, email info@archive.org immediately after sending payment letting the Internet Archive know that you just sent payment and identifying your request.

The Internet Archive will provide printed pages and a standard affidavit of authenticity. We require five business days from receipt of payment to turn around most requests. Requests for especially large numbers of URLs may take longer or we may contact you and ask that you limit your request.

If you would like us to send you the documents and affidavit by FedEx, please provide us with a FedEx account number. If we do not receive a FedEx number, we will send the documents by regular mail. We do not fax results.

Our policy is to respond to reasonable requests within these parameters. We reserve the right to refuse any request that we deem to be unreasonable, and may require you to reimburse other costs we incur as a result of your request.

Thank you for your cooperation.

Frequently Asked Questions

Terms of Use (10 Mar 2001)



**Web | Moving Images | Texts | Audio | Software | Education | Patron Info | About IA**



Home          Donate | Forums | FAQs | Contributions | Terms, Privacy, & Copyright | Contact | Jobs | Bios

Search: [                    ] [All Media Types]  GO!     **Anonymous User** (login or join us)
Advanced Search

---

**Media Coverage** [more]

Archive-It 2.0 Press Release

we've been buzzed

Christian Science Monitor article on online Ephemeral Films

Commonwealth Club on Digital Libraries

Archive on PCWorld's top 100 list @ 87

NY Times on Grateful Dead & IA

Katrina Web Archive launched

San Francisco Chronicle on Brewster Kahle's vision for an Open Library

Wall Street Journal Online article on Scanning

Chronicle of Higher Education on OCA

---

**FREQUENTLY ASKED QUESTIONS**

**About the affidavit**

**About the Wayback Machine**

**About the affidavit**

**Do I really need an affidavit from the Internet Archive?**

No. Please consider alternatives to an affidavit from the Internet Archive. Judicial notice and stipulation to a document's authenticity are two typical and straightforward options that might be used instead of an affidavit. Since our resources are limited, we urge you to pursue these alternatives before coming to us with authentication requests.

**What does your standard affidavit look like?**

You can see our Model Affidavit.

**Can the affidavit be notarized?**

Notarizing the affidavit is a strain on the Internet Archive's resources, since there are no notaries nearby. If you would like your affidavit notarized, please add $100 to payment, and note it in your request.

**Can I subpoena someone to testify to the authenticity of the URLs in the Wayback Machine?**

The Internet Archive would prefer if you didn't, and will most likely fight it. The Internet Archive is a small non-profit, and taking a member of the team for even a few days significantly effects what the Archive is trying to accomplish. Please consider alternatives to subpoenaing someone from the Internet Archive, including using the standard affidavit or judicial notice.

**My request is urgent! Can the Internet Archive provide the documents and affidavit immediately?**

No. Unfortunately, given the number of information requests the Internet Archive receives, it is not feasible for us to provide anyone with expedited responses.

---

However, we recommend that you provide us with a FedEx account number for sending your documents and affidavit, since this will speed up your wait time significantly (otherwise, we will send your affidavit via regular mail). Please see our Information Request Policy for more details.

**Can the affidavit be faxed or sent in some kind of electronic form (ex: on CD or as a pdf)?**

The Internet Archive does not have the resources to prepare or deliver your documents in any other than printed form.

**Can the Internet Archive change its standard affidavit to fit my needs?**

The Internet Archive may be willing to change its standard affidavit according to particular needs, on a case by case basis. However, if we agree to make such changes, you will be required to reimburse the Internet Archive for its related attorney fees as we ask our attorneys to review and negotiate any changes to the standard affidavit. If you wish to inquire further about this possibility, please contact us via email at info@archive.org

**Does the Internet Archive's affidavit mean that the printout was actually the page posted on the Web at the recorded time?**

The Internet Archive's affidavit only affirms that the printed document is a true and correct copy of our records. It remains your burden to convince the finder of fact what pages were up when.

**Can the Internet Archive provide all pages from a specified domain?**

The Internet Archive cannot respond to requests that list one URL and ask for all pages at that domain. You must provide us with an extended URL (i.e., the full URL that appears in the Address field of your browser) for each page you need authenticated. The extended url must come from the Internet Archive's Wayback Machine and not the live web. For example, www.archive.org is not an extended url, but http://web.archive.org/web/20010812000355/www.archive.org/movies/index is. Please see our Information Request Policy for more details.

**Does the Internet Archive limit the number of documents I can request at one time?**

The Internet Archive will respond to reasonable requests for documents. If you request a substantial number of documents, the Internet Archive may contact you and ask that you reduce your request, and the turnaround time on your request may be longer than five business days. Please remember that every request puts a strain on the Internet Archive's limited resources and small staff, and therefore request only those documents which you believe are absolutely necessary to your case. In addition, the Internet Archive reserves the right to decline any request it deems to be unreasonable.

**Does the Internet Archive guarantee a turnaround time for**

responses to requests?

No. The Internet Archive strives to respond to requests within five business days of receipt of payment, but that timeframe is not guaranteed.

**When I send my payment, how will you know that my payment relates to my request?**

If you are sending a check, please also include a copy of your request in the envelope with your check as well as an email address where we can contact you. If you are sending payment via PayPal, please email info@archive.org immediately after sending your payment notifying the Internet Archive that you have just sent payment and identifying your request sufficiently for the Internet Archive to understand to which request you are referring.

**Where do I send questions about your information request policy?**

Questions should be sent via email to info@archive.org .

**I submitted an incorrect request, can I have a refund or a credit?**

No. The Internet Archive does not have the resources to set up an accounting system in this way. Please double-check your requests for duplicate URLs or errors before submitting them. We cannot refund your money or give you a credit.

**Will the Internet Archive take a position in my legal dispute?**

The Internet Archive strives to be a disinterested third party in all disputes involving its collection items. If you are using Wayback Machine documents to make a case in your legal dispute, the Internet Archive will not take an idealogical or other position in said dispute.

**I need an affidavit for a case taking place outside of the United States.**

Internet Archive can provide you with authenticated documents and an affidavit in accordance with our U.S. policy with the following adjustments:
-If you cannot provide the archive with an account number to which shipment of the documents can be charged, the archive will charge and additional $50-$100 depending on the size of your request.
-Internet Archive will strive to have your documents printed in 5 business days after payment is received, however transit time to you is not guaranteed.
-Internet Archive will accept international wire transfers for international cases only at no expense to the archive; any unexpected wire transfer fees must be paid by you.

Please remember that the Internet Archive's affidavit only affirms that the printed document is a true and correct copy of our records. It remains your burden to convince the finder of fact what pages

were up when. Additionally, the Internet Archive does not automatically notarize affidavits; this is an additional $100 charge.

**About the Wayback Machine**

**How can I tell when the pages from the Wayback Machine were archived?**

The Internet Archive assigns a URL to each archived page on its site in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL]. Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page (http://www.archive.org/) archived on January 26, 1997, at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). Typically, a printout from a Web browser will show the URL in the footer.

If a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

**Are all the pages associated with a site archived on the same date?**

Probably not. Some users get confused about the temporal browsing that the Wayback Machine allows. If a user enters a URL into the Wayback Machine and clicks on a date, that date is only for that page. If a user then clicks on a link on an archived page to continue browsing, the Wayback Machine will grab the closest date to the one originally requested a display it. If the requested page has not been archived, but still available on the live web, the Wayback Machine will grab the live page and it will be displayed with today's date in the date code.

For example, a user starts on this page:

http://web.archive.org/web/20000619182857/http://www.archive.org/

which is the June 19th 2000 version of archive.org

Then the user clicks on the "Internet Archive Colloquium 2000 a Success" link:

http://web.archive.org/web/20000706194131/www.archive.org/news/index.h

note that the date for this page is July 6th, 2000

**How can I tell what date a particular image was archived?**

The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on the printed page may not have been archived on the same date as the HTML file. If you would like to find out when a particular image was archived right click (control click from Mac users) and select "open image in new tab [or window]". You can also select "copy image

location", open up a new tab or browser window and paste in the url. Once the image opens look at the url in your browser's address window to determine the date the image was captured. Please note that using Microsoft's Internet Explorer's "properties" option can be misleading as it displays the same date code as the url's HTML file when looking at an image. Its best to open the image in its own window to determine the exact capture date.

**I clicked on an archived link and ended up on the live web. What happened?**

The Wayback Machine does its best to allow temporal browsing. If a user enters a URL into the Wayback Machine and clicks on a date, that date is only for that page. If a user then clicks on a link on an archived page to continue browsing, and the link is not available, sometimes the Wayback Machine will redirect to the live web. If we receive a request containing files that are not archived we cannot process them nor return payment. Keep an eye on your address bar to make sure the file you request is an archived file.

**I've surfed to http://web.archive.org/web/20000706194131/www.archive.org/news/ind how do I find out what dates are available?**

Replace the date code with a *, and the Wayback Machine will display all dates for that URL:

http://web.archive.org/web/*/www.archive.org/news/index.html

**What do these error messages mean?**

a. Robots.txt Query Exclusion.

This means that the site is blocked by the siteowner. The Internet Archive was not contacted and has no record of when the exclusion took effect.

b. Blocked Site Error.

This means that the Internet Archive was contacted by the siteowner and asked to remove the site from the Wayback Machine. Pursuant to its document retention policy, the Internet Archive keeps the original request for 1 month.

c. Failed Connection Error.

This means that the machine that this URL resides on in the database is down and needs attention from a system administrator. If your request contains pages with a Failed Connection Error, the Internet Archive will need additional time to correct the problem.

d. Not in Archive.

This means that this URL is not in the archive, and also no longer available on the live web.

e. Path Index Error

A path Index error message refers to a problem in our data base wherein the information requested is not available (generally because of a machine or software issue, however each case is different). We will look into each instance where this error occurs in your request, however the Internet Archive cannot guarantee that all of these errors can be fixed within any given timeline.

**What is a frames site, and how do I go about authenticating archived frames pages?**

General information on frames sites can be found on the web. Typically, frames sites have a side menu bar that doesn't reload when you click on a button, only the content in the middle does. You can also "view page source" on your browser and check the source html for the words "frame" or "frameset".

Since the time stamp on a frames site refers to the parent frame only, it would be in your best interest to also request authentication of the child pages. The date on these child pages can be found by right clicking anywhere in the child frame and opening it in a new window by itself.

**Can the Internet Archive search for pages on the Wayback Machine using particular keywords or other search terms?**

No. The Wayback Machine is not like a typical search engine in that it cannot search for specific terms or keywords. Therefore, the Internet Archive cannot respond to requests such as: "All records containing the term 'Prelinger Archives'" or "All records related to the Web site www.archive.org." Instead, provide a list of the extended URLs for each page on the Wayback Machine that you want us to authenticate.

**Does the fact that a particular URL is not in the Wayback Machine on a particular date mean the page did not exist on that date?**

The fact that a URL from a particular date is not accessible via the Wayback Machine only means that the page is not archived in the Wayback Machine. It does not mean that the page did or did not exist on that date. The Wayback Machine does not contain copies of every page that ever existed on the Internet.

Terms of Use (10 Mar 2001)