**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                          AT MONTGOMERY, ALABAMA

DATE COMMENCED  SEPTEMBER 21, 2006               AT 10:25 A.M./P.M.

DATE COMPLETED  SEPTEMBER 21, 2006               AT 11:00 A.M./P.M.


| | | |
|---|---|---|
| CONFERENCE AMERICA, INC. | ) | |
| | ) | Civil Action No. |
| Plaintiff | ) | |
| | ) | 2:05cv1088-WKW |
| vs. | ) | |
| | ) | |
| CONEXANT SYSTEMS, INC. | ) | |
| | ) | |
| Defendant | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Atty. Thomas Borton | X | Atty. Joseph Miller |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

Ann Roy                                          Jerusha Adams
Courtroom Clerk                                  Law Clerk

JURORS

COURTROOM PROCEEDINGS:

**PRETRIAL CONFERENCE**

10:25 a.m.      Pretrial conference commences (off the record).  Trial to be
                continued to the March 26, 2007 term. Defendants are to
                amend their summary judgment brief by 9/29/06; plaintiff to
                respond to the brief by 10/6/06.
11:00 a.m.      Hearing concluded.