IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1088-WKW |
| | ) |
| CONEXANT SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the parties' representations to the Court in the pretrial conference held on September 21, 2006, it is hereby ORDERED as follows:

1.  The pretrial conference is CONTINUED from September 21, 2006, to February 23, 2007.

2.  The jury trial scheduled for the November 6, 2006, term of court in Montgomery, Alabama is RESCHEDULED for the March 26, 2007, term of court in Montgomery, Alabama before the undersigned.

DONE this 26th day of September, 2006.

                                            /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE