IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>CONEXANT SYSTEMS, INC., )<br>)<br>Defendant. ) | CIVIL ACTION<br>FILE NO:<br>2:05cv1088-WKW |

## MOTION TO APPEAR PRO HAC VICE

COME NOW Robert P. Williams, II, Esq., John P. Hutchins, Esq., and Plaintiff Conference America, Inc. and, pursuant to this Court's Local Rule 83.1, respectfully move for attorneys Williams and Hutchins to appear pro hac vice as counsel for Conference America in this matter. Attorneys Williams and Hutchins are members in good standing of the United States District Court for the Northern District of Georgia, as reflected by the certificates of good standing attached to this motion as Exhibit A.

WHEREFORE, attorneys Williams and Hutchins and Conference America respectfully request that this Court enter an Order permitting attorneys Williams and Hutchins to appear pro hac vice as counsel for Conference America in this matter.

This 16th day of February 2007.

                                  TROUTMAN SANDERS LLP

                                  /s/ Robert P. Williams, II
                                  Robert P. Williams, II
                                  Ga. Bar No. 765413

                                  /s/ John P. Hutchins
                                  John P. Hutchins
                                  Ga. Bar No. 380692

                                  /s/ Thomas E. Borton IV
                                  Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza        Attorneys for Plaintiff Conference
600 Peachtree Street, N.E.           America, Inc.
Atlanta, GA  30308-2216
(404) 885-3000 (telephone)
(404) 962-6664 (fax)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO: |
| v. | ) | 2:05cv1088-WKW |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I caused a copy of the foregoing to be mailed to the following via efile:

Joseph S. Miller, Esq.
Alicia M. Harrison, Esq.
Starnes & Atchison LLP
Post Office Box 598512
Birmingham, AL 35259-8512


/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)