

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        }
                                } ss.
NORTHERN DISTRICT OF GEORGIA    }


I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ROBERT P. WILLIAMS, 765413,** was duly admitted to practice in said Court on October 11, 1984 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 15th day of February, 2007.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA           }
                                   } ss.
NORTHERN DISTRICT OF GEORGIA       }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that JOHN P. HUTCHINS, 380692,** was duly admitted to practice in said Court on November 23, 1992 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 15th day of February, 2007.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk