IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO: |
| v. | ) | 2:05cv1088-WKW |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Motion to Appear Pro Hac Vice filed by attorneys Robert P. Williams, II and John P. Hutchins, and Plaintiff Conference America, Inc., seeking the pro hac vice admission of attorneys Williams and Hutchins to this Court in order to appear as counsel for Plaintiff Conference America. This Court finds that attorneys Williams and Hutchins are attorneys in good standing of the United States District Court for the Northern District of Georgia and, accordingly, hereby orders them admitted to this Court pro hac vice as counsel for Plaintiff Conference America.

This ___ day of _____ 2007.

_____
W. KEITH WATKINS
UNITED STATES DISTRICT
JUDGE