IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1088-WKW |
| CONEXANT SYSTEMS, INC., | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the Motion for Robert P. Williams, II and John P. Hutchins to Appear Pro Hac Vice (Doc. #55) filed on February 16, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 20th day of February, 2007.

                /s/ W. Keith Watkins
                UNITED STATES DISTRICT JUDGE