IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:05-cv-01088-WKW |
| | ) | [wo] |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

A pretrial hearing was held in this case on February 23, 2007, wherein argument on the pending motions for summary judgment was heard. It appearing that this case will be resolved on the motions, it is ORDERED that all remaining dates and deadlines, including the trial date, are continued generally.

DONE this 5th day of March, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE