IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CONFERENCE AMERICA, INC.,            )
                                     )
        Plaintiff,                   )
                                     )        CASE NO. 2:05-cv-1088-WKW
        v.                           )
                                     )
CONEXANT SYSTEMS, INC.,              )
                                     )
        Defendant.                   )

## **ORDER**

Upon consideration of Defendant's Motion to Strike (Doc. # 34) and Supplement to Motion to Strike (Doc. # 49), it is hereby ORDERED that the motions are DENIED.  In its ruling on pending motions for summary judgment, the substance of the motions as to the admissibility and use of the internet documents will be addressed.

DONE this 27th day of March, 2007.

_____ /s/  W.  Keith Watkins _____
UNITED STATES DISTRICT JUDGE