IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| ) | FILE NO: |
| v. ) | 2:05cv1088-WKW |
| ) | |
| CONEXANT SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING VERIFIED STATEMENT OF REASONABLE EXPENSES AND LEGAL FEES**

Pursuant to the Court's Memorandum Opinion and Order entered September 10, 2007, Conference America, Inc. notices the filing of a Verified Statement of its reasonable expenses and legal fees incurred in this matter. Conference America's Verified Statement is attached hereto as Exhibit "A."

This 19th day of September 2007.

TROUTMAN SANDERS LLP

/s/ Robert P. Williams, II
Robert P. Williams, II
Ga. Bar No. 765413

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza            Attorneys for Plaintiff Conference America, Inc.
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000 (telephone)
(404) 962-6664 (fax)

1846281_2.DOC

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO: |
| v. | ) | 2:05cv1088-WKW |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2007, I caused a copy of the foregoing to be mailed to the following via efile:

Joseph S. Miller, Esq.
Alicia M. Harrison, Esq.
Starnes & Atchison LLP
Post Office Box 598512
Birmingham, AL 35259-8512


/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)

- 13 -