# Exhibit 1

**(Part 1)**

# CONEXANT INVOICES:

# August 2007

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 08/05/07
Invoice Number 854990
File No. 012638.111419
Page 4

Conference America, Inc.

Conexant Systems-Collections Litigation

## FEES FOR PROFESSIONAL SERVICES RENDERED

| Date | Init | Description of Work Performed | Hours |
|------|------|-------------------------------|-------|
| 07/03/07 | TEB | Meeting with counsel, ███████████ call to court concerning same | 0.2 |

| | |
|---|---|
| Total Hours | 0.2 |
| Total Fees | 58.00 |

## TIMEKEEPER TIME SUMMARY

| Name | Hours | Amount |
|------|-------|--------|
| T E Borton | 0.2 | 58.00 |

# CONEXANT INVOICES:

# July 2007

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

```
CONFERENCE AMERICA, INC.            Invoice Number        532708
ATTN: ROBERT M. PIRNIE              Invoice Date          07/10/07
7079 UNIVERSITY COURT               Client Number         012638
MONTGOMERY, AL  36117               Matter Number         111419
                                    Submitted By          R P Williams
                                    Direct Dial No.       404-885-3438
                                    Federal ID No.        58-0946915
                                    Billing Inquiries     404-885-2508
```

---------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/07:

| Date | Aty | | Hours |
|------|-----|---|-------|
| 05/02/07 | RPW | Confer with Tom Borton ▮▮▮▮▮▮▮▮▮▮; telephone conference with Bob Pirnie | 0.4 |
| | TEB | Meeting with counsel ▮▮▮▮▮▮▮▮▮▮; email to counsel ▮▮▮▮▮▮▮▮▮▮ | 0.1 |
| 06/04/07 | TEB | Call from counsel ▮▮▮▮▮▮▮▮▮; call to court concerning same | 0.4 |

```
                                            -----
                               TOTAL HOURS    0.9
```

```
                    TIME SUMMARY:
Attorney/Legal Assistant      Hours              Value
-------------------------     -------          --------
RP WILLIAMS                     0.4              208.00
TE BORTON, IV                   0.5              145.00

                    CURRENT FEES                 353.00
                                               ------------
                    TOTAL THIS MATTER           $353.00
```

# CONEXANT INVOICES:

# May 2007

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP

CONFERENCE AMERICA, INC.
ATTN: ROBERT M. PIRNIE
7079 UNIVERSITY COURT
MONTGOMERY, AL  36117

| | |
|---|---|
| Invoice Number | 520827 |
| Invoice Date | 05/09/07 |
| Client Number | 012638 |
| Matter Number | 111419 |
| Submitted By | R P Williams |
| Direct Dial No. | 404-885-3438 |
| Federal ID No. | 58-0946915 |
| Billing Inquiries | 404-885-2508 |

------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/07:

| Date | Aty | | Hours |
|------|-----|---|-------|
| 04/09/07 | RPW | Emails from Tom Borton and Thomas Claunch ▓▓▓▓▓▓▓▓▓▓▓; reply to same | 0.2 |
| | TEB | Call from counsel/email to counsel ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ call to court concerning same; emails from/to counsel for Jason Shanks concerning case status | 0.6 |
| 04/10/07 | TEB | Emails to/from opposing counsel concerning case status | 0.1 |
| 04/25/07 | TEB | Meeting with counsel ▓▓▓▓▓▓▓▓▓▓▓ | 0.1 |
| | | TOTAL HOURS | 1.0 |

### TIME SUMMARY:

| Attorney/Legal Assistant | Hours | Value |
|--------------------------|-------|-------|
| RP WILLIAMS | 0.2 | 104.00 |
| TE BORTON, IV | 0.8 | 232.00 |
| CURRENT FEES | | 336.00 |
| TOTAL THIS MATTER | | $336.00 |
| PRIOR BALANCE DUE | | 615.15 |

# CONEXANT INVOICES:

# April 2007

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

```
CONFERENCE AMERICA, INC.            Invoice Number          515362
ATTN: ROBERT M. PIRNIE              Invoice Date          04/10/07
7079 UNIVERSITY COURT               Client Number           012638
MONTGOMERY, AL  36117               Matter Number           111419
                                    Submitted By        R P Williams
                                    Direct Dial No.     404-885-3438
                                    Federal ID No.       58-0946915
                                    Billing Inquiries   404-885-2508
```

---

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/07:

| Date | Aty | | Hours |
|------|-----|--|-------|
| 03/05/07 | TEB | Review order directing that all remaining dates and deadlines, including the trial date, are continued generally | 0.1 |
| 03/22/07 | TEB | Call from/email to client ▮▮▮▮▮▮▮▮▮ call to court clerk concerning same | 0.4 |
| 03/27/07 | TEB | Review order denying motion to strike; call from counsel ▮▮▮▮▮▮▮▮; email to client ▮▮▮▮▮▮▮ | 0.3 |

```
                                              -----
                             TOTAL HOURS        0.8
```

```
                      TIME SUMMARY:
Attorney/Legal Assistant      Hours                 Value
------------------------      -------             --------
TE BORTON, IV                  0.8                  232.00

            CURRENT FEES                           232.00
```

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

```
012638  CONFERENCE AMERICA, INC.              Invoice Number 515362
111419                                        Page 2
April 10, 2007
```

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
                    OUTSIDE COURIER SERVICES        63.96
                    MEALS AND ENTERTAINMENT           9.76
                    PERSONAL CAR MILEAGE            478.35
                                                 ------------

                    CURRENT EXPENSES                       552.07
                    LESS PRIOR RETAINER                    -168.92
                    TOTAL EXPENSES                          383.15
                                                 ------------
                    TOTAL THIS MATTER                      $615.15
```

# CONEXANT INVOICES:

# March 2007

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

CONFERENCE AMERICA, INC.
ATTN: ROBERT M. PIRNIE
7079 UNIVERSITY COURT
MONTGOMERY, AL  36117

| | |
|---|---|
| Invoice Number | 509031 |
| Invoice Date | 03/08/07 |
| Client Number | 012638 |
| Matter Number | 111419 |
| Submitted By | R P Williams |
| Direct Dial No. | 404-885-3438 |
| Federal ID No. | 58-0946915 |
| Billing Inquiries | 404-885-2508 |

--------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/07:

| Date | Aty | | Hours |
|---|---|---|---|
| 02/09/07 | JPH | Communications with Tom Borton ▮▮▮▮▮▮▮ conference call with Bob Williams ▮▮▮▮▮▮▮ | 0.4 |
| | RPW | Memos to and from John Hutchins ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 0.2 |
| | TEB | Review order setting pre-trial conference; PACER search to determine if summary judgment motion has been decided; emails to/from counsel ▮▮▮▮▮▮▮ call to court clerk concerning same | 0.5 |
| 02/12/07 | TEB | Meeting with counsel ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 0.1 |
| 02/13/07 | JPH | Communications with Tom Borton and Bob Williams ▮▮▮▮▮▮▮ review pre-trial order | 0.4 |
| | TEB | Emails to/from counsel ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮; call from counsel ▮▮▮▮▮▮▮ | 0.7 |
| 02/14/07 | JPH | Conference with Bob Williams; follow up communications with Tom Borton ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 0.5 |
| | RPW | Confer with John Hutchins ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ telephone conference with Bob Pirnie ▮▮▮▮▮▮▮ | 0.3 |
| | TEB | Emails from/to counsel ▮▮▮▮▮▮▮ | 1.5 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.
111419
March 08, 2007

Invoice Number 509031
Page 2

██████████ ; draft motion to appear pro hac vice
for Bob Williams and John Hutchins; draft
proposed order granting same; call to clerk for
Northern District of Georgia concerning
certificates of good standing; call to clerk for
Middle District of Alabama concerning pro hac
vice admission procedures; develop proposed facts
for stipulation

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 02/15/07 | JPH | Conference with Tom Borton ████████████ ████ | 0.3 |
| | RPW | Review stipulations; confer with Tom Borton ███████████████████ | 0.5 |
| | TEB | Email to Sheila Schmidt ██████████████ ██████ ; email from opposing counsel concerning stipulations for pre-trial order; draft revised stipulations for pre-trial order | 2.3 |
| 02/16/07 | TEB | Revise Motion to Appear Pro Hac Vice and accompanying order; efile same; letter to court clerk concerning same and enclosing payment; review delivery from Northern District of Georgia concerning certificates of good standing for Williams and Hutchins | 1.2 |
| 02/19/07 | TEB | Review comments from counsel ███████████ ████████████████████ ; revise stipulations for pre-trial order; emails to/from opposing counsel and counsel ███████████ | 1.4 |
| 02/20/07 | JPH | Communications with Tom Borton ████████████████ ; register with Court for electronic filing | 0.2 |
| | RPW | Memos to and from Tom Borton and Joe Mille ████████████████████ ; revise stipulations and pre-trial order | 0.7 |
| | TEB | Call and email from Court Clerk concerning motion to appear pro hac vice; call to court clerk concerning email registration; email to counsel | 0.6 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 509031
111419                                              Page 3
March 08, 2007

|            |     |                                                                                 |     |
|------------|-----|---------------------------------------------------------------------------------|-----|
|            |     | emails from court clerk concerning pro hac vice fees; review order from court concerning pro hac vice motion; email to counsel ████████████ |     |
| 02/21/07   | RPW | Confer with Tom Borton ████████████; memo from Joe Miller; research ████████████; review motions for pre-trial conference | 3.1 |
|            | TEB | Meeting with counsel ████████████; revise stipulations for pretrial order; draft emails to counsel and opposing counsel ████████████; emails to/from counsel ████████████; email to opposing counsel concerning revised stipulations; revise pre-trial order; email to court concerning same; call from counsel ████████████ preparation for same; email to counsel ████████████ | 2.9 |
|            | BDC | Researched issue ████████████ | 1.6 |
| 02/22/07   | RPW | Prepare for pre-trial conference; telephone conferences with Tom Borton ████████████ | 4.0 |
|            | TEB | Calls from counsel ████████████ revise pre-trial order; email same to court and opposing counsel; calls from/to court concerning scheduling of pre-trial conference; call and email to counsel ████████████ review pleadings file to prepare for pretrial conference | 3.6 |
| 02/23/07   | RPW | Attend pre-trial conference and argument; meeting with Bob Pirnie | 7.1 |
|            | TEB | Travel to/from Montgomery, Alabama to attend pre-trial conference; attend pre-trial conference | 7.7 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP

```
012638  CONFERENCE AMERICA, INC.              Invoice Number 509031
111419                                        Page 4
March 08, 2007
```

```
02/26/07   TEB     Email from counsel ███████████            0.6
                   ███████████  call from counsel █████████
                   email from clerk concerning court's minute entry
                   concerning pre-trial conference; email to/call
                   from counsel ███████████
```

```
                                                            -----
                                        TOTAL HOURS          42.4
```

```
                    TIME SUMMARY:
Attorney/Legal Assistant       Hours              Value
------------------------       -------          --------
JP HUTCHINS                      1.8              747.00
RP WILLIAMS                     15.9            8,268.00
TE BORTON, IV                   23.1            6,699.00
BD CHASTAIN                      1.6              360.00

            CURRENT FEES                                16,074.00
```

```
FOR COSTS ADVANCED AND EXPENSES INCURRED:

            COPIES - COURT/GOVERNMENTAL EN        30.00
            FILING FEES                           40.00
                                             ------------
            CURRENT EXPENSES                            70.00
                                             ------------
        TOTAL THIS MATTER                         $16,144.00
                                             ------------
            TOTAL AMOUNT OF THIS INVOICE          $19,576.00
```

# CONEXANT INVOICES:

# February 2007

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
##### A LIMITED LIABILITY PARTNERSHIP

| | |
|---|---|
| CONFERENCE AMERICA, INC. | |
| ATTN: ROBERT M. PIRNIE | |
| 7079 UNIVERSITY COURT | |
| MONTGOMERY, AL 36117 | |

| | |
|---|---|
| Invoice Number | 503359 |
| Invoice Date | 02/08/07 |
| Client Number | 012638 |
| Matter Number | 111419 |
| Submitted By | R P Williams |
| Direct Dial No. | 404-885-3438 |
| Federal ID No. | 58-0946915 |
| Billing Inquiries | 404-885-2508 |

---

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/07:

| Date | Aty | | Hours |
|------|-----|---|-------|
| 01/09/07 | TEB | Calls to/from counsel ▮▮▮▮▮▮▮▮▮▮ call to Judge Watkins's law clerk concerning same | 0.2 |
| 01/10/07 | RPW | Telephone conferences with Bob Pirnie and Tom Borton ▮▮▮▮▮▮▮▮▮▮▮▮▮ memos to Bob Pirnie and John Hutchins | 0.5 |
| 01/17/07 | TEB | Calls to/from and discussion with Bob Williams ▮▮▮▮▮▮▮▮▮▮ call to Court law clerk concerning case status | 0.7 |
| 01/18/07 | RPW | Telephone conference with Bob Pirnie; telephone conference with John Hutchins | 0.2 |
| 01/19/07 | JPH | Conference with Bob Williams ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 0.2 |
| | TEB | Calls to/from counsel ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮); arrange for preparation of copies of complaint, exhibits, and all pleadings for John Hutchins | 0.3 |
| 01/22/07 | JPH | Conference with Bob Williams and Tom Borton ▮▮▮▮▮▮▮▮▮▮ | 1.1 |
| | RPW | Meeting with Tom Borton and John Hutchins ▮▮▮▮ ▮▮▮▮▮▮▮ | 0.4 |
| | TEB | Review case pleadings and briefs ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮; attend meeting with counsel | 2.0 |

|  |  |
|---|---|
| TOTAL HOURS | 5.6 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
##### A LIMITED LIABILITY PARTNERSHIP

```
012638  CONFERENCE AMERICA, INC.              Invoice Number 503359
111419                                        Page 2
February 08, 2007
```

```
                     TIME SUMMARY:
Attorney/Legal Assistant      Hours              Value
-------------------------    -------           --------
JP HUTCHINS                     1.3             539.50
RP WILLIAMS                     1.1             572.00
TE BORTON, IV                   3.2             928.00

                  CURRENT FEES                          2,039.50

                                                   ------------
                  TOTAL THIS MATTER                   $2,039.50
```

# CONEXANT INVOICES:

# December 2006

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

```
CONFERENCE AMERICA, INC.          Invoice Number            492484
ATTN: ROBERT M. PIRNIE            Invoice Date            12/07/06
7079 UNIVERSITY COURT             Client Number            012638
MONTGOMERY, AL  36117             Matter Number            111419
                                  Submitted By        R P Williams
                                  Direct Dial No.     404-885-3438
                                  Federal ID No.       58-0946915
                                  Billing Inquiries   404-885-2508
```

--------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/06:

| Date | Aty | | Hours |
|------|-----|--|-------|
| 11/03/06 | TEB | Emails to/from Joe Miller concerning formal interrogatory response | 0.1 |
| 11/29/06 | RPW | Review memo from Bob Pirnie ▬▬▬▬▬ ▬▬▬▬ telephone conference with Bob Pirnie | 0.3 |
| 11/30/06 | TEB | Review facsimile from client ▬▬▬▬▬▬ ▬▬▬▬▬▬ | 0.1 |

```
                                                      -----
                                  TOTAL HOURS            0.5
```

```
                    TIME SUMMARY:
Attorney/Legal Assistant    Hours              Value
------------------------    -------          --------
RP WILLIAMS                   0.3              150.00
TE BORTON, IV                 0.2               52.00

          CURRENT FEES                        202.00
                                          ------------
          TOTAL THIS MATTER                  $202.00
```

# <u>CONEXANT INVOICES</u>:

# **November 2006**

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

CONFERENCE AMERICA, INC.
ATTN: ROBERT M. PIRNIE
7079 UNIVERSITY COURT
MONTGOMERY, AL  36117

| | |
|---|---|
| Invoice Number | 488101 |
| Invoice Date | 11/15/06 |
| Client Number | 012638 |
| Matter Number | 111419 |
| Submitted By | R P Williams |
| Direct Dial No. | 404-885-3438 |
| Federal ID No. | 58-0946915 |
| Billing Inquiries | 404-885-2508 |

-------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/06:

| Date | Aty | | Hours |
|---|---|---|---|
| 09/01/06 | RPW | Review procedural filings and memorandum from opposing counsel; telephone conference with Tom Borton; review correspondence regarding supplemental discovery; telephone conference with Bob Pirnie | 0.6 |
| 10/01/06 | TEB | Review Conexant's Supplement to its Response to Plaintiff's Motion for Summary Judgment; review case law supporting same; email to client and counsel ██████████████ | 1.8 |
| 10/02/06 | RPW | Review Conexant's supplemental brief; telephone conference with Tom Borton ████████████ ██████; telephone conference with Bob Pirnie; review letter to Joe Miller ██████████████; memo from Bob Pirnie and Tom Borton ██████████ ████████████ | 1.6 |
| | TEB | Emails and calls from client and counsel ████████████████████████████████ ██████████████████████ meetings with Ben Chastain ████████████████; draft and send letter to opposing counsel memorializing settlement offer ██████ | 1.6 |
| | BDC | Research and conference with Tom Borton ███████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ | 5.9 |
| 10/03/06 | TEB | Research ████████████████████████ | 8.9 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                Invoice Number 488101
111419                                          Page 2
November 15, 2006



| | | | |
|---|---|---|---|
| | | ██████ ; meeting with Ben Chastain ██████ ; draft response to Conexant's supplement to its response to Conference America's motion for summary judgment | |
| 10/04/06 | RPW | Draft brief in response to Conexant's supplemental brief; review research ██████ ██████ | 3.5 |
| | TEB | Draft response to Conexant's supplement to its response to our motion for summary judgment; emails and calls to/from counsel ██████ research ██████ | 5.1 |
| | BDC | Continued research ██████ ██████ | 2.7 |
| 10/05/06 | RPW | Draft response brief; telephone conferences with Tom Borton and Bob Pirnie ██████ ; review ██████ research ██████ | 6.8 |
| | TEB | Email from Ben Chastain ██████ ; research ██████ ; draft portion of response to Conexant's supplement dealing with waiver of affirmative defenses; email to client and counsel ██████ ; calls to/from client and counsel ██████ | 1.1 |
| | BDC | Research ██████ ; Finished research ██████ | 1.8 |
| 10/06/06 | RPW | Memo from Bob Pirnie ██████ | 0.4 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 488101
111419                                              Page 3
November 15, 2006

|            |     |                                                                                                                                                                                                                                                 |       |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     | telephone conference with Tom Borton ████████████                                                                                                                                                                                              |       |
|            | TEB | Review and revise Conference America's Response to Conexant's Supplement to Its Response to Conference America's Motion for Summary Judgment; call from Bob Williams ████████████; file same with court; letter to Judge Watkins concerning courtesy copy of same; email to client and counsel ████████████ | 2.1   |
| 10/09/06   | RPW | Review letter to opposing counsel                                                                                                                                                                                                              | 0.1   |
|            | TEB | Emails to/from Bob Williams ████████████; draft letter to opposing counsel ████████████                                                                                                                                                        | 0.3   |
| 10/10/06   | TEB | Calls to/from client ████████████; calls from/to clerk of court concerning status of Conference America's most recent document filed                                                                                                          | 0.3   |
| 10/12/06   | TEB | Email to opposing counsel concerning settlement; email to client and counsel ████████████; good faith email to opposing counsel concerning response to third interrogatories; emails from/to opposing counsel concerning same                   | 0.5   |
| 10/13/06   | TEB | Emails to/from client and opposing counsel ████████████                                                                                                                                                                                        | 0.2   |
| 10/27/06   | TEB | Email from opposing counsel concerning response to third interrogatories; email to client and counsel ████████████; review deposition transcript ████████████                                                                                   | 1.7   |
| 10/31/06   | TEB | Call from Bob Williams ████████████                                                                                                                                                                                                            | 0.3   |

                                                                        -----
                                            TOTAL HOURS                 47.3

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 488101
111419                                              Page 4
November 15, 2006


| TIME SUMMARY: | | |
|---|---|---|
| Attorney/Legal Assistant | Hours | Value |
| RP WILLIAMS | 13.0 | 6,500.00 |
| TE BORTON, IV | 23.9 | 6,214.00 |
| BD CHASTAIN | 10.4 | 2,028.00 |

                    CURRENT FEES                              14,742.00


FOR COSTS ADVANCED AND EXPENSES INCURRED:

                    TRAVEL EXPENSES                    200.18
                                                    ------------

                    CURRENT EXPENSES                       200.18
                                                    ------------
                    TOTAL THIS MATTER                  $14,942.18

# <u>CONEXANT INVOICES:</u>

# **October 2006**

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

| | |
|---|---|
| CONFERENCE AMERICA, INC. | |
| ATTN: ROBERT M. PIRNIE | |
| 7079 UNIVERSITY COURT | |
| MONTGOMERY, AL  36117 | |

| | |
|---|---|
| Invoice Number | 481979 |
| Invoice Date | 10/12/06 |
| Client Number | 012638 |
| Matter Number | 111419 |
| Submitted By | R P Williams |
| Direct Dial No. | 404-885-3438 |
| Federal ID No. | 58-0946915 |
| Billing Inquiries | 404-885-2508 |

---

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/06:

| Date | Aty | | Hours |
|---|---|---|---|
| 09/01/06 | TEB | Email from Bob Williams ███████████████ email from opposing counsel concerning Jason Shanks's documents and deposition of Gwyn Brown Pirnie; email to client and counsel ██████████; review Conexant's motion to delay trial; email to client and counsel ██████ | 0.3 |
| 09/04/06 | TEB | Emails to/from Bob Pirnie ████████████████████ ██████████████████████ | 0.3 |
| 09/05/06 | RPW | Revise brief in opposition to motion for continuance; telephone calls with Tom Borton, Bob Pirnie ████████████████████; review Conexant discovery response and the Court's show-cause order; memorandums from Bob Pirnie, Tom Borton | 3.3 |
| | TEB | Emails to/from Bob Pirnie and opposing counsel ██████████████████; review order to show cause why trial should not be postponed; email to client ████████████; call from Bob Williams ████████████; draft opposition to motion to continue trial; email to Bob Williams ████████ | 1.8 |
| 09/06/06 | RPW | Telephone conference with Tom Borton ████████; memorandums from Bob Pirnie, Tom Borton | 0.4 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.
111419
October 12, 2006

|   |   |   |   |
|---|---|---|---|
|   | TEB | Emails to/from client and counsel ████████ ████████████████████████████████████████ ████████████████████████████; serve copy of supplemental interrogatory responses and additional interrogatory and document request to defense counsel; email to defense counsel concerning InterCall subpoena; revise and file response to Conexant's motion to continue trial | 2.3 |
| 09/07/06 | TEB | Draft pretrial order | 0.4 |
| 09/08/06 | RPW | Review discovery response; review order; telephone conference with Tom Borton | 0.5 |
|   | TEB | Draft Pre-trial Order; review court order denying Conexant's motion to continue trial; email to client ██████████████; review email from opposing counsel concerning answer to our fourth document request; email to client ███████ | 0.4 |
| 09/11/06 | TEB | Call from client ███████████████ | 0.4 |
| 09/12/06 | RPW | Review motion to supplement and memo regarding same; memo to Bob Pirnie and Tom Borton | 0.4 |
| 09/13/06 | RPW | Memos ████████████████████████████████; review motion to supplement; memo to Bob Pirnie ████████████ | 0.6 |
|   | TEB | Review Conexant's motion for leave to supplement motion to strike; emails to/from client ████████████████; draft pretrial order; emails and calls to/from Bob Williams ███████████ | 2.6 |
| 09/14/06 | RPW | Review drafts of pre-trial order; review order granting motion | 0.4 |
|   | TEB | Emails to/from Bob Williams and client ██████████ ████████████████████████████████████████████ | 0.6 |
| 09/15/06 | RPW | Review Conexant's supplement to motion and | 0.3 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 481979
111419                                              Page 3
October 12, 2006

|          |     |                                                                                                                        |     |
|----------|-----|------------------------------------------------------------------------------------------------------------------------|-----|
|          |     | proposed pre-trial order                                                                                               |     |
|          | TEB | Review Conexant's contribution to pretrial order; email to client ████████ review Conexant's supplement to its motion to strike; email to/call from client ████████ | 0.6 |
| 09/18/06 | RPW | Memo ████████████████████                                                                                              | 0.2 |
|          | TEB | Revise pre-trial order, and include defendant's contentions and stipulations in it; email same to opposing counsel for final review | 0.9 |
| 09/20/06 | TEB | Preparation for pre-trial hearing; prepare witness list; review deposition ████████ | 2.4 |
| 09/21/06 | RPW | Telephone conferences with Tom Borton and Bob Pirnie ████████████ | 1.2 |
|          | TEB | Travel to/from pre-trial conference; attend pre-trial conference; post-conference meeting with Counsel for Conexant; phone calls to/from client and counsel ████████ draft email to client and counsel ████████ | 9.3 |
| 09/22/06 | RPW | Memo from Tom Borton ████████                                                                                          | 0.1 |
|          | JPH | Conference call with Bob Pirnie ████████; follow up call to Bob Williams ████████ | 0.3 |
|          | TEB | Review Minute Entry for Pretrial Conference held 9/21/06 before Judge William Keith Watkins; email to client and counsel ████████ call from Rob Pirnie ████████ | 0.4 |
| 09/25/06 | RPW | Memos from Tom Borton ████████                                                                                         | 0.2 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 481979
111419                                              Page 4
October 12, 2006

| | | | |
|---|---|---|---|
| | ▮▮▮▮▮▮ | | |
| | TEB | Email from Bob Williams ▮▮▮▮▮▮▮▮▮▮▮▮▮; call from Bob Williams ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮; calls to/from opposing counsel concerning settlement prospects | 0.7 |
| 09/26/06 | RPW | Telephone conferences with Bob Pirnie and Tom Borton ▮▮▮▮▮▮▮▮▮; review rescheduling order | 0.5 |
| | TEB | Call from and emails to/from Bob Williams ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review revised pre-trial scheduling order; email to client and counsel ▮▮▮▮▮▮▮ | 0.7 |
| 09/27/06 | RPW | Telephone conferences with Tom Borton ▮▮▮▮▮▮▮; telephone conference with Bob Pirnie ▮▮▮▮▮▮▮ | 0.6 |
| | TEB | Calls and emails to/from counsel and client ▮▮▮▮▮▮▮▮▮▮▮▮; calls to/from opposing counsel concerning settlement meeting | 1.3 |
| 09/28/06 | TEB | Email from opposing counsel concerning settlement conference; email to Bob Williams ▮▮▮▮ | 0.1 |
| 09/29/06 | RPW | Conference call with Conexant attorney regarding settlement; telephone conference ▮▮▮▮▮▮▮▮ | 0.9 |
| | TEB | Prepare for and attend phone settlement conference with opposing counsel | 1.1 |

TOTAL HOURS    -----
                36.5

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.               Invoice Number 481979
111419                                         Page 5
October 12, 2006

```
                        TIME SUMMARY:
Attorney/Legal Assistant     Hours                    Value
------------------------     -------                  --------
JP HUTCHINS                    0.3                     120.00
RP WILLIAMS                    9.6                   4,775.00
TE BORTON, IV                 26.6                   6,916.00

                  CURRENT FEES                      11,811.00
                                                   ------------
                  TOTAL THIS MATTER                 $11,811.00
```