# Exhibit 1

**(Part 2)**

# CONEXANT INVOICES:

# September 2006

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

CONFERENCE AMERICA, INC.
ROBERT M. PIRNIE
7079 UNIVERSITY COURT
MONTGOMERY, AL   36117

| | |
|---|---|
| Invoice Number | 474959 |
| Invoice Date | 09/10/06 |
| Client Number | 012638 |
| Matter Number | 111419 |
| Submitted By | R P Williams |
| Direct Dial No. | 404-885-3438 |
| Federal ID No. | 58-0946915 |
| Billing Inquiries | 404-885-2508 |

---------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/06:

| Date | Aty | | Hours |
|---|---|---|---|
| 07/19/06 | RPW | Review Conexant brief; draft response to same | 1.8 |
| 08/01/06 | BLY | Research ███████████████████████████████████ | 0.9 |
| 08/02/06 | TEB | Review Order concerning Motion to Strike Response in Opposition to Motion filed by Conexant Systems, Inc.; emails to/from client and counsel ███████ ; review Response to Motion for Summary Judgment filed by Conexant Systems, Inc.; ████████████████████████ Review Motion to Strike Response in Opposition to Motion by Conexant Systems, Inc.; draft Response to same; review Reply to Response to Motion for Summary Judgment filed by Conexant Systems, Inc. | 5.4 |
| | BLY | Research ████████████████████████████████ | 2.1 |
| 08/03/06 | TEB | Draft reply to Conexant's response to Conference America's Motion for Summary Judgment; ████████ ████████████████████████████ review letter from opposing counsel to the Court concerning courtesy copies of responses to dispositive motions | 6.1 |
| 08/04/06 | TEB | Draft Reply to Conexant's Response to Conference America's Motion for Summary Judgment; emails to/from Rob Pirnie ████████████████████ ; emails and calls to/from archive.org concerning authentication of website | 4.4 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP

```
012638 CONFERENCE AMERICA, INC.                    Invoice Number   474959
111419 CONEXANT SYSTEMS-COLLECTIONS LITIGATION     Page 2
September 10, 2006
```

| Date | Aty | | Hours |
|------|-----|---|-------|
| | | pages; emails to/from Ben Young ████████████████ | |
| | BLY | Prepare brief memorandum for Tom Borton ████████ | 1.5 |
| 08/07/06 | TEB | Draft and revise reply to Conexant's response to Conference America's motion for summary judgment; review depositions ███████████████ | 5.2 |
| 08/09/06 | TEB | Emails to/from Ben Young ████████████████████ | 0.1 |
| 08/10/06 | TEB | Review Affidavit from Internet Archive ████████ revise response to Conexant's motion to strike ███ | 2.4 |
| | BLY | Review Summary Judgment Reply Brief and Response to Conexant's Motion to Strike; research | 1.3 |
| 08/11/06 | TEB | Review/revise Conference America's Reply to Conexant's Response to Our Motion for Summary Judgment, and Conference America's Response to Conexant's Motion to Strike; email to Bob Williams ████████████ | 1.2 |
| 08/14/06 | RPW | Draft reply brief | 3.0 |
| | TEB | Call from Ben Young ████████████████████ email from Ben Young ██ revise Conference America's Response to Conexant's Motion to Strike | 0.9 |
| | BLY | Review summary judgment brief and motion to | 3.3 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

```
012638 CONFERENCE AMERICA, INC.                    Invoice Number  474959
111419 CONEXANT SYSTEMS-COLLECTIONS LITIGATION     Page 3
September 10, 2006
```

| Date | Aty | | Hours |
|------|-----|---|-------|
| | | strike; research ▮▮▮▮▮ ▮▮▮▮▮ discuss ▮▮▮▮ with Tom Borton ▮ | |
| 08/15/06 | RPW | Draft summary judgment brief; telephone conferences with Tom Borton; confer with Ben Young ▮▮▮▮▮▮▮▮▮▮; revise motion to strike | 4.8 |
| | TEB | Email from Ben Young ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ revise Conference America's Reply to Conexant's Response to Conference America's Motion for Summary Judgment | 1.0 |
| 08/16/06 | RPW | Revise briefs; telephone conferences with Tom Borton ▮▮▮▮▮▮▮ review exhibits | 3.4 |
| | TEB | Phonecall and email from Bob Williams ▮▮▮▮▮▮▮▮ emails and calls to/from Ben Young ▮▮▮▮▮▮▮▮ review and revise Bob Williams's new versions of Conference America's Motion to Strike and its Reply to Conexant's Response to Conference America's Motion for Summary Judgment; review deposition of Jason Shanks ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.8 |
| | BLY | Research case law ▮▮▮▮▮▮▮▮▮▮▮ | 1.0 |
| 08/17/06 | RPW | Revise briefs; telephone conferences with Bob Pirnie and Tom Borton ▮▮▮▮▮▮▮ | 1.7 |
| | TEB | Review deposition of Jason Shanks ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review and revise Conference America's Reply to Conexant's Response to Conference America's Motion for Summary | 2.0 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

012638 CONFERENCE AMERICA, INC.                      Invoice Number   474959
111419 CONEXANT SYSTEMS-COLLECTIONS LITIGATION        Page 4
September 10, 2006

| Date | Aty | | Hours |
|------|-----|---|-------|
| | | Judgment and Conference America's Response to Conexant's Motion to Strike; calls and emails to/from Bob Williams ██████████████ emails to/from Ben Young ████████ ███████████████████████████████████ | |
| | BLY | Research case law ████████████████████████ | 0.9 |
| 08/18/06 | RPW | Memo from Tom Borton ███████████ ████████ telephone conferences with Bob Pirnie; finalize briefs for filing | 1.6 |
| | TEB | Emails from Bob Pirnie, Bob Williams, and Ben Young concerning ████████████████ ████████████████████████████ make suggested modifications ███████ prepare exhibits███ final proof-reading and then efiling██ | 3.9 |
| | TEB | Calls from/discussion with Bob Pirnie and Bob Williams ██████████████████; review initial disclosures and interrogatory responses ██████████████████ email to client and counsel ████ review Reply to Response to Motion to Strike filed by Conexant Systems, Inc.; email to client and counsel ████████ revise initial disclosures and response to Conexant's interrogatories | 3.5 |
| 08/19/06 | TEB | Review Uniform Scheduling order to ascertain upcoming pretrial deadlines; emails to/from client ██████████████████████ | 0.9 |
| 08/21/06 | RPW | Memo from Tom Borton █████████████████ ██████████; telephone | 0.8 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP

```
012638 CONFERENCE AMERICA, INC.                    Invoice Number  474959
111419 CONEXANT SYSTEMS-COLLECTIONS LITIGATION     Page 5
September 10, 2006
```

| Date | Aty | | Hours |
|------|-----|---|-------|
| | | conferences with Bob Pirnie and Tom Borton | |
| | TEB | Call from Bob Williams | 0.2 |
| 08/24/06 | DKW | Work with Bob Williams and Ben Young | 0.8 |
| 08/25/06 | RPW | Review Conexant reply brief regarding motion to strike; telephone conferences with Tom Borton | 0.9 |
| 08/28/06 | RPW | Telephone conference with Bob Pirnie; telephone conference with Tom Borton | 0.3 |
| | TEB | Email to Bob Williams | 0.1 |
| 08/29/06 | RPW | Review discovery supplements | 0.2 |
| | TEB | Revise supplements to initial disclosures and to interrogatory responses; email to client and counsel | 0.6 |
| | TEB | Calls and emails from/to client and counsel | 0.2 |
| 08/30/06 | RPW | Memorandums to and from Tom Borton, Joe Miller ; telephone conference with Bob Pirnie | 0.6 |
| | TEB | Review pretrial scheduling order; email to client and counsel ; revise initial disclosures and interrogatory responses; emails to client and counsel | 0.9 |
| 08/31/06 | RPW | Telephone conferences with Tom Borton, Bob Pirnie ; memorandums | 0.4 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
##### A LIMITED LIABILITY PARTNERSHIP

```
012638 CONFERENCE AMERICA, INC.                 Invoice Number  474959
111419 CONEXANT SYSTEMS-COLLECTIONS LITIGATION  Page 6
September 10, 2006
```

| Date | Aty | | Hours |
|---|---|---|---|
| | TEB | Call from Bob Pirnie ███████████; email to opposing counsel, counsel, and client█████████; review order rescheduling pretrial conference; email to client and counsel█████████ | 0.3 |
| | | **TOTAL HOURS** | 73.4 |

### TIME SUMMARY:

| Attorney/Legal Assistant | Hours | Value |
|---|---|---|
| RP WILLIAMS | 19.5 | 9,750.00 |
| TE BORTON, IV | 42.1 | 10,946.00 |
| DK WILSON | 0.8 | 272.00 |
| BL YOUNG | 11.0 | 2,145.00 |
| **CURRENT FEES** | | 23,113.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| LITIGATION COSTS | 390.00 |
| **CURRENT EXPENSES** | 390.00 |
| **TOTAL THIS MATTER** | $23,503.00 |

# CONEXANT INVOICES:

# August 2006

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

```
CONFERENCE AMERICA, INC.                Invoice Number           471732
ROBERT M. PIRNIE                        Invoice Date           08/20/06
7079 UNIVERSITY COURT                   Client Number            012638
MONTGOMERY, AL  36117                   Matter Number            111419
                                        Submitted By        R P Williams
                                        Direct Dial No.     404-885-3438
                                        Federal ID No.       58-0946915
                                        Billing Inquiries   404-885-2508
```

--------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/06:

| Date | Aty | | Hours |
|------|-----|---|-------|
| 07/02/06 | TEB | Emails to/from client ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓; revise letter to opposing counsel concerning Conexant folders | 0.8 |
| 07/03/06 | RPW | Telephone conference with Tom Borton | 0.2 |
| | TEB | Emails to/from client ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ revisions to same; review Conexant's Response to Conference America's Third Production Request | 5.2 |
| | BLY | Revise summary judgement brief | 0.3 |
| 07/04/06 | RPW | Review memos ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; revise brief | 0.5 |
| | TEB | Email from client ▓▓▓▓▓▓▓▓▓▓▓▓▓; revision to letter to opposing counsel concerning Conexant folders | 0.1 |
| 07/05/06 | RPW | Memos from Tom Borton ▓▓▓▓▓▓▓▓▓▓▓▓▓ draft brief | 1.2 |
| | TEB | Revise Response to Conexant's Motion for Summary Judgment; email from Bob Williams ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; email from Bob Williams ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; phone Conference with Bob Williams ▓▓▓▓▓▓▓▓▓▓▓; emails from David Dantzler and client ▓▓▓▓▓▓▓▓▓▓ | 2.8 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.
111419
August 20, 2006

Invoice Number 471732
Page 2

|  |  |  |  |
|---|---|---|---|
|  | BLY | Revise summary judgement brief; discuss ███████ with Tom Borton | 1.1 |
| 07/06/06 | TEB | Revise Response to Conexant's Motion to Dismiss | 0.9 |
| 07/10/06 | RPW | Review response from Conexant regarding discovery issue; draft brief; confer with Tom Borton ██████████████ review evidence ██████ telephone conference with Bob Pirnie | 3.9 |
|  | TEB | Letter from opposing counsel concerning Conexant folders; email to client ██████████ phone conference with Bob Williams ████████████ ████████ | 0.5 |
| 07/11/06 | RPW | Draft brief; review evidence and legal research ████████████ confer with Tom Borton █████████ █████████ | 3.8 |
|  | TEB | Email from opposing counsel concerning Conexant's responses to Conference America's Second Interrogatories; review Conexant's responses to Conference America's Second Interrogatories; call from Bob Williams ████████████████ ████████████ | 0.2 |
|  | TEB | Draft Unopposed Motion for Extension of Time to Reply to Conexant's Response to Conference America's Motion for Summary Judgment; call to chambers concerning same; draft accompanying proposed order granting same; emails to court and counsel ██████████ call from Bob Williams ██████████████ | 1.7 |
|  | CSM | Review of Connexant contract and amendments ██████ ████████████ | 0.8 |
| 07/12/06 | RPW | Revise brief; confer with Tom Borton ████████ ███████████ telephone conference with Bob Pirnie | 3.5 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 471732
111419                                               Page 3
August 20, 2006

|          |     |                                                                                                                              |      |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------|------|
|          | TEB | Emails to/from Bob Williams, Gwyn Brown, and Bob Pirnie ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ revise response to Conexant's motion for summary judgment; prepare exhibits to same; cite-check same | 9.1  |
| 07/13/06 | RPW | Telephone conference with Tom Borton ▮▮▮▮▮▮▮▮▮▮▮                                                                             | 0.3  |
|          | TEB | Revise citations and headings to our response to Conexant's motion for summary judgment; prepare exhibits for same; efile same; letter to Judge Watkins concerning courtesy copy of same; email to client ▮▮▮▮▮▮▮▮ | 3.6  |
| 07/17/06 | TEB | Review Conexant's responses to Conference America's Second Request for Production; emails to/from client and opposing counsel ▮▮▮▮▮▮ call from Bob Pirnie ▮▮▮▮▮▮▮▮ letter from Bob Pirnie ▮▮▮▮▮▮▮; call from Bob Williams ▮▮▮▮▮ emails to/from opposing counsel and Bob Williams ▮▮▮▮▮ | 1.0  |
| 07/18/06 | TEB | Draft Unopposed Motion of Extension of Time to Reply to Conexant's Response to Conference America's Motion for Summary Judgment; call to chambers concerning same; draft proposed order granting same; emails to court and counsel ▮▮▮▮▮▮▮▮ call from Bob Williams ▮▮▮▮▮▮▮▮▮ | 1.7  |
| 07/19/06 | TEB | Calls to/from Bob Williams ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ review Reply to Response to Motion for Summary Judgment filed by Conexant Systems, Inc., Motion to Strike Response in Opposition to Motion by Conexant Systems, Inc., and Reply to Response to Motion for Summary Judgment filed by Conexant Systems, Inc.; call from Rob pirnie ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ email to Enrique Velazquez ▮▮▮▮▮▮▮▮▮ | 1.5  |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 471732
111419                                              Page 4
August 20, 2006

| | | | |
|---|---|---|---|
| 07/20/06 | TEB | Review Conexant's Motion to Strike; ▓▓▓▓▓ ▓▓▓▓▓ email to Ben Young ▓▓▓▓▓▓▓▓▓▓ review Notice of Docket Text Correction regarding Conexant's Motion to Strike Response in Opposition to Motion; email to Ben Young | 1.6 |
| 07/21/06 | TEB | Call from Bob Williams ▓▓▓▓▓▓▓▓▓ | 0.2 |
| 07/26/06 | BLY | Research ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.9 |
| 07/27/06 | BLY | Research ▓▓▓▓▓▓▓▓▓▓▓; prepare brief memorandum ▓▓▓▓▓▓ research ▓▓▓▓▓▓ | 2.8 |
| 07/31/06 | TEB | Email from Ben Young ▓▓▓▓▓▓▓▓ | 0.1 |
| | BLY | Discuss ▓▓▓▓▓▓ with Tom Borton; continue ▓▓▓▓▓▓ research | 0.4 |

                                                          -----
                                        TOTAL HOURS        50.7

          ♣.        TIME SUMMARY:
Attorney/Legal Assistant       Hours              Value
------------------------     -------          --------
RP WILLIAMS                     13.4           6,700.00
TE BORTON, IV                   31.0           8,060.00
BL YOUNG                         5.5           1,072.50
CS MENEES                        0.8             100.00

          CURRENT FEES                             15,932.50

                                                ------------
          TOTAL THIS MATTER                      $15,932.50

              PRIOR BALANCE DUE                   42,410.58

# <u>CONEXANT INVOICES:</u>

# July 2006

IN ACCOUNT WITH,

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

| | |
|---|---|
| CONFERENCE AMERICA, INC. | |
| ROBERT M. PIRNIE | |
| 7079 UNIVERSITY COURT | |
| MONTGOMERY, AL 36117 | |

| | |
|---|---|
| Invoice Number | 465412 |
| Invoice Date | 07/18/06 |
| Client Number | 012638 |
| Matter Number | 111419 |
| Submitted By | R P Williams |
| Direct Dial No. | 404-885-3438 |
| Federal ID No. | 58-0946915 |
| Billing Inquiries | 404-885-2508 |

--------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/06:

| Date | Aty | | Hours |
|------|-----|---|-------|
| 06/01/06 | WD | Conference with Tom Borton ████████ ████ | 0.2 |
| | RPW | Telephone conferences with Tom Borton, Bob Pirnie and William Droze ████████████ ████ | 1.0 |
| | TEB | Email from David Mussman concerning subpoena to InterCall; send letter to opposing counsel enclosing discovery documents; send letter and subpoena and to InterCall, Inc.; email to Bob Pirnie █████████████████████ email to counsel ██████ | 1.5 |
| 06/02/06 | WD | Conference with Bob Williams and Tom Borton ██████████████████████ | 0.5 |
| | RPW | Conference call with Bob Pirnie and Tom Borton ██████████; confer with Tom Borton | 0.6 |
| | TEB | Emails to/from William Droze ████████████ ████████ phone conversation with William Droze and Bob Williams ████████████ phone conference with Bob Williams and Bob Pirnie ██████████; meeting with bob Williams ████████████ motion for summary judgment, and briefing schedule | 2.8 |
| 06/05/06 | RPW | Memos ████████████████████ telephone conferences with Tom Borton and Bob Pirnie | 0.4 |
| | TEB | Calls and emails from Joe Miller concerning | 0.8 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 465412
111419                                               Page 2
July 18, 2006

|          |     | document production; call from Cass Information Systems concerning response to subpoena; call from Bob Williams ▬▬▬▬▬▬ draft objection to 30(b)(6) Deposition Notice |      |
|----------|-----|------|------|
| 06/06/06 | TEB | Send objection to 30(b)(6) deposition to counsel for Conexant; phonecall from Jason Shanks's attorney to discuss subpoena | 0.4 |
| 06/08/06 | RPW | Telephone conference with Tom Borton ▬▬▬▬ | 0.2 |
|          | TEB | Emails and calls from/to counsel for Jason Shanks regarding subpoena; | 0.2 |
| 06/09/06 | RPW | Review discovery documents; telephone conference with Tom Borton; revise motion for summary judgement | 1.5 |
|          | TEB | Review letter from Bob Pirnie ▬▬▬▬ emails to/from Thomas Claunch concerning subpoena of Jason Shanks; call and email from Cass Information Systems concerning subpoena; letter to Joe Miller concerning protective order; emails to/from client and counsel | 2.0 |
| 06/10/06 | TEB | Review Jason Shanks's personnel file; draft and revise motion for summary judgment | 6.4 |
| 06/12/06 | RPW | Review Motion for Summary Judgment; review non-disclosure stipulation; telephone conferences with Tom Borton; memos ▬▬▬▬ | 1.1 |
|          | TEB | Emails to/from Rob Pirnie ▬▬▬▬; draft protective order concerning price list; emails to/from client, counsel and Joe Miller ▬▬▬▬; phone conversations with counsel for Cass Information Systems concerning subpoena; emails from Cass concerning same; phone conversation/meeting with Ben Young ▬▬▬▬ | 2.6 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

```
012638  CONFERENCE AMERICA, INC.              Invoice Number 465412
111419                                        Page 3
July 18, 2006
```

| | | | |
|---|---|---|---|
| | BLY | Read over brief; research ███████████<br>discuss ████████████ with Tom Borton | 1.2 |
| 06/13/06 | RPW | Revise motion and brief; telephone conferences<br>with Tom Borton; review website search; telephone<br>conference with Bob Pirnie | 1.7 |
| | TEB | Emails to client and counsel ████████████<br>████████████████ draft and file motion<br>for consent protective order; meeting with Bob<br>Williams ████████████████ draft outline ████████<br>████████████ call to Pain Bone ████████████ | 2.5 |
| | BLY | Work on summary judgment brief; add argument | 0.6 |
| 06/14/06 | RPW | Draft brief; review evidence and select exhibits;<br>telephone conferences with Bob Pirnie and Tom<br>Borton | 4.0 |
| | TEB | Prepare for Shanks deposition; meeting with Paine<br>Boone ████████████████<br>defend deposition of Paine Bone; depose Jason<br>Shanks | 11.8 |
| | BLY | Prepare materials for Tom Borton ████████████<br>████████ | 1.1 |
| 06/15/06 | RPW | Draft brief; telephone conferences with Tom<br>Borton and Bob Pirnie | 3.8 |
| | TEB | Phonecalls, meetings and emails to/from Bob<br>Williams and Bob Pirnie ████████████████ draft<br>email to Joe Miller concerning settlement and<br>mediation; draft and file notice of settlement<br>conference and mediation; emails to/from opposing<br>counsel concerning discovery | 3.4 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 465412
111419                                              Page 4
July 18, 2006

| | | | |
|---|---|---|---|
| 06/16/06 | RPW | Draft brief; telephone conferences with Bob Pirnie and Tom Borton; review evidence | 4.4 |
| | TEB | Email to Bob Williams ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ calls to/from Bob Williams ▮▮▮▮▮▮ ▮▮▮▮▮▮ draft second interrogatories and third requests for production of documents and send to counsel for Conexant; draft rush research project for summer associate ▮▮▮▮▮▮▮▮ | 1.3 |
| 06/19/06 | RPW | Draft Brief; memos from Ben Young and Tom Borton; review research; review Shonks transcript; telephone conferences with Bob Pirnie | 1.7 |
| | TEB | Emails and phonecalls to/from Bob Williams and Ben Young ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ revise brief supporting motion for summary judgment | 5.0 |
| | BLY | Discuss issues ▮▮▮▮▮▮▮▮▮▮▮▮ with Tom Borton | 0.4 |
| 06/20/06 | RPW | Review Conexant's Motion for Summary Judgement; review final draft of Conference America's motion; telephone conferences with Bob Pirnie and Tom Borton; confer with Ben Young ▮▮▮▮▮▮ ▮▮▮▮▮▮ | 2.2 |
| | TEB | Revise brief supporting motion for summary judgment; email to Judge Keith Watkins and opposing counsel concerning proposed consent protective order; review consent protective order; emails to client and counsel ▮▮▮▮▮ ▮▮▮▮ draft motion for summary judgment; review Conexant's motion for summary judgment | 7.0 |
| | BLY | Review summary judgement brief; add arguments ▮▮ | 2.6 |
| | SER | Research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ compile articles | 1.6 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 465412
111419                                              Page 5
July 18, 2006

| Date | | Description | Hours |
|---|---|---|---|
| 06/21/06 | RPW | Review Conexant's Motion for Summary Judgement | 2.3 |
| | TEB | Review Conexant's motion for summary judgment; review notice of assignment to Judge Walker; phone conference with Bob Williams ████████████████ revise and file Conference America's Motion for Summary Judgment, supporting brief, and exhibits | 4.5 |
| | BLY | Review summary judgement brief; add arguments ██ | 1.9 |
| 06/22/06 | RPW | Memo from Tom Borton ██████████████ telephone conference with Tom Borton ██████████████ draft outline | 1.0 |
| | TEB | Emails to/from opposing counsel concerning redaction of deposition transcripts; calls and emails to/from clerk of court concerning revised signature block; review notice of withdrawal by Stancil Starnes; phone conference with Bob Williams ████████████ notes ████ task Ben Young with researching ████ task library with researching ████ letter from Joe Miller concerning courtesy copies to be sent to judge; letter to court concerning courtesy copies; meeting with Billy Ellis ████████████ review briefing schedule/order from court; email to client ████████ email from Bob Williams ████████████ | 2.4 |
| | BLY | Review summary judgement brief; add arguments ██ | 2.4 |
| | WEE | Research ████████████ | 0.2 |
| 06/26/06 | RPW | Review billing documents ████████ | 0.4 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
###### A LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 012638  CONFERENCE AMERICA, INC. | Invoice Number 465412 | |
| 111419 | Page 6 | |
| July 18, 2006 | | |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | TEB | Begin process of drafting response to Conexant's Motion for Summary Judgment; call from client ▓▓▓▓▓▓ review authority cited by Conexant in its Motion for Summary Judgment | 3.4 |
| 06/27/06 | RPW | Telephone conferences with Tom Borton and Bob Pirnie ▓▓▓▓ review order | 0.8 |
| | TEB | Draft Response to Conexant's Motion for Summary Judgment; review Order granting Motion for William Stancil Starnes to Withdraw as Attorney; review Order Regarding Briefing Schedule Regarding Conference America, Inc.'s Motion for Summary Judgment | 4.5 |
| 06/28/06 | RPW | Telephone conferences with Tom Borton ▓▓▓▓ telephone conference with Bob Pirnie | 0.4 |
| | TEB | Draft Response to Conexant's Motion for Summary Judgment; phone conference with Bob Williams ▓▓▓▓▓▓ phone conference with Ben Young ▓▓▓▓▓▓▓▓ | 3.7 |
| | BLY | Research ▓▓▓▓▓▓▓▓ edit brief ▓▓▓▓ | 2.3 |
| 06/29/06 | RPW | Review billing documents; telephone conferences with Tom Borton and Bob Pirnie ▓▓▓▓ review Conexant letter regarding document production; review and revise letter to opposing counsel | 1.5 |
| | TEB | Draft Declaration of Gregory Folkes; emails to/from Bob Williams ▓▓▓▓ review letter from opposing counsel concerning document production; draft letter to opposing counsel concerning same; email to client ▓▓▓▓ | 6.1 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
##### A LIMITED LIABILITY PARTNERSHIP

```
012638  CONFERENCE AMERICA, INC.                    Invoice Number 465412
111419                                              Page 7
July 18, 2006
```

```
                    review Conexant's document production; review
                    depositions of Noonan, Bob Pirnie, and Paine Bone
                    ███████████████████████  draft Response to
                    Conexant's Motion for Summary Judgment

            BLY     Research ████████████████████████████     1.3
                    ██████  edit brief ████████████

06/30/06    TEB     Emails from Bob Pirnie ████████████        2.2
                    ████████  revise letter to opposing counsel
                    concerning Conexant folder

            BLY     Assist Tom Borton in drafting response to   3.1
                    Conexant's Motion for Summary Judgment.

                                                              -----
                                            TOTAL HOURS        122.9
```

```
                        TIME SUMMARY:
Attorney/Legal Assistant        Hours                  Value
------------------------       -------               --------
W DROZE                          0.7                   269.50
RP WILLIAMS                     29.0                14,500.00
TE BORTON, IV                   74.5                19,370.00
BL YOUNG                        16.9                 3,295.50
SE RUMANEK                       1.6                   200.00
WE ELLIS, JR.                    0.2                    29.00

            CURRENT FEES                            37,664.00
```

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 465412
111419                                              Page 8
July 18, 2006


FOR COSTS ADVANCED AND EXPENSES INCURRED:

|  |  |
|---|---:|
| COURT REPORTER/DEPOSITION COST | 4,164.82 |
| OUTSIDE COPYING SERVICES | 424.26 |
| TRAVEL EXPENSES | 147.74 |
| MEALS AND ENTERTAINMENT | 9.76 |
| | ------------ |
| CURRENT EXPENSES | 4,746.58 |
| | ------------ |
| TOTAL THIS MATTER | $42,410.58 |

# CONEXANT INVOICES:

# June 2006

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

| | |
|---|---|
| CONFERENCE AMERICA, INC. | Invoice Number        458262 |
| ROBERT M. PIRNIE | Invoice Date        06/12/06 |
| 7079 UNIVERSITY COURT | Client Number        012638 |
| MONTGOMERY, AL  36117 | Matter Number        111419 |
| | Submitted By    R P Williams |
| | Direct Dial No.    404-885-3438 |
| | Federal ID No.    58-0946915 |
| | Billing Inquiries  404-885-2508 |

-------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/06:

| Date | Aty | | Hours |
|------|-----|---|-------|
| 05/01/06 | RPW | Memos ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conference with Tom Borton | 0.2 |
| | TEB | Email from Joe Miller concerning Conexant depositions; email to Bob Pirnie ▓▓▓▓▓▓▓▓ review notices of deposition; draft Objection to notices of deposition | 1.2 |
| 05/02/06 | RPW | Review Conexant internal documents; memo to Tom Borton | 0.8 |
| | TEB | Draft deposition notices for Tom Noonan and Paul Edge; revise objection to Conexant's deposition notices; emails to/from Bob Pirnie and Joe Miller ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ letter to Joe Miller enclosing objection and deposition notices; email to Bob Pirnie and Bob Williams ▓▓▓▓▓▓▓▓▓▓ review documents produced by Conexant to Conference America; email to Bob Pirnie and Bob Williams ▓▓▓▓▓▓▓▓▓▓ review letter from Joe Miller concerning same | 3.8 |
| 05/03/06 | RPW | Telephone conference with Tom Borton ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ | 0.8 |
| | TEB | Make travel arrangements to California for depositions there; emails to/from Bob Williams ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ phonecall and emails to Bob Williams ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ | 1.5 |
| 05/04/06 | TEB | Email to Bob Pirnie ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓; phone conversation with Bob Pirnie | 2.0 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

```
012638 CONFERENCE AMERICA, INC.              Invoice Number 458262
111419                                       Page 2
June 12, 2006
```

| Date | Init. | Description | Hours |
|---|---|---|---|
| | | ████████ email ████████ to Bob Pirnie | |
| 05/05/06 | TEB | Phone conversation with bob Williams ████████ | 0.1 |
| 05/07/06 | TEB | Prepare for defense of Conference America employee depositions; draft sample deposition questions ████████ review Conexant's interrogatories ████████ | 1.1 |
| 05/08/06 | TEB | Prepare for depositions of Conference America employees; review Conexant's written discovery questions ████████ travel to Montgomery; meet with Bob Pirnie, Rob Pirnie, and Zach Vogelgesang ████████ | 9.2 |
| 05/09/06 | TEB | Meet with Bob Pirnie ████████ meet with Reid Karle and Greg Folkes ████████ defend depositions of Bob Pirnie and Greg Folkes | 8.1 |
| 05/10/06 | TEB | Meet with Rob Pirnie, Zach Vogelgesang, and Reed Karle ████████ defend depositions of Rob Pirnie, Zach Vogelgesang, and Reed Karle; meet with Bob Pirnie and Gwyn Brown ████████ travel from Montgomery to Atlanta; phone conversation with Zach Vogelgesang ████████ | 10.7 |
| 05/11/06 | RPW | Confer with Tom Borton; telephone conference with Bob Pirnie | 0.4 |
| | TEB | Meeting with Bob Williams ████████ | 0.3 |
| 05/12/06 | RPW | Memos from Tom Borton | 0.2 |
| | TEB | Emails from/to court reporter, Bob Pirnie, and | 0.5 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 458262
111419                                              Page 3
June 12, 2006

| | | | |
|---|---|---|---|
| | | Bob Williams ████████████████████ ████████ emails from/to Reid Karle, Greg Folkes, Zach Vogelgesang, Bob Williams, and Bob Pirnie ████████████████████ email to Billy Ellis ████ | |
| | JTM | Background research ████████████████ | 0.5 |
| | WEE | Research ████████████████ research ████ | 1.4 |
| 05/15/06 | RPW | Telephone conferences with Tom Borton; review Pirnie deposition; memos to and from Tom Borton ████ | 1.5 |
| | TEB | Prepare for depositions of Tom Noonan and Paul Edge; research ████████████ draft deposition outlines ████████ review complaint ████████ | 8.6 |
| 05/16/06 | RPW | Review deposition plan ████████ telephone conferences with Tom Borton and Bob Pirnie; memo from Tom Borton | 1.3 |
| | TEB | Emails to/from Joe Miller concerning depositions; prepare deposition outlines ████████ | 3.7 |
| 05/17/06 | TEB | Prepare for depositions of Noonan and Edge; revise ████████ deposition outlines; travel from Atlanta, Georgia, to Orange County, California | 11.6 |
| 05/18/06 | TEB | Depose Tom Noonan and Paul Edge | 8.0 |
| 05/19/06 | TEB | Travel from Orange County, California, to Atlanta, Georgia | 6.9 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.
111419
June 12, 2006

Invoice Number 458262
Page 4

| 05/20/06 | TEB | Email to client and counsel ███████████ ███████ | 0.6 |
| 05/22/06 | TEB | Review and redact emails produced by Zach Vogelgesang and Greg Folkes for production to Conexant; call to Thomas Claunch concerning deposition of Jason Shanks | 2.9 |
| 05/23/06 | RPW | Telephone conferences with Bob Pirnie and Tom Borton; review depositions; memos ██████ | 1.0 |
|  | TEB | Review/research █████████████ call from Thomas Claunch's office concerning Jason Shanks; calls from Bob Pirnie, Rob Pirnie, and Bob Williams ██████████ receive Noonan and Edge's deposition transcripts from court reporter; email to client and counsel █████████ task Ben Young with various research topics ██████ | 2.4 |
|  | BLY | Research ███████████████ | 0.6 |
| 05/24/06 | RPW | Telephone conference with Tom Borton; review outline of motion; memos ████████ | 0.5 |
|  | TEB | Emails to/from Bob Pirnie ████████ ██████; research ██████ call and emails to/from Thomas Claunch concerning deposition of Jason Shanks; draft Motion for Summary Judgment Outline; email to Bob Williams and Ben Young ██████ email from Rob Pirnie emails to/from Ben Young ██████ review emails to be produced to Conexant in response to its requests for document production | 4.5 |
|  | BLY | Research ███████████ research | 3.9 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

```
012638  CONFERENCE AMERICA, INC.                Invoice Number 458262
111419                                          Page 5
June 12, 2006
```

| | | | |
|---|---|---|---|
| 05/25/06 | RPW | Telephone conferences with Tom Borton and Bob Pirnie | 0.4 |
| | TEB | Review letter from opposing counsel concerning 30(b)(6) deposition; email to client and counsel ▅▅▅▅ phone conference with Bob Williams ▅▅▅▅ | 0.9 |
| 05/26/06 | RPW | Confer with Tom Borton ▅▅▅▅ | 0.3 |
| | TEB | Review emails ▅▅▅▅ outsource emails to be printed; emails to/from Thomas Claunch concerning deposition of Jason Shanks; emails to/from Joe Miller concerning same; draft Second Interrogatories to Conexant; draft subpoenas to Intercall, Jason Shanks, and Cass Information Systems; draft exhibits to accompany same; calls to InterCall and Cass Information Systems concerning service of subpoenas; email to client and counsel ▅▅▅▅ | 4.7 |
| | BLY | Research regarding ▅▅▅▅ research ▅▅▅▅ assist Tom Borton in preparing summary judgment brief | 2.7 |
| 05/27/06 | TEB | Draft Brief Supporting Motion for Summary Judgment; call from Ben Young ▅▅▅▅ email to Bob Williams ▅▅▅▅ | 3.2 |
| | BLY | Research ▅▅▅▅ research ▅▅▅▅ assist Tom Borton in preparing summary judgment brief | 4.5 |
| 05/28/06 | TEB | Emails from Ben Young ▅▅▅▅ research ▅▅▅▅ | 2.9 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 458262
111419                                               Page 6
June 12, 2006

|           |     | ████████████████ draft Brief Supporting Motion for Summary Judgment | |
|-----------|-----|--------------------------------------------------------------------|-----|
| 05/29/06  | TEB | Draft Brief Supporting Motion for Summary Judgment; draft Notices of Subpoenas for Shanks, Cass, and InterCall | 4.9 |
| 05/30/06  | RPW | Memos ████████████ telephone conferences with Tom Borton and Bob Pirnie | 0.4 |
|           | TEB | Emails to/from counsel, Conference America, Thomas Claunch, and Peck Fox, ████████ call from Bob Pirnie ████████████; draft Brief Supporting Motion for Summary Judgment; revise subpoena to Cass Information Systems, and accompanying notice and exhibit; calls and emails from/to copying service and counsel ████████████ calls to/from Eva Manning and others at Intercall concerning subpoenas; calls and emails to Ben Young ██████████ calls to/from Bob Williams and Sarah McClellan ████████ revise subpoena to Jason Shanks, and accompanying notice and exhibit; calls to/from IT Technology Department ████████████ | 4.7 |
|           | BLY | Research ████████████████████████ research ██████ assist Tom Borton in preparing summary judgment brief | 1.8 |
|           | BR  | Research ████████ transfer contents contained on disk onto server; manipulated files; import edocs into Summation; researched ████████████ | 1.0 |
| 05/31/06  | RPW | Memos ████████████████ | 0.5 |
|           | TEB | Send subpoena and accompanying documents to | 1.6 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A Limited Liability Partnership

```
012638  CONFERENCE AMERICA, INC.              Invoice Number 458262
111419                                         Page 7
June 12, 2006
```

counsel for Jason Shanks; calls and emails
to/from client ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
review Conexant's second requests for production;
email to client ▮▮▮▮▮▮▮▮ email to Dave
Mussman at West concerning InterCall subpoena

```
   BLY    Research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮            3.2
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          research ▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮ assist Tom Borton in preparing
          summary judgment brief

                                              -----
                                   TOTAL HOURS  138.5
```

| Attorney/Legal Assistant | Hours | Value |
|---|---|---|
| RP WILLIAMS | 8.3 | 4,150.00 |
| TE BORTON, IV | 110.6 | 28,756.00 |
| BL YOUNG | 16.7 | 3,256.50 |
| WE ELLIS, JR. | 1.4 | 203.00 |
| JT MARTIN | 0.5 | 62.50 |
| B RICHARDSON | 1.0 | 70.00 |

TIME SUMMARY:

```
                  CURRENT FEES                     36,498.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

          AIRFARE COSTS                 766.10
          TRAVEL EXPENSES               646.93
          WITNESS FEES & EXPENSES        42.23
          MEALS AND ENTERTAINMENT        86.62
                                      ------------
          CURRENT EXPENSES                          1,541.88
                                                   ------------
          TOTAL THIS MATTER                        $38,039.88
```