# Exhibit 1

**(Part 3)**

# CONEXANT INVOICES:

# May 2006

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

CONFERENCE AMERICA, INC.
ROBERT M. PIRNIE
7079 UNIVERSITY COURT
MONTGOMERY, AL  36117

| | |
|---|---|
| Invoice Number | 452548 |
| Invoice Date | 05/10/06 |
| Client Number | 012638 |
| Matter Number | 111419 |
| Submitted By | R P Williams |
| Direct Dial No. | 404-885-3438 |
| Federal ID No. | 58-0946915 |
| Billing Inquiries | 404-885-2508 |

------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/06:

| Date | Aty | | Hours |
|---|---|---|---|
| 04/06/06 | RPW | Memo from Tom Borton ▉▉▉▉▉▉▉▉ | 0.2 |
| | TEB | Review letter from counsel for Conexant concerning depositions; emails to/from Bob Pirnie and Bob Williams ▉▉▉▉▉ | 0.5 |
| 04/07/06 | TEB | Draft letter to Joe Miller concerning deposition scheduling | 0.3 |
| 04/13/06 | TEB | Review email from bob Pirnie ▉▉▉▉▉ ▉▉▉▉▉, finalize letter to Joe Miller concerning same | 0.3 |
| 04/14/06 | TEB | Email my letter concerning depositions to Bob Pirnie, Joe Miller, and Bob Williams; email from Joe Miller concerning same; review letter from Joe Miller concerning deposition dates ▉▉▉ | 0.3 |
| 04/17/06 | RPW | Memos from Tom Borton ▉▉▉▉▉▉▉▉ respond to same | 0.3 |
| | TEB | Emails to/from Bob Pirnie ▉▉▉▉▉▉▉ ▉▉▉▉▉▉ emails to/from Joe Miller concerning same; | 0.2 |
| 04/18/06 | TEB | Emails to/from Bob Pirnie and Peck fox ▉▉▉▉ ▉▉▉▉▉▉▉ | 0.2 |
| 04/20/06 | TEB | Emails to/from Peck Fox and Leah Moreland ▉▉▉▉▉▉▉▉▉▉▉ emails to/from Joe Miller concerning location of depositions | 0.2 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.
111419
May 10, 2006

Invoice Number 452548
Page 2

| | | | |
|---|---|---|---|
| 04/21/06 | RPW | Review discovery responses | 0.5 |
| | TEB | Emails to/from Bob Pirnie and Bob Williams | 1.4 |

████████████ email from Joe Miller concerning Conexant's responses to Conference America's written discovery; revise and send letter to Joe Miller, Bob Williams, and Bob Pirnie concerning deactivated-accounts spreadsheets; review Conexant's responses to Conference America's written discovery; email to Bob Williams and Bob Pirnie ████████

| | | | |
|---|---|---|---|
| 04/26/06 | TEB | Emails from Joe Miller concerning depositions of Tom Noonan and Paul Edge | 0.1 |

TOTAL HOURS    4.5

### TIME SUMMARY:

| Attorney/Legal Assistant | Hours | Value |
|---|---|---|
| RP WILLIAMS | 1.0 | 500.00 |
| TE BORTON, IV | 3.5 | 910.00 |
| CURRENT FEES | | 1,410.00 |

TOTAL THIS MATTER                    $1,410.00

TOTAL AMOUNT OF THIS INVOICE         $2,996.00

# CONEXANT INVOICES:

# April 2006

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

CONFERENCE AMERICA, INC.
ROBERT M. PIRNIE
7079 UNIVERSITY COURT
MONTGOMERY, AL  36117

| | |
|---|---|
| Invoice Number | 446106 |
| Invoice Date | 04/10/06 |
| Client Number | 012638 |
| Matter Number | 111419 |
| Submitted By | R P Williams |
| Direct Dial No. | 404-885-3438 |
| Federal ID No. | 58-0946915 |
| Billing Inquiries | 404-885-2508 |

------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/06:

| Date | Aty | | Hours |
|---|---|---|---|
| 03/01/06 | RPW | Memos ███████████████████; telephone conference with Tom Borton | 0.5 |
| | TEB | Draft Conference America's First Requests for Admission and First Requests for Production to Conexant; calls to/from Bob Pirnie ████████ ███████████████████ draft Conference America's responses to Conexant's interrogatories | 4.9 |
| 03/02/06 | RPW | Memos ████████████████; review responses | 1.0 |
| | TEB | Revise responses to Conexant's Interrogatories; emails to/from Bob Pirnie, Zach Vogelgesang, and Reid Karle ███████████████; call to Melissa Yost ████████████████████ | 2.1 |
| 03/03/06 | RPW | Review discovery; telephone conferences with Tom Borton, Bob Pirnie; memo from Tom Borton | 0.7 |
| | TEB | Review emails from Bob Williams and Bob Pirnie ████████████████ phone conversation with Bob Williams ████████████████ | 0.3 |
| 03/07/06 | TEB | Revise Requests for Admission to Conexant; draft responses to Conexant's Request for Production of Documents; email to Bob Williams, Bob Pirnie, and Gwyn Brown ████████████ | 2.1 |
| 03/08/06 | RPW | Memos to and from Tom Borton ████████████ | 0.4 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.
111419
April 10, 2006

Invoice Number 446106
Page 2

| Date | Init | Description | Hours |
|---|---|---|---|
| | TEB | Email from Bob williams ██████████ ████████ call from Bob Williams ██████████ | 0.2 |
| 03/09/06 | RPW | Review draft letter; telephone conference with Tom Borton; review discovery requests | 0.5 |
| | TEB | Prepare responses to Conexant's Request for Production; review documents to be produced in response to Conexant's Request for Production; prepare letter to Joseph Miller, opposing counsel, concerning deactivated accounts | 2.7 |
| 03/10/06 | TEB | Final revisions to Conference America's responses to Conexant's written discovery; serve Conference America's responses to Conexant's written discovery; letter to Joe Miller concerning same | 0.8 |
| 03/11/06 | TEB | Email to Bob Pirnie and Bob Williams ██████████ | 0.1 |
| 03/14/06 | RPW | Memo from Tom Borton; review letter to opposing counsel | 0.3 |
| | TEB | Email to Bob Pirnie and Bob Williams ██████████ written discovery to Conexant; emails from Bob Williams ██████████ revise Conference America's requests fro production | 0.4 |
| 03/21/06 | TEB | Email to Bob Pirnie and Bob Williams ██████████ | 0.1 |
| 03/22/06 | TEB | Revise Conference America's Interrogatories, Requests for Admission, and Requests for Production; serve same; letter to opposing counsel concerning same | 0.8 |

TOTAL HOURS    -----
17.9

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.                    Invoice Number 446106
111419                                              Page 3
April 10, 2006

| Attorney/Legal Assistant | TIME SUMMARY: Hours | Value |
|---|---|---|
| RP WILLIAMS | 3.4 | 1,700.00 |
| TE BORTON, IV | 14.5 | 3,770.00 |

CURRENT FEES                                                    5,470.00

TOTAL THIS MATTER                                             $5,470.00

PRIOR BALANCE DUE                                             3,304.00

TOTAL AMOUNT OF THIS INVOICE                                  $6,220.00

# CONEXANT INVOICES:

# March 2006

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

| | |
|---|---|
| CONFERENCE AMERICA, INC. | |
| ROBERT M. PIRNIE | |
| 7079 UNIVERSITY COURT | |
| MONTGOMERY, AL  36117 | |

| | |
|---|---|
| Invoice Number | 443115 |
| Invoice Date | 03/21/06 |
| Client Number | 012638 |
| Matter Number | 111419 |
| Submitted By | R P Williams |
| Direct Dial No. | 404-885-3438 |
| Federal ID No. | 58-0946915 |
| Billing Inquiries | 404-885-2508 |

---------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/06:

| Date | Aty | | Hours |
|------|-----|---|-------|
| 02/10/06 | RPW | Review discovery requests | 0.4 |
| | TEB | Review Conexant's first interrogatories and requests for production to Conference America | 0.2 |
| 02/13/06 | RPW | Review draft letter; telephone conferences with Tom Borton, Bob Pirnie | 0.5 |
| | TEB | Letter to Joe Miller concerning settlement and discovery; phone conversations with Bob Williams ██████████████████████████ review Conexant's first interrogatories and requests for production to Conference America | 0.6 |
| 02/14/06 | RPW | Telephone conference with Tom Borton | 0.1 |
| | TEB | Review emails from Bob Williams and Bob Pirnie ███████████████ call from Bob Williams ██████ | 0.1 |
| 02/15/06 | TEB | Revise and send letter to Conexant's counsel concerning settlement prospects; | 0.3 |
| 02/19/06 | TEB | Draft Conference America's Interrogatories, Requests for Production, and Requests for Admission to Conexant Systems, Inc. | 1.6 |
| 02/24/06 | TEB | Review letter from Bob Pirnie ██████████████ | 0.3 |
| 02/27/06 | TEB | Draft Requests for Admission to Conexant | 4.9 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.               Invoice Number 443115
111419                                         Page 2
March 21, 2006


02/28/06   RPW   Telephone conferences with Tom Borton, Bob Pirnie        0.2

           TEB   Draft requests for admission to Conexant; call           2.4
                 from Bob Williams ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

                                                            -----
                                        TOTAL HOURS          11.6



                          TIME SUMMARY:
Attorney/Legal Assistant      Hours                    Value
------------------------     -------                 --------
RP WILLIAMS                    1.2                     600.00
TE BORTON, IV                 10.4                   2,704.00

                 CURRENT FEES                             3,304.00

                                                    ------------
                 TOTAL THIS MATTER                       $3,304.00

                    TOTAL AMOUNT OF THIS INVOICE         $8,956.50

# CONEXANT INVOICES:

# February 2006

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
#### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

```
CONFERENCE AMERICA, INC.                Invoice Number          437596
ROBERT M. PIRNIE                        Invoice Date          02/19/06
7079 UNIVERSITY COURT                   Client Number           012638
MONTGOMERY, AL  36117                   Matter Number           111419
                                        Submitted By      R P Williams
                                        Direct Dial No.   404-885-3438
                                        Federal ID No.     58-0946915
                                        Billing Inquiries 404-885-2508
```

---------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/06:

| Date | Aty | | Hours |
|------|-----|---|-------|
| 01/03/06 | RPW | Confer with Tom Borton ▆▆▆▆▆▆▆▆▆ telephone conference with Bob Pirnie | 0.3 |
| | TEB | Phone conversation with Counsel for Conexant concerning settlement prospects; phone meeting with Bob Williams ▆▆▆▆▆▆▆▆▆ | 0.6 |
| 01/04/06 | TEB | Review correspondence and attached spreadsheets from Conference America to Conexant concerning deactivated accounts and accompanying service fees; draft Conference America's initial disclosures | 1.9 |
| | BLY | Update case law | 0.5 |
| 01/06/06 | RPW | Telephone conference with Tom Borton; telephone conference with Joe Miller | 0.3 |
| 01/09/06 | RPW | Telephone conferences with Tom Borton, Joe Miller, and Bob Pirnie | 1.0 |
| | TEB | Call to counsel for Conexant to discuss case planning and settlement; draft report of parties' planning meeting for submission to the Court | 0.9 |
| 01/10/06 | TEB | Review email from Conexant's counsel concerning report of parties' planning meeting; planning meeting with counsel for Conexant; review draft of report of parties planning meeting | 0.5 |
| 01/11/06 | RPW | Review documents from Bob Pirnie | 0.5 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

012638  CONFERENCE AMERICA, INC.
111419
February 19, 2006

Invoice Number 437596
Page 2

|          | TEB | Review report of parties planning meeting ████ ████████████ | 0.2 |
| 01/17/06 | TEB | Review order reassigning case to judge Keith Watkins; emails to/from Peck Fox and Chris Weller ████████ ██████████ | 0.3 |
| 01/27/06 | TEB | Revise initial disclosures and email them to opposing counsel; review Uniform Scheduling Order and calendar dates; review Conexant's initial disclosures | 1.5 |

```
                                    -----
                        TOTAL HOURS  8.5
```

```
                  TIME SUMMARY:
Attorney/Legal Assistant    Hours           Value
------------------------   -------        --------
RP WILLIAMS                  2.1           1,050.00
TE BORTON, IV                5.9           1,534.00
BL YOUNG                     0.5              97.50

            CURRENT FEES                   2,681.50
            LESS RETAINER APPLIED         (2,681.50)
                                        ------------
            TOTAL THIS MATTER                 $0.00
```

# <u>CONEXANT INVOICES:</u>

# January 2006

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

CONFERENCE AMERICA, INC.
ROBERT M. PIRNIE
7079 UNIVERSITY COURT
MONTGOMERY, AL  36117

| | |
|---|---|
| Invoice Number | 430541 |
| Invoice Date | 01/11/06 |
| Client Number | 012638 |
| Matter Number | 111419 |
| Submitted By | R P Williams |
| Direct Dial No. | 404-885-3438 |
| Federal ID No. | 58-0946915 |
| Billing Inquiries | 404-885-2508 |

--------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/05:

| Date | Aty | | Hours |
|------|-----|---|-------|
| 12/01/05 | RPW | Memos from Tom Borton, Peck Fox, Chris Weller ▓▓▓▓▓ review letter to counsel; telephone conferences with Tom Borton, Bob Pirnie | 1.1 |
| | TEB | Emails to/from Peck Fox and Chris Weller ▓▓▓▓▓▓▓▓▓ email to Bob Pirnie and Bob Williams ▓▓▓ call from Peck Fox ▓▓▓▓ | 1.4 |
| 12/02/05 | RPW | Review memo from Conexant; telephone conference with Bob Pirnie | 0.3 |
| 12/05/05 | TEB | Receive electronic notice from Court indicating that Stancil Starnes has been added as counsel of record for Conexant | 0.1 |
| 12/13/05 | RPW | Memo to Bob Pirnie; telephone conference with Bob Pirnie | 0.5 |
| 12/14/05 | TEB | Review court order granting Conexant's motion to extend the deadline to file its answer | 0.1 |
| 12/28/05 | RPW | Memo from Tom Borton | 0.1 |
| | TEB | Review notice of appearance of Joseph Miller for Conexant; email Chris Weller and Peck Fox ▓▓▓▓▓ | 0.3 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

```
012638  CONFERENCE AMERICA, INC.              Invoice Number 430541
111419                                        Page 2
January 11, 2006
```

| | | | |
|---|---|---|---|
| 12/29/05 | RPW | Memo from Tom Borton; review Answer | 0.5 |
| | TEB | Review Conexant's answer to Conference America's<br>    complaint; email to client and Bob Williams | 1.1 |

```
                                                              -----
                                         TOTAL HOURS            5.5
```

```
                        TIME SUMMARY:
Attorney/Legal Assistant      Hours                 Value

------------------------     -------              --------
RP WILLIAMS                     2.5               1,187.50
TE BORTON, IV                   3.0                 690.00

              CURRENT FEES                        1,877.50

                                                 ------------
              TOTAL THIS MATTER                   $1,877.50
```

# CONEXANT INVOICES:

# December 2005

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

| | |
|---|---|
| CONFERENCE AMERICA, INC. | Invoice Number      424418 |
| OBERT M. PIRNIE | Invoice Date      12/05/05 |
| 7079 UNIVERSITY COURT | Client Number      012638 |
| MONTGOMERY, AL  36117 | Matter Number      111419 |
| | Submitted By      R P Williams |
| | Direct Dial No.    404-885-3438 |
| | Federal ID No.    58-0946915 |
| | Billing Inquiries  404-885-2508 |

-------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/05:

| Date | Aty | | Hours |
|------|-----|---|-------|
| 11/01/05 | RPW | Telephone conferences with Bob Pirnie, Tom Borton; e-mails ███████████████ | 0.7 |
| | APC | Research,████████████████████████████ ███████████ | 1.2 |
| 11/02/05 | TEB | Review memo from Bob Pirnie ███████████ ████████████████████ review caselaw ██████████ revise Verified Complaint against Conexant | 1.7 |
| 11/03/05 | RPW | Telephone conference with Bob Pirnie; review revisions to Complaint | 0.6 |
| 11/04/05 | RPW | Telephone conference with Bob Pirnie; review Conexant letter; memo to Tom Borton | 0.8 |
| | TEB | Review November 3, 2005 letter from Tom Noonan concerning payment of June and July bills from Conference America | 0.1 |
| 11/07/05 | RPW | Memos to and from Tom Borton ██████████ ██████████ | 0.4 |
| | TEB | Fax from Conexant of payment for June 2005 bill to Conexant; revise verified complaint ██████ ████████████████████; revise exhibits to Verified complaint | 4.7 |
| 11/09/05 | RPW | Memos from Bob Pirnie, Tom Borton ████████ ██████████; reply to same | 0.3 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

|  |  |  |  |
|---|---|---|---|
|  | TEB | Review exhibits ██████████████████████████ ████████████ email to Bob Pirnie ████████████ phone conference with Bob Pirnie ████; draft civil summons to Conexant; draft civil cover sheet for collection action against Conexant | 4.8 |
| 11/10/05 | RPW | Meeting with Bob Pirnie, Tom Borton | 1.0 |
|  | TEB | Email from Bob Pirnie ██████████████████████ ██████████████████ revise verified complaint; revise and rearrange exhibits to verified complaint ; revise Rule 7.1 Statement; call to clerk for Middle District of Alabama concerning manual filing procedures for verified complaint; call to Peck Fox's office ████████████████; draft letter to Leah Moreland at Maynard Cooper ████████████████ meeting with Bob Pirnie, Gwyn Brown, and Bob Williams ██████████████ ████████████████████████ | 6.3 |
|  | BLY | Discuss ████████ with Tom Borton, one of the litigators on Conference America's case against Conexant; provide litigation team with case law and analysis | 0.7 |
| 11/11/05 | TEB | Review exhibits ████████████████ check exhibit copies for accuracy; revise verified complaint; prepare verified complaint, civil cover sheet, Rule 7.1 Statement, $250.00 filing fee, and civil summons for shipment to Montgomery for filing and service; revise letter to Leah Moreland at Maynard Cooper ████████████████ revise civil cover sheet; call to Peck Fox at Maynard Cooper ████████████████████ | 3.9 |
| 11/14/05 | TEB | Call to Conexant to ascertain name and address of Conexant's general legal counsel; draft letter | 0.5 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W
A LIMITED LIABILITY PARTNERSHIP

from Bob Williams to Conexant's general legal
counsel concerning potential settlement of this
matter; call to Maynard Cooper ████████████
████████████████████████████████████████████

| | | | |
|---|---|---|---|
| 11/15/05 | RPW | Memo from Tom Borton; telephone conference with Bob Pirnie; review draft letter | 0.6 |
| | TEB | Revise letter from Bob Williams to Conexant's Chief Legal Officer | 0.4 |
| 11/16/05 | TEB | Call from Clerk for Middle District of Alabama concerning attorney contact information | 0.1 |
| 11/17/05 | TEB | Review efiled documents emailed by Middle District Clerk; calls to/from clerk's office concerning efiling of Exhibits HH and II to the verified complaint; review efiled notice of filing error from Middle District Clerk concerning changes in filing date of Exhibits HH and II | 1.5 |
| 1/23/05 | RPW | Telephone conference with Karen Herman regarding complaint; telephone conferences with Bob Pirnie, Tom Borton ████████████████ | 1.0 |
| | TEB | Calls to/from Bob Williams ████████████████████ ████████████████████████████ | 0.6 |
| 11/28/05 | RPW | Memos from Tom Borton; review letter to Conexant; telephone conferences with Bob Pirnie, Tom Borton | 0.7 |
| | TEB | Letter to Conexant agreeing to extension of time and offering to settle case; emails from Bob Williams and Bob Pirnie ████████████████ | 1.2 |
| 11/29/05 | TEB | Call from Conexant's local counsel, Starnes & Atchison, concerning extension of time for answering verified complaint; fax to Conexant's local counsel the letter addressed to Karen Herman, in-house counsel at Conexant, concerning extension of time and settlement offer | 0.4 |
| 11/30/05 | RPW | Telephone conference with Bob Pirnie; memos from | 0.7 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

Tom Borton ███████████████████████████ .
telephone conference with Peck Fox

TEB    Fax letter to counsel for Conexant concerning       0.7
       time extension and settlement offer; review order
       from Judge Fuller appointing Magistrate Judge
       McPherson to hear all pretrial proceedings

                                                          -----
                                    TOTAL HOURS            35.6


| Attorney/Legal Assistant | Hours | Value |
|---|---|---|
| TIME SUMMARY: | | |
| RP WILLIAMS | 6.8 | 3,230.00 |
| TE BORTON, IV | 26.9 | 6,187.00 |
| AP CAIOLA | 1.2 | 216.00 |
| BL YOUNG | 0.7 | 126.00 |

        CURRENT FEES                              9,759.00

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP

FOR COSTS ADVANCED AND EXPENSES INCURRED:

|  |  |
|---|---:|
| FILING FEE | 250.00 |
|  | ------------ |
| CURRENT EXPENSES | 250.00 |
|  | ------------ |
| TOTAL THIS MATTER | $10,009.00 |
| PRIOR BALANCE DUE | 8,593.00 |

# CONEXANT INVOICES:

# November 2005

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

CONFERENCE AMERICA, INC.
ROBERT M. PIRNIE
7079 UNIVERSITY COURT
MONTGOMERY, AL  36117

| | |
|---|---|
| Invoice Number | 421490 |
| Invoice Date | 11/15/05 |
| Client Number | 012638 |
| Matter Number | 111419 |
| Submitted By | R P Williams |
| Direct Dial No. | 404-885-3438 |
| Federal ID No. | 58-0946915 |
| Billing Inquiries | 404-885-2508 |

---------------------------------------------------------------------------

RE: (111419) CONEXANT SYSTEMS, INC. - COLLECTIONS LITIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/05:

| Date | Aty | | Hours |
|------|-----|---|-------|
| 10/03/05 | RPW | Review Conexant materials | 0.7 |
| 10/11/05 | TEB | Research ██████████ meet with Bob Williams ██████ | 0.4 |
| 10/17/05 | RPW | Memo from Tom Borton ██████████ | 0.2 |
| | TEB | Research ██████████ | 1.4 |
| 10/21/05 | RPW | Telephone conferences with Bob Pirnie; revise letter to Conexant; review correspondence ██████ | 0.9 |
| 10/24/05 | RPW | Review Conexant materials; confer with Tom Borton; telephone conference with Bob Pirnie | 1.0 |
| | TEB | Meeting with Bob Williams and phone conference with Bob Pirnie ██████████ | 0.7 |
| 10/26/05 | TEB | Research ██████████ research ██████████ draft collection complaint | 1.4 |
| 10/27/05 | TEB | Review letters/emails between Conference America and Conexant concerning service contracts; draft | 4.8 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

```
)12638  CONFERENCE AMERICA, INC.                Invoice Number 421490
111407                                          Page 2
November 15, 2005
```

|            |     | verified complaint against Conexant                                                                                      |      |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------|------|
| 10/28/05   | TEB | Review all contracts and correspondence between the parties; draft verified complaint against Conexant Systems, Inc.       | 5.2  |
| 10/29/05   | TEB | Draft verified complaint for breach of contract against Conexant Systems, Inc.                                             | 6.1  |
| 10/30/05   | TEB | Draft Verified Complaint against Conexant; Draft Statement of Compliance with Federal Rule of Civil Procedure 7.1          | 2.1  |
| 10/31/05   | RPW | Review draft complaint; telephone conference with Bob Pirnie                                                               | 1.0  |
|            | TEB | Draft verified complaint against Conexant Systems, Inc.; revise verified complaint; draft list of questions for client ███████████ arrange exhibits to verified complaint | 5.3  |
|            | APC | Research ████████████████████████████████                                                                                  | 2.7  |

```
                                                                 -----
                                        TOTAL HOURS              33.9
```

```
                      TIME SUMMARY:
Attorney/Legal Assistant        Hours                Value
------------------------        ------                --------
RP WILLIAMS                       3.8                1,805.00
TE BORTON, IV                    27.4                6,302.00
AP CAIOLA                         2.7                  486.00

                        CURRENT FEES                 8,593.00
                                                  ------------
                TOTAL THIS MATTER                   $8,593.00

                TOTAL AMOUNT OF THIS INVOICE       $20,814.00
                                                  ------------
                TOTAL BALANCE DUE UPON RECEIPT     $20,814.00
```