# Exhibit 2

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E. · SUITE 5200
ATLANTA, GEORGIA 30308-2216
www.troutmansanders.com
TELEPHONE: 404-885-3000
FACSIMILE: 404-885-3900

Thomas E. Borton IV
thomas.borton@troutmansanders.com

Direct Dial: 404-885-3275
Direct Fax: 404-962-6859

November 28, 2005

**VIA FEDERAL EXPRESS**

Karen Herman
Conexant Systems, Inc.
4000 MacArthur Blvd.
Newport Beach, CA 92660
MS: K10-161

RE:  Conference America, Inc. v. Conexant Systems, Inc., No. 2:05CV1088-F (M.D. Ala. filed Nov. 14, 2005).

Dear Ms. Herman:

I understand that you spoke with my colleague, Bob Williams, by phone last week about Conference America's lawsuit against Conexant. I also understand that you asked for an extension of time in which to file your answer to Conference America's Verified Complaint, which is currently due on December 5. I have no objection to Conexant filing an answer by December 20, 2005. You will, of course, have to make the appropriate request to the Court in order to memorialize the extension. Please address the service copy of your motion to me at the address above, and copy me on all correspondence with the Court.

I would also like you to know that Conference America is not interested in needless litigation with your company. As Mr. Williams discussed with you, although Conference America has asked for—and is contractually entitled to—attorney's fees and interest on the money that it seeks from Conexant, Conference America will waive these particular damages if Conexant remits the $195,979.79 principal to Conference America, pursuant to an appropriate written settlement agreement, by December 20.

Sincerely,

Thomas E. Borton IV

ATLANTA · HONG KONG · LONDON · NEW YORK · NORFOLK · RALEIGH
RICHMOND · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

November 28, 2005
Page 2

TEB/sas
Encl.

cc:    Robert M. Pirnie
        Robert P. Williams, II