# Exhibit 3

4

# TROUTMAN SANDERS LLP
## ATTORNEYS AT LAW
### A LIMITED LIABILITY PARTNERSHIP

BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E. - SUITE 5200
ATLANTA, GEORGIA 30308-2216
www.troutmansanders.com
TELEPHONE: 404-885-3000
FACSIMILE: 404-885-3900

Thomas E. Borton IV
thomas.borton@troutmansanders.com

Direct Dial: 404-885-3275
Direct Fax: 404-962-6859

February 15, 2006

**VIA EMAIL (jsm@starneslaw.com) AND UNITED STATES MAIL**

Joseph S. Miller, Esq.
Starnes & Atchison LLP
Post Office Box 598512
Birmingham, AL 35259-8512

      RE:    Conference America, Inc. v. Conexant Systems, Inc., No. 2:05CV1088-F (M.D. Ala. filed Nov. 14, 2005).

Dear Joe:

      We last discussed settlement of this case over a month ago. At that point, you informed me that you intended to review any available information supporting Conexant's contention that Conference America charged it a deactivation fee for more accounts than actually existed, and that you would then get back with me concerning settlement prospects.

      I recently received Conexant's interrogatories and requests for production. I am, frankly, surprised that Conexant decided to send written discovery in lieu of a follow-up on our settlement discussions.

      I still believe that this matter can and should be settled without running up additional interest, attorneys' fees, and costs, which Conference America fully expects to recover from Conexant. Based on your silence regarding settlement and your pursuit of discovery, I infer that Conexant has decided it wishes to litigate rather than settle, and we will proceed accordingly.

                                          Sincerely,

                                          Thomas E. Borton IV

ATLANTA • HONG KONG • LONDON • NEW YORK • NORFOLK • RALEIGH
RICHMOND • TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

February 15, 2006
Page 2


TEB/sas
cc:     Robert M. Pirnie
        Robert P. Williams, II