# Exhibit 4

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E. - SUITE 5200
ATLANTA, GEORGIA 30308-2216
www.troutmansanders.com
TELEPHONE: 404-885-3000
FACSIMILE: 404-885-3900

Tom Borton
thomas.borton@troutmansanders.com

Direct Dial: 404-885-3275
Direct Fax: 404-962-6859

April 21, 2006

**VIA FEDERAL EXPRESS**

Joseph S. Miller, Esq.
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209

RE:  *Conference America, Inc. v. Conexant Systems, Inc.*; No. 2:05CV1088-F; M.D. Ala. filed Nov. 14, 2005)

Dear Joseph:

In another effort to convince Conexant of the viability of Conference America's claims, I am enclosing several spreadsheets indicating the number of accounts that Conexant asked Conference America to deactivate, and the total cost to Conexant for that service. The point of this letter is to demonstrate that there is no question about the number of accounts that Conference America deactivated for Conexant. Hopefully, the spreadsheets will help you and your client to realize that Conexant owes Conference America the amount demanded in the Verified Complaint, and that both further litigation and the generation of additional attorney's fees are pointless.

The spreadsheets cover Conference America's bills to Conexant for July 2005. The item marked "A" is the billing for the period July 1 through July 10, 2005. The item marked "B" is the billing for the period July 11 through July 31, 2005. Item "B" includes as its last entry the line item for Account Deactivation. The dollar column in both "A" and "B" reflects a total price including the price of the item and the addition of a 9.9% charge for Taxes and Fees. The Deactivation line item in "B" includes charges for 1,778 accounts at the $74.95 rate plus the 9.9% for a total per account of $82.37.

Item "C" is the Account Deactivation detail with a sort based upon the leader's last name.

Item "D" is a listing of the Conexant AlwaysOn accounts as of July 29, 2005. This is also sorted by the leader's last name. There are 638 AlwaysOn accounts listed. The remaining

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Joseph S. Miller, Esq.
April 21, 2006
Page 2

1,140 accounts listed in the total Account Deactivation Detail, "C" (1,778 minus 638 equals 1,140), are the Operator Handled accounts that were also deactivated.

The enclosed spreadsheets demonstrate that there is no question about where Conference America got its totals. And the correspondence attached to the Verified Complaint makes clear that Conexant requested and received these services from Conference America after the termination of the Audio Contract, with full knowledge that Conference America was offering the services subject to its website terms, conditions, and prices. Conexant therefore owes Conference America for the services that it received.

Please show this letter and the spreadsheets to your client; they were sent in order to facilitate the resolution of this matter. As I have stated earlier, Conference America is seeking all attorney's fees that it incurs in the prosecution of this case. If we cannot resolve this matter shortly, these fees will become substantial.

I look forward to hearing from you.

Sincerely,

Tom Borton

TB/sas
Enclosures

cc: Robert M. Pirnie
Robert P. Williams, II