# Exhibit 5



Joseph S. Miller
P.O. Box 598512
Birmingham, AL 35259-8512
(205) 868-6049
Facsimile: (205) 868-6099
E-mail: JMiller@starneslaw.com

April 24, 2006

Thomas Ernest Borton, IV, Esquire
TROUTMAN SANDERS, L.L.P.
600 Peachtree Street, NE
5200 Bank of America Plaza
Atlanta, GA 30308-2216

    RE:    Conference America v. Conexant Systems, Inc.
              In the United States District Court for the Middle District of
              Alabama, Northern Division, Case No.: 2:05 CV 1088-F
              Our File No.: 23024

Dear Tom:

    Please find enclosed the deposition notices for your clients on May 9 and 10, 2006. I have spread out the timing on these, without being able to know how long each deposition will really take. I certainly believe that the depositions of the Pirnies will be the most lengthy, but I am hoping you will be able to work with me as we proceed through these, if the timing is different than what I've got outlined in these deposition notices. I've noticed the Pirnies for May 9, and no one else, but I'm hoping maybe we'll be able to do some of the others that day as well if the timing turns out like that.

    If you have any better suggestion on how to get these folks lined up, just let me know. Otherwise, let's just start with the two Pirnies and keep going. If any of these folks need to have the timing of their deposition moved from what I've indicated, I will certainly work with you on that, but I would like to start with the two Pirnies. I really don't care what order the deponents come in after that. I am not unnecessarily

{B0590817}

100 BROOKWOOD PLACE
POST OFFICE BOX 598512
BIRMINGHAM, ALABAMA 35259-8512
205.868.6000

www.starneslaw.com

RIVERVIEW PLAZA, SUITE 1106
63 S. ROYAL STREET
MOBILE, ALABAMA 36602
251.433.6049

April 24, 2006
Page -2-

longwinded, so I don't see a problem in getting through with all these in two days. Please let me know if you have any questions or comments at this time.

                      Sincerely,

                      STARNES & ATCHISON LLP

                      Joseph S. Miller

JSM/sjd

Enclosures