# Exhibit 6

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E. - SUITE 5200
ATLANTA, GEORGIA 30308-2216
www.troutmansanders.com
TELEPHONE: 404-885-3000
FACSIMILE: 404-885-3900

Tom Borton
thomas.borton@troutmansanders.com

Direct Dial: 404-885-3275
Direct Fax: 404-962-6859

October 2, 2006

**VIA EMAIL AND U.S. MAIL**

Joseph S. Miller, Esq.
Starnes & Atchison LLP
Post Office Box 598512
Birmingham, AL 35259-8512

RE: *Conference America, Inc. v. Conexant Systems, Inc.*; No. 2:05CV1088-F (M.D. Ala. filed Nov. 14, 2005)

Dear Joe:

I am writing to memorialize Conference America's $325,000 settlement offer, made to Conexant via telephone on Friday, September 29. This offer was made pursuant to both the Court's recommendation that the parties attempt to settle this matter, and to Conference America's desire to resolve this case without further litigation.

As you know, litigation costs and daily interest on the amount that Conference America seeks in this case are continuing to accumulate. It would be in the best interest of both parties for Conexant to accept this offer.

If you wish to make a counteroffer, or to discuss this case further, please do not hesitate to contact me.

Sincerely,

Tom Borton

TB/sas

cc: Robert P. Williams II, Esq.