# Exhibit 7

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E. - SUITE 5200
ATLANTA, GEORGIA 30308-2216
www.troutmansanders.com
TELEPHONE: 404-885-3000
FACSIMILE: 404-885-3900

Tom Borton
thomas.borton@troutmansanders.com

Direct Dial: 404-885-3275
Direct Fax: 404-962-6859

October 12, 2006

**VIA EMAIL AND U.S. MAIL**

Joseph S. Miller, Esq.
Starnes & Atchison LLP
Post Office Box 598512
Birmingham, AL 35259-8512

RE: *Conference America, Inc. v. Conexant Systems, Inc.*; No. 2:05CV1088-F (M.D. Ala. filed Nov. 14, 2005)

Dear Joe:

Conference America hereby withdraws its $325,000 settlement offer made to Conexant via telephone on Friday, September 29. Our reasons for withdrawal are twofold. First, more than a week has passed without a response of any kind. Second, in that week, Conference America has incurred further legal expenses in responding to Conexant's supplement to its response to Conference America's Motion for Summary Judgment. Please note that further legal expenses are imminent, and that interest on the principle amount demanded is accruing daily.

I want to emphasize that Conference America is still open to the reasonable settlement of this matter, and that it would still like to engage in discussions to that end. We invite any settlement offers that Conexant wishes to make, and will be receptive to discussing the matter further if you wish.

Please do not hesitate to contact me about this.

Sincerely,

Tom Borton

TB/sas

cc:   Robert P. Williams II, Esq.

ATLANTA • HONG KONG • LONDON • NEW YORK • NORFOLK • RALEIGH
RICHMOND • TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.