# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC.,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | CIVIL ACTION |
| ) | FILE NO: |
| v.   ) | 2:05cv1088-WKW |
| ) | |
| CONEXANT SYSTEMS, INC.,   ) | |
| ) | |
| Defendant.   ) | |

## SATISFACTION OF JUDGMENT AND REQUEST FOR ENTRY OF FINAL JUDGMENT

COME NOW Plaintiff Conference America, Inc. ("Conference America) and Defendant Conexant Systems, Inc. ("Conexant") and file this Satisfaction of Judgment and Request for Entry of Final Judgment and make the following representations:

1.

Conexant has discharged by appropriate payment the September 10, 2007 judgment entered in favor of Conference America in this case in the amount of $195,979.79, and has also (a) paid Conference America 1.5% interest on that sum from the date of August 22, 2005, as directed by the Court in its September 10, 2007 Memorandum Opinion and Order; and, also as directed by the Court, (b) paid Conference America an agreed upon amount for the expenses and legal fees that Conference America incurred in collecting that amount.

1

2.

The sums and obligations due to Conference America pursuant to and in conformity with the judgment have been discharged by Conexant, and said judgment having been satisfied in full, the parties hereby Request that the Court enter a final judgment in this matter awarding Conference America $195,979.79 in damages, 1.5% interest on that amount from the date of August 22, 2005, and reasonable expenses and legal fees in a confidential amount agreed to by the parties. The parties further request that the Clerk of Court mark this judgment as "Paid in full and satisfied."

Respectfully submitted this 10th day of October 2007.

                                            TROUTMAN SANDERS LLP

                                            /s/ Robert P. Williams, II
                                            Robert P. Williams, II
                                            Ga. Bar No. 765413

                                            /s/ Thomas E. Borton IV
                                            Thomas E. Borton IV (BOR011)

                                            Attorneys for Plaintiff Conference America, Inc.

5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000 (telephone)
(404) 962-6664 (fax)

        STARNES & ATCHISON LLP

        <u>/s/ Joseph S. Miller</u>
        Joseph S. Miller (asb-4242-m60j)

        Attorney for Defendant Conexant Systems, Inc.

PO Box 598512
Birmingham, AL 35259-8512
(205) 868-6000 (telephone)
(205) 868-6099 (fax)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO: |
| v. | ) | 2:05cv1088-WKW |
| | ) | |
| CONEXANT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I caused a copy of the foregoing to be mailed to the following via efile:

Joseph S. Miller, Esq.
Alicia M. Harrison, Esq.
Starnes & Atchison LLP
Post Office Box 598512
Birmingham, AL 35259-8512

/s/ Thomas E. Borton IV
Thomas E. Borton IV (BOR011)

4