IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:05-cv-1088-WKW |
| CONEXANT SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED, ADJUDGED, and DECREED that:

1. The parties' joint request for entry of final judgment (Doc. # 63) is GRANTED;

2. Judgment is entered in favor of Plaintiff Conference America, Inc., against Defendant Conexant Systems, Inc. in the sum of $195,979.79 in damages, 1.5% interest on the amount of damages from the date of August 22, 2005, and reasonable expenses and legal fees incurred by the plaintiff;

2. Upon representation of the parties, the judgment against the defendant has been paid in full and satisfied, including the reasonable expenses and legal fees as agreed to by the parties in a confidential amount; and

3. All claims are DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 16th day of October, 2007.

                                                        /s/ W. Keith Watkins
                                                        **UNITED STATES DISTRICT JUDGE**